Loans, Countrywide Securities, Countrywide Servicing, and Countrywide Capital Markets into Bank of America is complete.

242.    The ordinary business of Countrywide Financial was ceased and the Company dissolved soon after the acquisition – another hallmark of a de facto merger.  On November 7, 2008, Bank of America acquired substantially all of the assets of Countrywide Financial.  And, at that time, Countrywide Financial ceased submitting filings to the SEC; Countrywide Financial's assets and liabilities are now included in Bank of America's filings.

243.    Bank of America has also taken responsibility for the pre-merger liabilities of Countrywide Financial, Countrywide Home Loans, Countrywide Securities, Countrywide Servicing, and Countrywide Capital Markets, including restructuring hundreds of thousands of loans created and serviced by these Defendants. As a spokesperson for Bank of America admitted: "We bought the company and all of its assets and liabilities."

244.    Because Bank of America has merged with Countrywide Financial, and acquired substantially all of the assets of Countrywide Home Loans, Countrywide Securities, Countrywide Servicing and Countrywide Capital Markets, through BAC Home Loans Servicing, NB Holdings and others, the Bank of America Defendants are the successors in liability to Countrywide Financial, Countrywide Home Loans, Countrywide Securities, Countrywide Servicing, and Countrywide Capital Markets, and are jointly and severally or otherwise vicariously liable for the wrongful conduct, as alleged herein, of these Defendants.

X.    **CLAIMS FOR RELIEF UNDER THE SECURITIES ACT AND FOR NEGLIGENT MISREPRESENTATION**

245.    The following allegations are in effect a separate complaint. For the following claims there is no allegation of fraud, scienter or recklessness. These claims, brought under Sections 11, 12 and 15 of the Securities Act of 1933 (the "Securities Act") and the common

law, are based solely on claims of strict liability and/or the absence of any affirmative defense based on the reasonableness of the pertinent defendants' investigation into the true facts.

### A.    Overview Of The Securities Act Claims

246.    From 2005 through 2007, Countrywide Securities underwrote numerous offerings of Certificates which were purchased by Plaintiffs. *See* Exhibit 1.  The registration statements and prospectuses that Countrywide Securities filed with the U.S. Securities and Exchange Commission ("SEC") pursuant to these offerings contained untrue statements of material fact or omitted material facts.   For example, the registration statements and prospectuses represented that (i) the loans packaged into the Certificates were underwritten pursuant to Countrywide's specific loan origination guidelines; (ii) Countrywide Home evaluated the prospective borrowers' credit standing and repayment ability prior to approving any loan; (iii) when Countrywide made an exception to its stated underwriting guidelines, it did so on "a case-by-case basis" and only if "compensating factors" justifying the exception were present; (iv) almost every mortgaged property received an independent appraisal which conformed to acceptable standards and formed the basis of its LTV ratios, an important metric to MBS investors; (v) the loans selected for securitization were chosen "in a manner [not] intended to affect the interests of the certificateholders adversely"; (vi) the "AAA" or other investment-grade ratings assigned to the Certificates were accurate reflections of the Certificates' credit quality; and (vii) the Certificates' issuing trusts possessed good title to the underlying mortgages.  Each of these material representations was untrue when made.

247.    Plaintiffs purchased Certificates issued under or traceable to the registration statements and prospectuses, which are identified in Exhibit 1.

248.    Countrywide Securities, which underwrote the Certificates and was identified as the underwriter in the Offering Documents; the Individual Securities Act Defendants, who

signed the Registration Statements; and the Depositor Defendants, which were the issuers of the Certificates pursuant to the Offering Documents, are all liable under the Securities Act of 1933 for the material misstatements and omissions in the Offering Documents. These Defendants, Mozilo, Sambol, and Bank of America are also liable under the Securities Act as control persons with respect to the primary violations of the Securities Act by persons under their control. Countrywide Securities and the Depositor Defendants are also liable for common law negligent misrepresentation for the material misstatements and omissions in the registration statements.

249. The Securities Act and negligent misrepresentation claims expressly do not make any allegations of fraud or scienter and do not incorporate any of the allegations of scienter and fraud contained in ¶¶ 36-157.

**B.     Additional Defendants**

250. The parties to the Securities Act Claims include all of the Plaintiffs and Defendants identified in ¶¶ 15-35, above. The following parties are Defendants for the Securities Act Claims only. Plaintiffs allege that each and every Securities Act Defendant is, to the maximum extent permitted by law, jointly and severally liable for the misconduct alleged herein.

251. Defendant Stanford L. Kurland ("Kurland") was, at relevant times, the Chief Executive Officer ("CEO"), President and Chairman of the Board of Directors for CWALT, CWMBS, CWABS and CWHEQ. Defendant Kurland signed the following CWALT Registration Statements: File No. 333-110343 (issued on January 13, 2004); File No. 333-117949 (issued on September 23, 2004); File No. 333-123167 (issued on April 21, 2005); 333-125902 (issued on July 25, 2005); File No. 333-131630 (issued on March 6, 2006); CWMBS Registration Statements: File No. 121249 (issued on February 8, 2005); File No. 333-125963

(issued on July 25, 2005); File No. 333-131662 (issued on March 6, 2006);   CWABS Registration Statements:  File No. 333-92152 (issued on August 15, 2002); File No. 333-105643 (issued on June 18, 2003); File No. 333-109272 (issued on October 9, 2003); File No. 333-118926 (issued on October 18, 2004); File No. 333-125164 (issued on June 10, 2005); File No. 333-131591 (issued on February 21, 2006); File No. 333-135846 (issued on August 8, 2006); and CWHEQ Registration Statements:  File No. 333-126790 (issued on August 4, 2005); and File No. 333-132375 (issued on April 12, 2006).  Defendant Kurland was concurrently the Executive Vice President and Chief Operating Officer ("COO") of Defendant Countrywide.

253.   Defendant David A. Spector ("Spector") was, at relevant times, Vice President and a member of the Board of Directors for CWALT, CWMBS, CWABS and CWHEQ. Defendant Spector signed the following CWALT Registration Statements:  File No. 333-110343 (issued on January 13, 2004); File No. 333-117949 (issued on September 23, 2004); File No. 333-123167 (issued on April 21, 2005); 333-125902 (issued on July 25, 2005); File No. 333-131630 (issued on March 6, 2006);   CWMBS Registration Statements:  File No. 121249 (issued on February 8, 2005); File No. 333-125963 (issued on July 25, 2005); File No. 333-131662 (issued on March 6, 2006);  CWABS Registration Statements: File No. 333-118926 (issued on October 18, 2004); File No. 333-125164 (issued on June 10, 2005); File No. 333-131591 (issued on February 21, 2006); File No. 333-135846 (issued on August 8, 2006);  and CWHEQ Registration Statements:  File No. 333-126790 (issued on August 4, 2005); and File No. 333-132375 (issued on April 12, 2006).  Defendant Spector was concurrently the Senior Managing Director of Secondary Marketing of Defendant Countrywide.

253.   Defendant Eric P. Sieracki ("Sieracki") was, at relevant times, the Executive Vice President, CFO, Treasurer and member of the Board of Directors for CWALT, CWMBS, CWABS and CWHEQ.   Defendant Sieracki signed the following CWALT Registration

Statements: CWALT's File No. 333-123167 (issued on April 21, 2005); 333-125902 (issued on July 25, 2005); File No. 333-131630 (issued on March 6, 2006); File No. 333-140962 (issued on April 24, 2007); CWMBS Registration Statements: File No. 333-125963 (issued on July 25, 2005); File No. 333-131662 (issued on March 6, 2006); File No. 333-140958 (issued on April 24, 2007); CWABS Registration Statements: File No. 333-125164 (issued on June 10, 2005); File No. 333-131591 (issued on February 21, 2006); File No. 333-135846 (issued on August 8, 2006); CWHEQ Registration Statements: File No. 333-126790 (issued on August 4, 2005); and File No. 333-132375 (issued on April 12, 2006). Defendant Sieracki was concurrently the Executive Vice President and CFO of Defendant Countrywide.

254.    Defendant N. Joshua Adler ("Adler") was, at relevant times, President, CEO and a member of the Board of Directors for CWALT, CWMBS, CWABS and CWHEQ. Defendant Adler signed the following CWALT Registration Statements: CWALT's File No. 333-140962 (issued on April 24, 2007); and the following CWMBS Registration Statement: File No. 333-140958 (issued on April 24, 2007).

255.    Defendant Ranjit Kripalani ("Kripalani") was, at relevant times, a member of the Board of Directors for CWALT, CWMBS, CWABS and CWHEQ. Defendant Kripalani signed the following CWALT Registration Statements: CWALT's File No. 333-140962 (issued on April 24, 2007); and the following CWMBS Registration Statement : File No. 333-140958 (issued on April 24, 2007).

256.    Defendant Jennifer S. Sandefur ("Sandefur") was, at relevant times, a member of the Board of Directors for CWALT, CWMBS, CWABS and CWHEQ. Defendant Sandefur signed the following CWALT Registration Statements: CWALT's File No. 333-140962 (issued on April 24, 2007); and the following CWMBS Registration Statement: File No. 333-140958

(issued on April 24, 2007).   Defendant Sandefur was concurrently the Senior Managing Director and Treasurer of Countrywide Home.

257.   Defendant Thomas K. McLaughlin ("McLaughlin") was, at relevant times, a member of the Board of Directors for CWALT, CWMBS, and CWABS. McLaughlin signed the following CWALT Registration Statements:   File No. 333-110343 (issued on January 13, 2004); File No. 333-117949 (issued on September 23, 2004); CWMBS Registration Statements: File No. 121249 (issued on February 8, 2005); CWABS Registration Statements:  File No. 333-92152 (issued on August 15, 2002); and File No. 333-118926 (issued on October 18, 2004).

258.   Defendant Thomas H. Boone ("Boone") was, at relevant times, a member of the Board of Directors for CWALT and CWMBS. Boone signed CWABS Registration Statement: File No. 333-92152 (issued on August 15, 2002) and CWALT Registration Statement: File No. 333-110343 (issued on January 13, 2004).

259.   Defendant Jeffrey P. Grogin ("Grogin") was, at relevant times, a member of the Board of Directors for CWALT and CWMBS.  Grogin signed CWABS Registration Statement: File No. 333-92152 (issued on August 15, 2002) and CWALT Registration Statement: File No. 333-110343 (issued on January 13, 2004).

260.   Defendants Kurland, Spector, Sieracki, Adler, Kripalani, Sandefur, McLaughlin, Boone, and Grogin are collectively referred to herein as the "Individual Securities Act Defendants."

C.      Tolling Of The Statute Of Limitations

261.   Plaintiffs are members of the proposed classes in *Luther v. Countrywide Financial Corporation*, Superior Court for the State of California County of Los Angeles No. BC 380698, filed on November 11, 2007; and *Maine State Retirement System Countrywide*

*Financial Corp., et al.*, 10-cv-00302-MRP (C.D. Cal.), filed January 14, 2010.  The pendency of these actions has tolled the statute of limitations on causes of action alleged in this complaint.

262.    The *Luther* complaint alleges claims under Sections 11, 12(a)(2), and 15 of the Securities Act of 1933.  Among the 148 Certificates that Plaintiffs invested in, 55 were included in the November 2007 *Luther* class action.  *See* Exhibit 4.  Plaintiffs were expressly stated to be part of the defined class in Luther, as of November 14, 2007, with respect to these Offerings.

263.    On June 12, 2008, a different securities class action was filed against Countrywide in California state court, *Washington State Plumbing & Pipefitting Pension Trust v. Countrywide Financial Corp.*, BC392571 (Cal. Super. Ct. 2008).  Like *Luther*, this action also alleged Section 11, 12(a)(2), and 15 claims against Countrywide, its former officers, and underwriters, although *Washington State Plumbing* based its claims on different securitizations than those in Luther.

264.    Among the 148 Certificates that Plaintiffs invested in, 107 were included in the June 12, 2008 *Washington State Plumbing* class action.  *See* Exhibit 4.  As in *Luther*, Plaintiffs were expressly stated to be part of the defined class in *Washington State Plumbing*, as of June 12, 2008, with respect to those Certificates.

265.    On September 9, 2008, the *Luther* complaint was amended to add the securitizations from *Washington State Plumbing* to the *Luther* class.  The *Washington State Plumbing* action was consolidated with the original *Luther* action, and a consolidated and amended complaint was filed on October 16, 2008.  Plaintiffs were included in the defined class in the *Luther/Washington State Plumbing* consolidated complaint with respect to investments in 122 Certificates.  *See* Exhibit 4.

266.    The consolidated *Luther* action was subsequently dismissed on jurisdictional grounds in January 2010 and re-filed that month as *Maine State Retirement System v.*

100

*Countrywide Financial Corp,*, No. 10 Civ. 0302 (C.D. Cal. 2010).  Plaintiffs were included in

the defined class in the *Maine State* complaint with respect to investments in the same Offerings

in the *Luther/Washington State Plumbing* consolidated complaint. *See* Exhibit 4.

267.    In a November 4, 2010 decision, the *Maine State* court held that the named

plaintiffs in the class action had standing to sue Countrywide only with respect to 81 of the

offerings in which the named plaintiffs themselves invested. *Maine State Retirement System v.*

*Countrywide Financial Corp.*, No. 10 Civ. 0302 (C.D. Cal. Nov. 4, 2010) (opinion), at 7.  The

court rejected the notion that the plaintiffs could represent class members who bought in other

Countrywide offerings, even if the offerings emanated from a common registration statement.

The net effect of the court's ruling is to narrow the *Maine State* class and to exclude class

members whose investments in Countrywide MBS do not overlap with those of the named

plaintiffs. *Id.* at 5-8.

268.    Some of Plaintiffs' investments were made in the same Offerings as the named

plaintiffs in the *Luther, Washington State Plumbing*, and *Maine State*.  These Offerings include

CWL 2006-3 and CWHL 2005-HYB9.

269.    However, certain other of Plaintiffs' Countrywide investments appear not to

overlap with the investments of the named plaintiffs (though Plaintiffs cannot be certain of this

because the *Luther* complaint does not list the individual purchases of plaintiff David Luther).

Nonetheless, it appears that the *Maine State* court's standing ruling may have the effect of

involuntarily excluding Plaintiffs from the Countrywide MBS class action, at least with respect

to certain of its investments.

270.    Because of the uncertainty arising from this ruling, Plaintiffs have chosen to file

this separate action and to assert their 1933 Act claims and other claims, which have been tolled

by the pendency of the various Countrywide MBS class actions.  Plaintiffs have been part of the

putative class in all of the Countrywide MBS class actions, from *Luther* to *Washington State Plumbing* to *Maine State*. Plaintiffs reasonably and justifiably relied on the named plaintiffs in these class actions to protect their rights and they reasonably and justifiably relied on the class action tolling doctrines of *American Pipe* and *WorldCom* to toll the statute of limitations on its 1933 Act claims.

271.  Under *American Pipe & Construction Co. v. Utah*, 414 U.S. 538 (1974), all putative class members are treated as if they filed their own individual actions until they either opt out or until a certification decision excludes them. *Id.* at 255. As the Second Circuit stated in *In re WorldCom Securities Litigation*, 496 F.3d 245, 255 (2d Cir. 2007): "[B]ecause Appellants were members of a class asserted in a class action complaint, their limitations period was tolled under the doctrine of American Pipe until such time as they ceased to be members of the asserted class, notwithstanding that they also filed individual actions prior to the class certification decision." *WorldCom*, 496 F.3d at 256.

272.  Plaintiffs were members of the putative class "asserted" in *Luther* and subsequent class actions and their 1933 Act claims are therefore timely pursuant to *American Pipe* and *In re WorldCom*.

273.  Except for the three Bank of America Defendants and Mozilo, each Defendant in this Complaint was also a defendant in the *Luther* or *Washington State Plumbing* class actions, for the same causes of action asserted herein.

**D.    Defendants' Materially False Misstatements And Omissions In The Offering Documents**

274.  The Offering Documents pursuant to which Plaintiffs purchased their Certificates contained untrue statements of material fact, or omitted to state material facts necessary to make the statements therein not misleading, regarding: (i) Countrywide's and other

originators' underwriting processes and guidelines by which the loans were originated, including the number and type of exceptions to those guidelines being applied to the underlying loans; (ii) the value of the underlying real estate securing the loans, in terms of LTV averages and the appraisal standards by which such real estate values were measured; (iii) the credit ratings of the Securities; and (iv) the adequacy of Countrywide's transfer of good title and legal ownership of the underlying loans.

### 1. Defendants Made False And Misleading Statements Regarding Countrywide's Underwriting Guidelines

275.   Countrywide Home Loans originated and/or packaged the mortgage loans that were included in the pools for the Certificates.  The Prospectus Supplements for the Certificates all contained identical or materially similar, statements of material fact regarding Countrywide's underwriting standards and practices.

276.   Depositor Defendants CWALT and CWABS issued approximately 73% of the Certificates at issue in this action.  Nearly 78% of the CWALT Prospectus Supplements and 70% of the CWMBS Prospectus Supplements made the following misrepresentations regarding Countrywide's underwriting guidelines and practices:

> ***All of the mortgage loans in the trust fund will have been originated or acquired by Countrywide Home Loans in accordance with its credit, appraisal and underwriting standards. Countrywide Home Loans' underwriting standards are applied in accordance with applicable federal and state laws and regulations.***  Except as otherwise provided in this prospectus supplement, the underwriting procedures are consistent with those identified under "Mortgage Loan Program — Underwriting Process" in the prospectus.

The remaining 22% of the CWALT Prospectus Supplements and 30% of the CWMBS Prospectus Supplements contained identical disclosures regarding the loans, but qualified that Countrywide originated "a portion," "substantially all" or a specific percentage "of the mortgage

loans in the trust fund." The remaining 27% of the Certificates were issued by Depositor

Defendants CWABS and CWHEQ. Those Prospectus Supplements contained similar

misstatements, stating that the mortgage loans to be included in the Offering "will have been

originated substantially in accordance with Countrywide Home Loans' underwriting criteria" for

closed-end second lien mortgage loans or for credit blemished mortgage loans.

277. All of the Prospectus Supplements made the following material

misrepresentations:

> ***Countrywide Home Loans' underwriting standards are applied
> by or on behalf of Countrywide Home Loans to evaluate the
> prospective borrower's credit standing and repayment ability and
> the value and adequacy of the mortgaged property as collateral.***
> Under those standards, a prospective borrower must generally
> demonstrate that the ratio of the borrower's monthly housing
> expenses (including principal and interest on the proposed
> mortgage loan and, as applicable, the related monthly portion of
> property taxes, hazard insurance and mortgage insurance) to the
> borrower's monthly gross income and the ratio of total monthly
> debt to the monthly gross income (the "debt-to-income" ratios) are
> within acceptable limits. The maximum acceptable debt-to-income
> ratio, which is determined on a loan-by-loan basis varies
> depending on a number of underwriting criteria, including the
> Loan-to-Value Ratio, loan purpose, loan amount and credit history
> of the borrower. In addition to meeting the debt-to-income ratio
> guidelines, each prospective borrower is required to have sufficient
> cash resources to pay the down payment and closing costs.

278. All of the CWALT, CWMBS and CWHEQ Prospectus Supplements, and 13% of

the CWABS Prospectus Supplements represented that: "***Exceptions to Countrywide Home***

***Loans' underwriting guidelines may be made if compensating factors are demonstrated by a***

***prospective borrower.***" The remaining 87% of the CWABS Prospectus Supplements

represented that "On a case by case basis, Countrywide Home Loans may determine that, based

upon compensating factors, a prospective borrower not strictly qualifying under the

underwriting risk category guidelines described below warrants an underwriting exception. . . .

It is expected that a significant number of the Mortgage Loans will have been originated based on these types of underwriting exceptions."

279.    All of the CWALT and CWMBS Prospectus Supplements, 71% of the CWABS Prospectus Supplements and 75% of the CWHEQ Prospectus Supplements represented that "Countrywide Home Loans *will represent and warrant to the depositor in the pooling and servicing agreement . . . the selection was not made in a manner intended to affect the interests of the certificateholders adversely*."

280.    The above statements of material facts were untrue when made because, as explained above in ¶¶ 36-145, they failed to disclose that Countrywide: (i) systematically failed to follow its stated underwriting standards; (ii) allowed pervasive exceptions to its stated underwriting standards in the absence of compensating factors; (iii) disregarded credit quality in favor of generating increased loan volume for securitizations; (iv) allowed false representations of an applicant's stated income; and (v) violated its stated appraisal standards.

## 2.    Defendants Made Untrue Statements And Omissions Regarding Appraisals And LTV Ratios

281.    The adequacy of the mortgaged properties as security for repayment of the loans will have generally been determined by appraisals.  The Prospectus Supplements represented that independent appraisals were prepared for each mortgaged property and that reports are prepared to substantiate these appraisals.  For example, all of the CWALT and CWMBS Certificates contained the following representation:

> *Countrywide Home Loans obtains appraisals from independent appraisers or appraisal services for properties that are to secure mortgage loans* . . . The appraisers inspect and appraise the proposed mortgaged property and verify that the property is in acceptable condition. *Following each appraisal, the appraiser prepares a report which includes a market data analysis based on recent sales of comparable homes in the area and, when deemed appropriate, a replacement cost analysis based on the current*

> *cost of constructing a similar home. All appraisals are required to conform to Fannie Mae or Freddie Mac appraisal standards then in effect*.

282. The CWABS and CWHEQ Certificates made similar statements about appraisals of the real estate securing the loans underlying the Certificates, including the following statement:

> Countrywide Home Loans' underwriting standards are applied in accordance with applicable federal and state laws and regulations and *require an independent appraisal of the mortgaged property prepared on a Uniform Residential Appraisal Report (Form 1004) or other appraisal form as applicable to the specific mortgaged property type.* Each appraisal includes a market data analysis based on recent sales of comparable homes in the area and, where deemed appropriate, replacement cost analysis based on the current cost of constructing a similar home and generally is required to have been made not earlier than 180 days prior to the date of origination of the mortgage loan. *Every independent appraisal is reviewed by a representative of Countrywide Home Loans before the loan is funded, and an additional review appraisal is generally performed in connection with appraisals not provided by Landsafe Appraisals, Inc., a wholly owned subsidiary of Countrywide Home Loans* ... Variations in maximum loan amount limits are permitted based on compensating factors.

283. The Prospectus Supplements provided information regarding LTV ratios, in association with various loan groupings, including by loan type and documentation level, property type and geographical location. All of the Prospectus Supplements for the CWALT Certificates, 70% of the CWABS Certificates, 20% of the CWMBS Certificates and 75% of the CWHEQ Certificates stated that, with respect to non-conforming loans, Countrywide Home's standard guidelines:

> generally allow Loan-to-Value Ratios at origination of up to 95% for purchase money or rate and term refinance mortgage loans with original principal balances of up to $400,000, up to 90% for mortgage loans with original principal balances of up to $650,000, up to 75% for mortgage loans with original principal balances of up to $1,000,000, up to 65% for mortgage loans with original

> principal balances of up to $1,500,000, and up to 60% for mortgage loans with original principal balances of up to $2,000,000.

284.   Certain Prospectus Supplements also stated that "[n]o Initial Mortgage Loans had a Loan-to-Value Ratio at origination or on the closing date of more than 100.00%:"

> Countrywide Home Loans' underwriting standards permit first mortgage loans with loan-to-value ratios at origination of up to 100% and second mortgage loans with combined loan-to-value ratios at origination of up to 100% depending on the program, type and use of the property, documentation level, creditworthiness of the borrower, debt-to-income ratio and loan amount.

285.   The representations regarding appraisals and LTV ratios were materially false and misleading in that they omitted to state that the appraisals were inaccurate because: (i) the appraisers were not independent from Countrywide; (ii) the actual LTV ratios for numerous mortgage loans underlying the Certificates would have exceeded 100%; and (iii) the forms of credit enhancement applicable to certain tranches of the Certificates were affected by the total value of the underlying properties, and thus were inaccurate as stated.

### 3.   Defendants Materially Misrepresented The Accuracy Of The Credit Ratings Assigned To The Certificates

286.   Defendants represented in the Offering Documents that over 93% of the Certificates purchased by Plaintiffs were worthy of being rated "AAA," signifying that the risk of loss was virtually non-existent.  Defendants represented that the remaining Certificates were worthy of being rated investment grade – "AA" or "A" – signifying that the risk of loss was minimal.

287.   By providing a rating, Defendants represented that they believed that the information provided to the rating agencies to support these ratings accurately reflected Countrywide's underwriting guidelines and practices, and the specific qualities of the underlying loans.  As stated above, ¶¶ 36-145, this representation was false.

288.   Defendants further represented in the Prospectus Supplements, in sum or substance, that:

> It is a condition to the issuance of the senior certificates that they be rated AAA by Standard & Poor's, a division of The McGraw-Hill Companies, Inc. ("S&P") and "Aaa" by Moody's Investors Service, Inc. ("Moody's").  It is a condition to the issuance of the Class M, Class B-1 and Class B-2 Certificates that they be rated at least "AA", "A" and "BBB", respectively, by S&P and that they be rated at least "Aa3," "A3" and "Baa2", respectively, by Moody's.
>
> *The ratings assigned . . . to mortgage pass-through certificates address the likelihood of the receipt of all distributions on the mortgage loans by the related certificateholders under the agreements pursuant to which the certificates are issued. S&P's ratings take into consideration the credit quality of the related mortgage pool, including any credit support providers, structural and legal aspects associated with the certificates, and the extent to which the payment stream on the mortgage pool is adequate to make the payments required by the certificates.*

289.   These statements regarding the ratings assigned to the Certificates were false because Defendants stated the assigned ratings while knowing that misleading information was provided by Countrywide to the rating agencies to ensure a AAA or otherwise investment grade rating.

290.   The falsity of these statements is further evidenced by the rapid downgrades of nearly all of the Certificates within a few years of issuance, with over 90% of the Certificates downgraded to junk.  *See* Exhibit 2.

### 4.   Defendants Materially Misrepresented Countrywide's Transfer Of Good Title To The Mortgage Loans To The Issuing Trusts

291.   In sum or substance, Defendants stated in each Prospectus Supplement that:

> In addition, each of the sellers will represent and warrant that, prior to the sale of the related mortgage loans to the depositor, the applicable seller had good title to the mortgage loans sold by it. . . . Under the pooling and servicing agreement, *the depositor will assign all its right, title and interest in the representations, warranties and covenants (including the sellers' repurchase or*

*substitution obligation) to the trustee for the benefit of the certificateholders.*

292.    These representations were false because, as alleged in detail in ¶¶ 146-157, Defendants routinely failed to physically deliver the original promissory notes and security instruments for the mortgage loans to the issuing trusts, as required by applicable state laws and the PSAs.  These representations were also false because Defendants routinely failed to execute valid indorsements of the documents at the time of the purported transfer, as also required by applicable state laws and the PSAs.  The issuing trusts therefore did not possess good title to many of the mortgage loans and lacked legal authority to enforce many of the mortgage loans against the borrowers in case of default.

## FIFTH CAUSE OF ACTION

### For Violation Of Section 11 Of The Securities Act
(Against The Individual Securities Act Defendants, The Depositor Defendants, And Countrywide Securities Corporation)

293.    Plaintiffs repeat and reallege each and every allegation above as if set forth in full herein, to the extent that such allegations do not sound in fraud.

294.    This Cause of Action is brought pursuant to Section 11 of the Securities Act, on behalf of Plaintiffs, against the Individual Securities Act Defendants, the Depositor Defendants and Countrywide Securities Corporation.  This Cause of Action is predicated upon Defendants' strict liability for making false and misleading statements in the Offering Documents.

295.    The Registration Statements for the Certificate offerings were materially misleading, contained untrue statements of material fact, omitted to state other facts necessary to make the statements not misleading, and omitted to state material facts required to be stated therein.

296.    The Individual Securities Act Defendants, the Depositor Defendants, and Countrywide Securities Corporation are strictly liable to Plaintiffs for making the misstatements and omissions in issuing the Certificates.

297.    The Individual Securities Act Defendants each signed the Registration Statements.

298.    Countrywide Securities Corporation acted as an underwriter in the sale of the Certificates, directly and indirectly participated in the distribution of the Certificates, and directly and indirectly participated in drafting and disseminating the Offering Documents for the Certificates.    Countrywide Securities Corporation was an underwriter for each of the Certificates.

299.    The Individual Securities Act Defendants, the Depositor Defendants, and Countrywide Securities Corporation owed to the Plaintiffs the duty to make a reasonable and diligent investigation of the statements contained in the Offering Documents at the time they became effective to ensure that such statements were true and correct and that there was no omission of material facts required to be stated in order to make the statements contained therein not misleading.

300.    Each of the Individual Securities Act Defendants, the Depositor Defendants, and Countrywide Securities Corporation failed to possess a reasonable basis for believing, and failed to make a reasonable investigation to ensure, that statements contained in the Offering Documents were true and that there was no omission of material facts necessary to make the statements contained therein not misleading.

301.    The Individual Securities Act Defendants, the Depositor Defendants, and Countrywide Securities Corporation issued and disseminated, caused to be issued or disseminated, and participated in the issuance and dissemination of material statements to the

110

investing public which were contained in the Prospectuses, which made false and misleading statements and misrepresented or failed to disclose material facts, as set forth above.

302. By reason of the conduct alleged herein, each of the Individual Securities Act Defendants, the Depositor Defendants, and Countrywide Securities Corporation violated Section 11 of the Securities Act, and is liable to Plaintiffs.

303. Plaintiffs acquired Certificates pursuant or traceable to the Registration Statements. At the time Plaintiffs obtained their Certificates, they did so without knowledge of the facts concerning the misstatements and omissions alleged herein.

304. Plaintiffs have sustained damages as a result of the wrongful conduct alleged and the violations of the Individual Securities Act Defendants, the Depositor Defendants, and Countrywide Securities Corporation.

305. By virtue of the foregoing, Plaintiffs are entitled to damages, jointly and severally from each of the Individual Securities Act Defendants, the Depositor Defendants, and Countrywide Securities Corporation, as set forth in Section 11 of the Securities Act.

## SIXTH CAUSE OF ACTION

### For Violation Of Section 12(a)(2) Of The Securities Act
### (Against Countrywide Securities Corporation And The Depositor Defendants)

306. Plaintiffs repeat and reallege each and every allegation above as if set forth in full herein, to the extent that such allegations do not sound in fraud.

307. This Cause of Action is brought pursuant to Section 12(a)(2) of the Securities Act, on behalf of Plaintiffs, against Countrywide Securities and the Depositor Defendants.

308. Countrywide Securities and the Depositor Defendants promoted and sold Certificates pursuant to the defective Prospectuses for their own financial gain. The

Prospectuses contained untrue statements of material fact, omitted to state facts necessary to make statements not misleading, and concealed and failed to disclose material facts.

309.   By means of the Prospectuses, Countrywide Securities and the Depositor Defendants sold the Certificates to Plaintiffs in return for proceeds of millions of dollars. Countrywide Securities' and the Depositor Defendants' actions of solicitation consisted primarily of the preparation and dissemination of the Prospectuses.

310.   The Depositor Defendants for each Certificate are identified in Exhibit 1.  The identity of the Certificates purchased by Plaintiffs directly from Countrywide Securities are identified in Exhibit 5.  Moreover, Countrywide Securities is liable to Plaintiffs for the sale of each Certificate identified in Exhibit 1 because Countrywide Securities participated in the planning and pricing of each Certificate, and participated in the drafting of each Prospectus and Prospectus Supplement.

311.   Countrywide Securities and the Depositor Defendants owed to Plaintiffs a duty to make a reasonable and diligent investigation of the statements contained in the Prospectuses, to ensure that such statements were true and that there was no omission of material fact necessary to make the statements contained therein not misleading.  Countrywide Securities and the Depositor Defendants knew of, or in the exercise of reasonable care should have known of, the misstatements and omissions contained in the Prospectuses, as set forth herein.

312.   Plaintiffs purchased or otherwise acquired Certificates pursuant to the defective Prospectuses.  Plaintiffs did not know, and in the exercise of reasonable diligence could not have known, of the misrepresentations and omissions contained in the Prospectuses.

313.   By reason of the conduct alleged herein, Countrywide Securities and the Depositor Defendants violated Section 12(a)(2) of the Securities Act, and are liable to Plaintiffs.

314.    Plaintiffs were damaged by Countrywide Securities' and the Depositor Defendants' wrongful conduct.  As to Certificates which Plaintiffs still hold, they have the right to rescind and recover the consideration paid for their Certificates, as set forth in Section 12(a)(2) of the Securities Act.  As to Certificates which Plaintiffs have sold, they are entitled to rescissory damages, as set forth in Section 12(a)(2) of the Securities Act.

### SEVENTH CAUSE OF ACTION

#### For Violation Of Section 15 Of The Securities Act
**(Against The Individual Securities Act Defendants, Mozilo, Sambol, Countrywide Financial Corp., Countrywide Securities Corporation, Countrywide Home Loans, Countrywide Servicing, And Countrywide Capital Markets)**

315.    Plaintiffs repeat and reallege each and every allegation above as if set forth in full herein.

316.    This Cause of Action is brought against the Individual Securities Act Defendants, Mozilo, Sambol, Countrywide Financial Corp., Countrywide Securities Corporation, Countrywide Home Loans, Countrywide Servicing and Countrywide Capital Markets pursuant to Section 15 of the Securities Act.

317.    Each of the Individual Securities Act Defendants, Mozilo, Sambol, Countrywide Financial Corp., Countrywide Securities Corporation, Countrywide Home Loans, Countrywide Servicing, and Countrywide Capital Markets, by virtue of their control, ownership, offices, directorship, and specific acts, was at the time of the wrongs alleged herein a controlling person of the Individual Securities Act Defendants, the  Depositor Defendants and Countrywide Securities within the meaning of Section 15 of the Securities Act.  Each of the Individual Securities Act Defendants, Mozilo, Sambol, Countrywide Financial Corp., Countrywide Securities Corporation, Countrywide Home Loans, Countrywide Servicing, and Countrywide Capital Markets had the power and influence, and exercised that power and influence, to cause

113

the Depositor Defendants to engage in violations of the Securities Act, as described herein. The Individual Securities Act Defendants', Mozilo's, Sambol's, Countrywide Financial Corporation's, Countrywide Securities Corporation's, Countrywide Home Loans', Countrywide Servicing's, Countrywide Capital Markets' control, ownership and position made them privy to, and provided them with actual knowledge of, the material facts concealed from Plaintiffs.

318.   By virtue of the wrongful conduct alleged herein, the Individual Securities Act Defendants, Mozilo, Sambol, Countrywide Financial, Countrywide Securities, Countrywide Home Loans, Countrywide Servicing, and Countrywide Capital Markets, are liable to Plaintiffs for their sustained damages.

## EIGHTH CAUSE OF ACTION

**(Negligent Misrepresentation Against Mozilo, Sambol, Countrywide Financial Corp., Countrywide Securities Corporation, Countrywide Home Loans, Countrywide Servicing, And Countrywide Capital Markets)**

319.   Plaintiffs repeat and reallege each and every allegation set forth in the preceding paragraphs above as if fully set forth herein, except any allegations that the Countrywide Defendants made any untrue statements and omissions intentionally or recklessly. For the purposes of this Count, Plaintiff expressly disclaims any claim of fraud or intentional misconduct.

320.   This is a claim for negligent misrepresentation against Mozilo, Sambol, Countrywide Financial Corp., Countrywide Securities Corporation, Countrywide Home Loans, Countrywide Servicing, Countrywide Capital Markets (the "Negligent Misrepresentation Defendants").

321.   Plaintiffs made 199 separate investments in 148 Offerings of Certificates that the Countrywide Defendants securitized and sold. The Negligent Misrepresentation Defendants also originated or acquired, underwrote, and serviced all the loans in the Offerings. Mozilo and

114

Sambol were closely involved in the everyday management of the other Negligent Misrepresentation Defendants.

322.    Because the Negligent Misrepresentation Defendants arranged the Securitizations, and originated or acquired, underwrote, and serviced all of the underlying mortgage loans, they had unique and special knowledge about the loans in the Offerings. In particular, the Negligent Misrepresentation Defendants had unique and special knowledge and expertise regarding the quality of the underwriting of those loans as well as the servicing practices employed as to such loans.

323.    Because Plaintiffs could not evaluate the loan files for the mortgage loans underlying their Certificates, and because Plaintiffs could not examine the underwriting quality or servicing practices for the Mortgage Loans in the Securitizations on a loan-by-loan basis, it was heavily reliant on the Negligent Misrepresentation Defendants' unique and special knowledge regarding the underlying mortgage loans when determining whether to make each investment of Certificates. Plaintiffs were entirely reliant on the Negligent Misrepresentation Defendants to provide accurate information regarding the loans in engaging in that analysis. Accordingly, the Negligent Misrepresentation Defendants were uniquely situated to evaluate the economics of each Certificate.

324.    Over the course of more than three years, for 199 separate investments, Plaintiffs relied on the Negligent Misrepresentation Defendants' unique and special knowledge regarding the quality of the underlying mortgage loans and their underwriting when determining whether to invest in the Offerings. This longstanding relationship, coupled with the Negligent Misrepresentation Defendants' unique and special knowledge about the underlying loans, created a special relationship of trust, confidence, and dependence between the Negligent Misrepresentation Defendants and Plaintiffs.

325.    The Negligent Misrepresentation Defendants were aware that Plaintiffs relied on their unique and special expertise and experience and depended upon them for accurate and truthful information.   The Negligent Misrepresentation Defendants also knew that the facts regarding Countrywide's compliance with its underwriting standards were exclusively within their knowledge.

326.    Based on their expertise, superior knowledge, and relationship with Plaintiffs, the Negligent Misrepresentation Defendants owed a duty to Plaintiffs to provide complete, accurate, and timely information regarding the mortgage loans and the Certificates.   The Negligent Misrepresentation Defendants breached their duty to provide such information to Plaintiffs.

327.    The Negligent Misrepresentation Defendants likewise made misrepresentations which they knew, or were negligent in not knowing at the time to be false, in order to induce Plaintiffs' investment in the Certificates.   The Negligent Misrepresentation Defendants provided the Offering Documents to Plaintiffs in connection with the Certificates, for the purpose of informing Plaintiffs of material facts necessary to make an informed judgment about whether to purchase the Certificates in the Offerings.   In providing these documents, Countrywide knew that the information contained and incorporated therein would be used for a serious purpose, and that Plaintiffs, like other reasonably prudent investors, intended to rely on the information.

328.    As alleged above, the Offering Documents contained materially false and misleading information.

329.    The Negligent Misrepresentation Defendants should have known that the information in the Offering Documents was materially false and misleading.

116

330.   Unaware that the Offering Documents contained materially false and misleading statements, Plaintiffs reasonably relied on those false and misleading statements when deciding to purchase the non-secondary Certificates in the Offerings.

331.   Plaintiffs purchased Certificates identified in Exhibit 1 from the Depositor Defendants and, where indicated in Exhibit 5, from Countrywide Securities, in the Certificate offerings, and are therefore in privity with Countrywide Securities and the Depositor Defendants.

332.   Based on the Negligent Misrepresentation Defendants' expertise and specialized knowledge, and in light of the false and misleading representations in the Offering Documents, the Negligent Misrepresentation Defendants owed Plaintiffs a duty to provide them with complete, accurate, and timely information regarding the quality of the Certificates, and breached their duty to provide such information to Plaintiffs.

333.   Plaintiffs reasonably relied on the information provided by the Negligent Misrepresentation Defendants and have suffered substantial damages as a result of their misrepresentations.

### NINTH CAUSE OF ACTION

**(Successor And Vicarious Liability Against The Bank Of America Defendants For The Securities Act And Negligent Misrepresentation Claims)**

334.   Plaintiffs repeat and reallege the allegations set forth in the preceding paragraphs, as if fully set forth herein.

335.   The Bank of America Defendants – BAC Home Loans Servicing, and NB Holdings – are jointly and severally liable for any and all damages resulting from the wrongful actions of Countrywide Financial, Countrywide Home Loans, Countrywide Securities, Countrywide Servicing, and Countrywide Capital Markets, as alleged herein, because it is the

successor-in-interest to Countrywide Financial and is vicariously liable for the conduct of Countrywide Financial, Countrywide Home Loans, Countrywide Securities, Countrywide Servicing, and Countrywide Capital Markets as a result of a de facto merger of the two entities.

336.   This acquisition was a de facto merger because Bank of America intended to take over and effectively took over Countrywide Financial and its subsidiaries in their entirety and, thus, should carry the liabilities of Countrywide Financial, Countrywide Home Loans, Countrywide Securities, Countrywide Servicing, and Countrywide Capital Markets as a concomitant to the benefits it derived from the purchase.

337.   The acquisition resulted in continuity of ownership – a hallmark of a de facto merger – because the shareholders of Countrywide Financial became shareholders of Bank of America as a result of Bank of America's acquisition of Countrywide Financial on July 1, 2008 through an all-stock transaction involving a wholly-owned Bank of America subsidiary that was created for the sole purpose of facilitating the acquisition of Countrywide Financial.  Bank of America has described the transaction as a merger, and has actively incorporated the Countrywide's mortgage business into Bank of America.

338.   Bank of America assumed the liabilities ordinarily necessary for the uninterrupted continuation of the business of Countrywide Financial, Countrywide Home Loans, Countrywide Securities, Countrywide Servicing, and Countrywide Capital Markets – another hallmark of a de facto merger.  Among other things, the Countrywide brand has been retired and the old Countrywide website redirects customers to the mortgage and home loan sections of Bank of America's website.  On April 27, 2009, Bank of America announced that "[t]he Countrywide brand has been retired."  Instead, Bank of America operated its home loan and mortgage business through a new division named Bank of America Home Loans, which "represents the combined operations of Bank of America's mortgage and home equity business

118

and Countrywide Home Loans." The integration of Countrywide Financial, Countrywide Home Loans, Countrywide Securities, Countrywide Servicing, and Countrywide Capital Markets into Bank of America is complete.

339. The ordinary business of Countrywide Financial was ceased and the Company dissolved soon after the acquisition – another hallmark of a de facto merger. On November 7, 2008, Bank of America acquired substantially all of the assets of Countrywide Financial. And, at that time, Countrywide Financial ceased submitting filings to the SEC; Countrywide Financial's assets and liabilities are now included in Bank of America's filings.

340. Bank of America has also taken responsibility for the pre-merger liabilities of Countrywide Financial, Countrywide Home Loans, Countrywide Securities, Countrywide Servicing, and Countrywide Capital Markets, including restructuring hundreds of thousands of loans created and serviced by these Defendants. As a spokesperson for Bank of America admitted: "We bought the company and all of its assets and liabilities."

341. Because Bank of America has merged with Countrywide Financial, and acquired substantially all of the assets of Countrywide Home Loans, Countrywide Securities, Countrywide Servicing and Countrywide Capital Markets, through BAC Home Loans Servicing, NB Holdings and others, the Bank of America Defendants are the successors in liability to Countrywide Financial, Countrywide Home Loans, Countrywide Securities, Countrywide Servicing, and Countrywide Capital Markets, and are jointly and severally or otherwise vicariously liable for the wrongful conduct, as alleged herein, of these Defendants.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiffs pray for relief and judgment, as follows:

(a)     Awarding compensatory and/or rescissionary damages in favor of Plaintiffs against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(b)     Awarding punitive damages for Plaintiffs' common-law fraud claims;

(c)     Awarding Plaintiffs their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)     Such other relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiffs demand a trial by jury on all claims so triable.

Dated: January 24, 2011

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Gerald H. Silk
David L. Wales
Jai K. Chandrasekhar
Lauren A. McMillen
Justinian Doreste
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:     (212) 554-1400
Fax:     (212) 554-1444
jerry@blbglaw.com
dwales@blbglaw.com
jai@blbglaw.com
lauren@blbglaw.com
justinian@blbglaw.com

-and-

Blair Nicholas
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
blairn@blbglaw.com

*Counsel for Plaintiffs*

120

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWALT 2004-13CB A3 | Mortgage Pass-Through Certificates, Series 2004-13CB | Alternative Loan Trust 2004-13CB | 333-110343 | CWALT, Inc. | 5/1/2004 | TIAA | 1/24/2005 |
| CWALT 2004-16CB 1A2 | Mortgage Pass-Through Certificates, Series 2004-16CB | Alternative Loan Trust 2004-16CB | 333-110343 | CWALT, Inc. | 6/1/2004 | NYL | 12/28/2005 |
| CWALT 2004-28CB 1A3 | Mortgage Pass-Through Certificates, Series 2004-28CB | Alternative Loan Trust 2004-28CB | 333-117949 | CWALT, Inc. | 11/1/2004 | NYL | 2/23/2005 |
| CWALT 2004-29CB A7 | Mortgage Pass-Through Certificates, Series 2004-29CB | Alternative Loan Trust 2004-29CB | 333-117949 | CWALT, Inc. | 11/1/2004 | CREF | 12/7/2007 |
| CWALT 2004-29CB A7 | Mortgage Pass-Through Certificates, Series 2004-29CB | Alternative Loan Trust 2004-29CB | 333-117949 | CWALT, Inc. | 11/1/2004 | CREF | 12/7/2007 |
| CWALT 2004-29CB A7 | Mortgage Pass-Through Certificates, Series 2004-29CB | Alternative Loan Trust 2004-29CB | 333-117949 | CWALT, Inc. | 11/1/2004 | TIAA-CREF Funds | 12/7/2007 |
| CWALT 2004-29CB A7 | Mortgage Pass-Through Certificates, Series 2004-29CB | Alternative Loan Trust 2004-29CB | 333-117949 | CWALT, Inc. | 11/1/2004 | TIAA-CREF Funds | 12/7/2007 |
| CWALT 2004-29CB A7 | Mortgage Pass-Through Certificates, Series 2004-29CB | Alternative Loan Trust 2004-29CB | 333-117949 | CWALT, Inc. | 11/1/2004 | TIAA | 12/7/2007 |
| CWALT 2004-30CB 1A15 | Mortgage Pass-Through Certificates, Series 2004-30CB | Alternative Loan Trust 2004-30CB | 333-117949 | CWALT, Inc. | 12/1/2004 | CREF | 12/10/2007 |
| CWALT 2004-30CB 1A15 | Mortgage Pass-Through Certificates, Series 2004-30CB | Alternative Loan Trust 2004-30CB | 333-117949 | CWALT, Inc. | 12/1/2004 | CREF | 12/10/2007 |

1

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWALT 2004-30CB 1A15 | Mortgage Pass-Through Certificates, Series 2004-30CB | Alternative Loan Trust 2004-30CB | 333-117949 | CWALT, Inc. | 12/1/2004 | TIAA-CREF Funds | 12/10/2007 |
| CWALT 2004-30CB 1A15 | Mortgage Pass-Through Certificates, Series 2004-30CB | Alternative Loan Trust 2004-30CB | 333-117949 | CWALT, Inc. | 12/1/2004 | TIAA-CREF Funds | 12/10/2007 |
| CWALT 2004-30CB 1A15 | Mortgage Pass-Through Certificates, Series 2004-30CB | Alternative Loan Trust 2004-30CB | 333-117949 | CWALT, Inc. | 12/1/2004 | TIAA | 12/10/2007 |
| CWALT 2004-30CB 1A15 | Mortgage Pass-Through Certificates, Series 2004-30CB | Alternative Loan Trust 2004-30CB | 333-117949 | CWALT, Inc. | 12/1/2004 | TIAA-CREF LIC | 12/10/2007 |
| CWALT 2004-30CB 2A3 | Mortgage Pass-Through Certificates, Series 2004-30CB | Alternative Loan Trust 2004-30CB | 333-117949 | CWALT, Inc. | 12/1/2004 | NYL | 9/1/2006 |
| CWALT 2004-30CB 2A4 | Mortgage Pass-Through Certificates, Series 2004-30CB | Alternative Loan Trust 2004-30CB | 333-117949 | CWALT, Inc. | 12/1/2004 | NYL | 10/27/2006 |
| CWALT 2004-30CB 2A4 | Mortgage Pass-Through Certificates, Series 2004-30CB | Alternative Loan Trust 2004-30CB | 333-117949 | CWALT, Inc. | 12/1/2004 | NYLIAC | 10/27/2006 |
| CWALT 2004-31T1 A2 | Mortgage Pass-Through Certificates, Series 2004-31T1 | Alternative Loan Trust 2004-31T1 | 333-117949 | CWALT, Inc. | 10/25/2004 | CREF | 4/13/2006 |
| CWALT 2004-31T1 A2 | Mortgage Pass-Through Certificates, Series 2004-31T1 | Alternative Loan Trust 2004-31T1 | 333-117949 | CWALT, Inc. | 10/25/2004 | CREF | 4/13/2006 |
| CWALT 2004-31T1 A2 | Mortgage Pass-Through Certificates, Series 2004-31T1 | Alternative Loan Trust 2004-31T1 | 333-117949 | CWALT, Inc. | 10/25/2004 | TIAA-CREF Funds | 4/13/2006 |

2

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWALT 2004-31T1 A2 | Mortgage Pass-Through Certificates, Series 2004-31T1 | Alternative Loan Trust 2004-31T1 | 333-117949 | CWALT, Inc. | 10/25/2004 | TIAA-CREF Funds | 4/13/2006 |
| CWALT 2004-36CB M | Mortgage Pass-Through Certificates, Series 2004-36CB | Alternative Loan Trust 2004-36CB | 333-117949 | CWALT, Inc. | 12/1/2004 | TIAA | 2/28/2005 |
| CWALT 2004-J4 2A1 | Mortgage Pass-Through Certificates, Series 2004-J4 | Alternative Loan Trust 2004-J4 | 333-110343 | CWALT, Inc. | 4/30/2004 | FSAM | 3/29/2006 |
| CWALT 2005-10CB 1A5 | Mortgage Pass-Through Certificates, Series 2005-10CB | Alternative Loan Trust 2005-10CB | 333-117949 | CWALT, Inc. | 3/1/2005 | TIAA | 3/31/2005 |
| CWALT 2005-10CB 1A5 | Mortgage Pass-Through Certificates, Series 2005-10CB | Alternative Loan Trust 2005-10CB | 333-117949 | CWALT, Inc. | 3/1/2005 | TIAA | 3/31/2005 |
| CWALT 2005-10CB 1A5 | Mortgage Pass-Through Certificates, Series 2005-10CB | Alternative Loan Trust 2005-10CB | 333-117949 | CWALT, Inc. | 3/1/2005 | TIAA | 3/31/2005 |
| CWALT 2005-11CB 2A2 | Mortgage Pass-Through Certificates, Series 2005-11CB | Alternative Loan Trust 2005-11CB | 333-123167 | CWALT, Inc. | 4/1/2005 | NYL | 7/14/2006 |
| CWALT 2005-11CB 2A4 | Mortgage Pass-Through Certificates, Series 2005-11CB | Alternative Loan Trust 2005-11CB | 333-123167 | CWALT, Inc. | 4/1/2005 | TIAA | 6/17/2005 |
| CWALT 2005-11CB 3A1 | Mortgage Pass-Through Certificates, Series 2005-11CB | Alternative Loan Trust 2005-11CB | 333-123167 | CWALT, Inc. | 4/1/2005 | TIAA | 2/7/2005 |
| CWALT 2005-12R A5 | Resecuritization Pass-Through Certificates, Series 2005-12R | Alternative Loan Trust Resecuritization 2005-12R | 333-117949 | CWALT, Inc. | 3/1/2005 | TIAA | 3/30/2005 |

3

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWALT 2005-14 4A1 | Mortgage Pass-Through Certificates, Series 2005-14 | Alternative Loan Trust 2005-14 | 333-117949 | CWALT, Inc. | 3/30/2005 | FSAM | 3/30/2005 |
| CWALT 2005-18CB A5 | Mortgage Pass-Through Certificates, Series 2005-18CB | Alternative Loan Trust 2005-18CB | 333-117949 | CWALT, Inc. | 3/1/2005 | TIAA | 5/23/2005 |
| CWALT 2005-18CB A5 | Mortgage Pass-Through Certificates, Series 2005-18CB | Alternative Loan Trust 2005-18CB | 333-117949 | CWALT, Inc. | 3/1/2005 | TIAA | 5/31/2005 |
| CWALT 2005-1CB 1A3 | Mortgage Pass-Through Certificates, Series 2005-1CB | Alternative Loan Trust 2005-1CB | 333-117949 | CWALT, Inc. | 1/1/2005 | TIAA | 1/31/2005 |
| CWALT 2005-20CB 1A2 | Mortgage Pass-Through Certificates, Series 2005-20CB | Alternative Loan Trust 2005-20CB | 333-123167 | CWALT, Inc. | 5/1/2005 | NYL | 10/10/2006 |
| CWALT 2005-20CB 1A2 | Mortgage Pass-Through Certificates, Series 2005-20CB | Alternative Loan Trust 2005-20CB | 333-123167 | CWALT, Inc. | 5/1/2005 | NYL | 7/5/2006 |
| CWALT 2005-20CB 1A2 | Mortgage Pass-Through Certificates, Series 2005-20CB | Alternative Loan Trust 2005-20CB | 333-123167 | CWALT, Inc. | 5/1/2005 | NYLIAC | 10/10/2006 |
| CWALT 2005-20CB 2A4 | Mortgage Pass-Through Certificates, Series 2005-20CB | Alternative Loan Trust 2005-20CB | 333-123167 | CWALT, Inc. | 5/1/2005 | TIAA | 7/6/2005 |
| CWALT 2005-21CB A10 | Mortgage Pass-Through Certificates, Series 2005-21CB | Alternative Loan Trust 2005-21CB | 333-123167 | CWALT, Inc. | 4/1/2005 | NYL | 11/15/2005 |
| CWALT 2005-21CB A5 | Mortgage Pass-Through Certificates, Series 2005-21CB | Alternative Loan Trust 2005-21CB | 333-123167 | CWALT, Inc. | 4/1/2005 | TIAA | 6/17/2005 |

4

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWALT 2005-22T1 A5 | Mortgage Pass-Through Certificates, Series 2005-22T1 | Alternative Loan Trust 2005-22T1 | 333-123167 | CWALT, Inc. | 4/1/2005 | NYL | 10/12/2005 |
| CWALT 2005-22T1 A5 | Mortgage Pass-Through Certificates, Series 2005-22T1 | Alternative Loan Trust 2005-22T1 | 333-123167 | CWALT, Inc. | 4/1/2005 | NYLIAC | 10/12/2005 |
| CWALT 2005-23CB A4 | Mortgage Pass-Through Certificates, Series 2005-23CB | Alternative Loan Trust 2005-23CB | 333-123167 | CWALT, Inc. | 4/1/2005 | TIAA | 5/11/2005 |
| CWALT 2005-25T1 A6 | Mortgage Pass-Through Certificates, Series 2005-25T1 | Alternative Loan Trust 2005-25T1 | 333-123167 | CWALT, Inc. | 5/1/2005 | NYL | 10/17/2005 |
| CWALT 2005-25T1 A6 | Mortgage Pass-Through Certificates, Series 2005-25T1 | Alternative Loan Trust 2005-25T1 | 333-123167 | CWALT, Inc. | 5/1/2005 | NYLIAC | 10/17/2005 |
| CWALT 2005-30CB 1A3 | Mortgage Pass-Through Certificates, Series 2005-30CB | Alternative Loan Trust 2005-30CB | 333-123167 | CWALT, Inc. | 6/1/2005 | NYL | 10/17/2005 |
| CWALT 2005-30CB 1A3 | Mortgage Pass-Through Certificates, Series 2005-30CB | Alternative Loan Trust 2005-30CB | 333-123167 | CWALT, Inc. | 6/1/2005 | NYLIAC | 10/17/2005 |
| CWALT 2005-30CB 1A4 | Mortgage Pass-Through Certificates, Series 2005-30CB | Alternative Loan Trust 2005-30CB | 333-123167 | CWALT, Inc. | 6/1/2005 | NYL | 1/6/2006 |
| CWALT 2005-30CB 1A4 | Mortgage Pass-Through Certificates, Series 2005-30CB | Alternative Loan Trust 2005-30CB | 333-123167 | CWALT, Inc. | 6/1/2005 | NYL | 11/10/2005 |
| CWALT 2005-30CB 1A4 | Mortgage Pass-Through Certificates, Series 2005-30CB | Alternative Loan Trust 2005-30CB | 333-123167 | CWALT, Inc. | 6/1/2005 | NYLIAC | 11/10/2005 |

5

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWALT 2005-31 2A3 | Mortgage Pass-Through Certificates, Series 2005-31 | Alternative Loan Trust 2005-31 | 333-123167 | CWALT, Inc. | 6/29/2005 | FSAM | 6/29/2005 |
| CWALT 2005-32T1 A6 | Mortgage Pass-Through Certificates, Series 2005-32T1 | Alternative Loan Trust 2005-32T1 | 333-123167 | CWALT, Inc. | 6/1/2005 | NYL | 2/13/2006 |
| CWALT 2005-32T1 A6 | Mortgage Pass-Through Certificates, Series 2005-32T1 | Alternative Loan Trust 2005-32T1 | 333-123167 | CWALT, Inc. | 6/1/2005 | NYLIAC | 2/13/2006 |
| CWALT 2005-34CB 1A4 | Mortgage Pass-Through Certificates, Series 2005-34CB | Alternative Loan Trust 2005-34CB | 333-125902 | CWALT, Inc. | 7/1/2005 | TIAA | 7/29/2005 |
| CWALT 2005-36 2A1B | Mortgage Pass-Through Certificates, Series 2005-36 | Alternative Loan Trust 2005-36 | 333-123167 | CWALT, Inc. | 6/24/2005 | FSAM | 6/24/2005 |
| CWALT 2005-4 1A6 | Mortgage Pass-Through Certificates, Series 2005-4 | Alternative Loan Trust 2005-4 | 333-117949 | CWALT, Inc. | 1/1/2005 | TIAA | 2/28/2005 |
| CWALT 2005-42CB A12 | Mortgage Pass-Through Certificates, Series 2005-42CB | Alternative Loan Trust 2005-42CB | 333-125902 | CWALT, Inc. | 8/1/2005 | TIAA-CREF Funds | 4/19/2006 |
| CWALT 2005-42CB A12 | Mortgage Pass-Through Certificates, Series 2005-42CB | Alternative Loan Trust 2005-42CB | 333-125902 | CWALT, Inc. | 8/1/2005 | TIAA-CREF Funds | 4/19/2006 |
| CWALT 2005-42CB A12 | Mortgage Pass-Through Certificates, Series 2005-42CB | Alternative Loan Trust 2005-42CB | 333-125902 | CWALT, Inc. | 8/1/2005 | TIAA | 4/19/2006 |
| CWALT 2005-42CB A8 | Mortgage Pass-Through Certificates, Series 2005-42CB | Alternative Loan Trust 2005-42CB | 333-125902 | CWALT, Inc. | 8/1/2005 | NYL | 10/18/2006 |

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWALT 2005-42CB A8 | Mortgage Pass-Through Certificates, Series 2005-42CB | Alternative Loan Trust 2005-42CB | 333-125902 | CWALT, Inc. | 8/1/2005 | NYL | 9/11/2006 |
| CWALT 2005-42CB A8 | Mortgage Pass-Through Certificates, Series 2005-42CB | Alternative Loan Trust 2005-42CB | 333-125902 | CWALT, Inc. | 8/1/2005 | NYLIAC | 10/18/2006 |
| CWALT 2005-46CB A3 | Mortgage Pass-Through Certificates, Series 2005-46CB | Alternative Loan Trust 2005-46CB | 333-125902 | CWALT, Inc. | 8/1/2005 | NYL | 8/30/2005 |
| CWALT 2005-46CB A3 | Mortgage Pass-Through Certificates, Series 2005-46CB | Alternative Loan Trust 2005-46CB | 333-125902 | CWALT, Inc. | 8/1/2005 | NYL | 8/30/2005 |
| CWALT 2005-46CB A3 | Mortgage Pass-Through Certificates, Series 2005-46CB | Alternative Loan Trust 2005-46CB | 333-125902 | CWALT, Inc. | 8/1/2005 | NYLIAC | 8/30/2005 |
| CWALT 2005-46CB A3 | Mortgage Pass-Through Certificates, Series 2005-46CB | Alternative Loan Trust 2005-46CB | 333-125902 | CWALT, Inc. | 8/1/2005 | NYLIAC | 8/30/2005 |
| CWALT 2005-49CB A8 | Mortgage Pass-Through Certificates, Series 2005-49CB | Alternative Loan Trust 2005-49CB | 333-125902 | CWALT, Inc. | 9/1/2005 | NYL | 1/12/2006 |
| CWALT 2005-49CB A8 | Mortgage Pass-Through Certificates, Series 2005-49CB | Alternative Loan Trust 2005-49CB | 333-125902 | CWALT, Inc. | 9/1/2005 | NYLIAC | 1/12/2006 |
| CWALT 2005-51 1A3B | Mortgage Pass-Through Certificates, Series 2005-51 | Alternative Loan Trust 2005-51 | 333-125902 | CWALT, Inc. | 9/30/2005 | FSAM | 9/30/2005 |
| CWALT 2005-51 2A3B | Mortgage Pass-Through Certificates, Series 2005-51 | Alternative Loan Trust 2005-51 | 333-125902 | CWALT, Inc. | 9/30/2005 | FSAM | 9/30/2005 |

7

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWALT 2005-51 3AB2 | Mortgage Pass-Through Certificates, Series 2005-51 | Alternative Loan Trust 2005-51 | 333-125902 | CWALT, Inc. | 9/30/2005 | FSAM | 9/30/2005 |
| CWALT 2005-57CB 3A5 | Mortgage Pass-Through Certificates, Series 2005-57CB | Alternative Loan Trust 2005-57CB | 333-125902 | CWALT, Inc. | 10/1/2005 | NYL | 1/17/2006 |
| CWALT 2005-57CB 3A5 | Mortgage Pass-Through Certificates, Series 2005-57CB | Alternative Loan Trust 2005-57CB | 333-125902 | CWALT, Inc. | 10/1/2005 | NYL | 2/14/2006 |
| CWALT 2005-57CB 3A5 | Mortgage Pass-Through Certificates, Series 2005-57CB | Alternative Loan Trust 2005-57CB | 333-125902 | CWALT, Inc. | 10/1/2005 | NYLIAC | 2/14/2006 |
| CWALT 2005-57CB 4A5 | Mortgage Pass-Through Certificates, Series 2005-57CB | Alternative Loan Trust 2005-57CB | 333-125902 | CWALT, Inc. | 10/1/2005 | NYL | 10/19/2006 |
| CWALT 2005-57CB 4A5 | Mortgage Pass-Through Certificates, Series 2005-57CB | Alternative Loan Trust 2005-57CB | 333-125902 | CWALT, Inc. | 10/1/2005 | NYLIAC | 10/19/2006 |
| CWALT 2005-61 1A3 | Mortgage Pass-Through Certificates, Series 2005-61 | Alternative Loan Trust 2005-61 | 333-125902 | CWALT, Inc. | 10/27/2005 | FSAM | 10/27/2005 |
| CWALT 2005-65CB 1A8 | Mortgage Pass-Through Certificates, Series 2005-65CB | Alternative Loan Trust 2005-65CB | 333-125902 | CWALT, Inc. | 11/1/2005 | NYL | 2/10/2006 |
| CWALT 2005-65CB 1A8 | Mortgage Pass-Through Certificates, Series 2005-65CB | Alternative Loan Trust 2005-65CB | 333-125902 | CWALT, Inc. | 11/1/2005 | NYLIAC | 2/10/2006 |
| CWALT 2005-6CB 1A6 | Mortgage Pass-Through Certificates, Series 2005-6CB | Alternative Loan Trust 2005-6CB | 333-117949 | CWALT, Inc. | 2/1/2005 | NYL | 8/26/2005 |

8

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWALT 2005-6CB 1A6 | Mortgage Pass-Through Certificates, Series 2005-6CB | Alternative Loan Trust 2005-6CB | 333-117949 | CWALT, Inc. | 2/1/2005 | NYLIAC | 8/26/2005 |
| CWALT 2005-6CB 1A7 | Mortgage Pass-Through Certificates, Series 2005-6CB | Alternative Loan Trust 2005-6CB | 333-117949 | CWALT, Inc. | 2/1/2005 | TIAA | 3/2/2005 |
| CWALT 2005-73CB 1A11 | Mortgage Pass-Through Certificates, Series 2005-73CB | Alternative Loan Trust 2005-73CB | 333-125902 | CWALT, Inc. | 11/1/2005 | NYLIAC | 3/9/2007 |
| CWALT 2005-73CB 1A9 | Mortgage Pass-Through Certificates, Series 2005-73CB | Alternative Loan Trust 2005-73CB | 333-125902 | CWALT, Inc. | 11/1/2005 | NYL | 1/9/2006 |
| CWALT 2005-73CB 1A9 | Mortgage Pass-Through Certificates, Series 2005-73CB | Alternative Loan Trust 2005-73CB | 333-125902 | CWALT, Inc. | 11/1/2005 | NYLIAC | 1/9/2006 |
| CWALT 2005-75CB A5 | Mortgage Pass-Through Certificates, Series 2005-75CB | Alternative Loan Trust 2005-75CB | 333-125902 | CWALT, Inc. | 11/1/2005 | NYL | 1/13/2006 |
| CWALT 2005-7CB 2A3 | Mortgage Pass-Through Certificates, Series 2005-7CB | Alternative Loan Trust 2005-7CB | 333-125902 | CWALT, Inc. | 2/1/2005 | TIAA | 3/11/2005 |
| CWALT 2005-84 1A2 | Mortgage Pass-Through Certificates, Series 2005-84 | Alternative Loan Trust 2005-84 | 333-125902 | CWALT, Inc. | 12/1/2005 | NYL | 2/3/2006 |
| CWALT 2005-86CB A11 | Mortgage Pass-Through Certificates, Series 2005-86CB | Alternative Loan Trust 2005-86CB | 333-125902 | CWALT, Inc. | 12/1/2005 | NYL | 1/22/2007 |
| CWALT 2005-86CB A11 | Mortgage Pass-Through Certificates, Series 2005-86CB | Alternative Loan Trust 2005-86CB | 333-125902 | CWALT, Inc. | 12/1/2005 | NYLIAC | 1/22/2007 |

9

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWALT 2005-86CB A11 | Mortgage Pass-Through Certificates, Series 2005-86CB | Alternative Loan Trust 2005-86CB | 333-125902 | CWALT, Inc. | 12/1/2005 | NYLIAC | 1/22/2007 |
| CWALT 2005-86CB A2 | Mortgage Pass-Through Certificates, Series 2005-86CB | Alternative Loan Trust 2005-86CB | 333-125902 | CWALT, Inc. | 12/1/2005 | NYL | 1/31/2006 |
| CWALT 2005-9CB 1A7 | Mortgage Pass-Through Certificates, Series 2005-9CB | Alternative Loan Trust 2005-9CB | 333-117949 | CWALT, Inc. | 3/1/2005 | TIAA | 6/8/2005 |
| CWALT 2005-J12 1A2 | Mortgage Pass-Through Certificates, Series 2005-J12 | Alternative Loan Trust 2005-J12 | 333-125902 | CWALT, Inc. | 10/1/2005 | TIAA | 10/28/2005 |
| CWALT 2005-J12 1A2 | Mortgage Pass-Through Certificates, Series 2005-J12 | Alternative Loan Trust 2005-J12 | 333-125902 | CWALT, Inc. | 10/1/2005 | TIAA | 10/28/2005 |
| CWALT 2005-J12 1A3 | Mortgage Pass-Through Certificates, Series 2005-J12 | Alternative Loan Trust 2005-J12 | 333-125902 | CWALT, Inc. | 10/1/2005 | TIAA | 10/28/2005 |
| CWALT 2005-J12 1A5 | Mortgage Pass-Through Certificates, Series 2005-J12 | Alternative Loan Trust 2005-J12 | 333-125902 | CWALT, Inc. | 10/1/2005 | NYL | 3/8/2007 |
| CWALT 2005-J12 1A5 | Mortgage Pass-Through Certificates, Series 2005-J12 | Alternative Loan Trust 2005-J12 | 333-125902 | CWALT, Inc. | 10/1/2005 | NYLIAC | 3/8/2007 |
| CWALT 2005-J12 1A5 | Mortgage Pass-Through Certificates, Series 2005-J12 | Alternative Loan Trust 2005-J12 | 333-125902 | CWALT, Inc. | 10/1/2005 | NYL | 3/8/2007 |
| CWALT 2005-J14 A7 | Mortgage Pass-Through Certificates, Series 2005-J14 | Alternative Loan Trust 2005-J14 | 333-125902 | CWALT, Inc. | 11/1/2005 | NYL | 2/17/2006 |

10

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWALT 2005-J14 A7 | Mortgage Pass-Through Certificates, Series 2005-J14 | Alternative Loan Trust 2005-J14 | 333-125902 | CWALT, Inc. | 11/1/2005 | NYLIAC | 2/17/2006 |
| CWALT 2005-J2 1A4 | Mortgage Pass-Through Certificates, Series 2005-J2 | Alternative Loan Trust 2005-J2 | 333-117949 | CWALT, Inc. | 2/1/2005 | TIAA | 2/28/2005 |
| CWALT 2005-J2 1A4 | Mortgage Pass-Through Certificates, Series 2005-J2 | Alternative Loan Trust 2005-J2 | 333-117949 | CWALT, Inc. | 2/1/2005 | TIAA | 2/28/2005 |
| CWALT 2005-J6 1A10 | Mortgage Pass-Through Certificates, Series 2005-J6 | Alternative Loan Trust 2005-J6 | 333-123167 | CWALT, Inc. | 5/1/2005 | NYL | 9/30/2005 |
| CWALT 2006-12CB A10 | Mortgage Pass-Through Certificates, Series 2006-12CB | Alternative Loan Trust 2006-12CB | 333-131630 | CWALT, Inc. | 3/25/2006 | CREF | 4/17/2006 |
| CWALT 2006-12CB A10 | Mortgage Pass-Through Certificates, Series 2006-12CB | Alternative Loan Trust 2006-12CB | 333-131630 | CWALT, Inc. | 3/25/2006 | CREF | 4/17/2006 |
| CWALT 2006-12CB A10 | Mortgage Pass-Through Certificates, Series 2006-12CB | Alternative Loan Trust 2006-12CB | 333-131630 | CWALT, Inc. | 3/25/2006 | TIAA-CREF Funds | 4/17/2006 |
| CWALT 2006-12CB A10 | Mortgage Pass-Through Certificates, Series 2006-12CB | Alternative Loan Trust 2006-12CB | 333-131630 | CWALT, Inc. | 3/25/2006 | TIAA-CREF Funds | 4/17/2006 |
| CWALT 2006-19CB A5 | Mortgage Pass-Through Certificates, Series 2006-19CB | Alternative Loan Trust 2006-19CB | 333-131630 | CWALT, Inc. | 6/1/2006 | TIAA | 6/30/2006 |
| CWALT 2006-19CB A5 | Mortgage Pass-Through Certificates, Series 2006-19CB | Alternative Loan Trust 2006-19CB | 333-131630 | CWALT, Inc. | 6/1/2006 | TIAA | 6/30/2006 |

11

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWALT 2006-19CB A6 | Mortgage Pass-Through Certificates, Series 2006-19CB | Alternative Loan Trust 2006-19CB | 333-131630 | CWALT, Inc. | 6/1/2006 | NYL | 1/19/2007 |
| CWALT 2006-19CB A6 | Mortgage Pass-Through Certificates, Series 2006-19CB | Alternative Loan Trust 2006-19CB | 333-131630 | CWALT, Inc. | 6/1/2006 | NYLIAC | 1/19/2007 |
| CWALT 2006-19CB A6 | Mortgage Pass-Through Certificates, Series 2006-19CB | Alternative Loan Trust 2006-19CB | 333-131630 | CWALT, Inc. | 6/1/2006 | NYLIAC | 1/19/2007 |
| CWALT 2006-21CB A3 | Mortgage Pass-Through Certificates, Series 2006-21CB | Alternative Loan Trust 2006-21CB | 333-131630 | CWALT, Inc. | 5/1/2006 | NYL | 6/27/2006 |
| CWALT 2006-32CB A17 | Mortgage Pass-Through Certificates, Series 2006-32CB | Alternative Loan Trust 2006-32CB | 333-131630 | CWALT, Inc. | 9/1/2006 | NYL | 11/15/2006 |
| CWALT 2006-32CB A17 | Mortgage Pass-Through Certificates, Series 2006-32CB | Alternative Loan Trust 2006-32CB | 333-131630 | CWALT, Inc. | 9/1/2006 | NYLIAC | 11/15/2006 |
| CWALT 2006-42 1A4 | Mortgage Pass-Through Certificates, Series 2006-42 | Alternative Loan Trust 2006-42 | 333-131630 | CWALT, Inc. | 11/1/2006 | TIAA | 11/29/2006 |
| CWALT 2006-42 1A5 | Mortgage Pass-Through Certificates, Series 2006-42 | Alternative Loan Trust 2006-42 | 333-131630 | CWALT, Inc. | 11/1/2006 | TIAA | 11/29/2006 |
| CWALT 2006-43CB 1A8 | Mortgage Pass-Through Certificates, Series 2006-43CB | Alternative Loan Trust 2006-43CB | 333-110343 | CWALT, Inc. | 12/25/2006 | TGM | 5/11/2007 |
| CWALT 2006-HY11 A2 | Mortgage Pass-Through Certificates, Series 2006-HY11 | Alternative Loan Trust 2006-HY11 | 333-131630 | CWALT, Inc. | 4/28/2006 | FSAM | 5/5/2006 |

12

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWALT 2006-HY13 2A2 | Mortgage Pass-Through Certificates, Series 2006-HY13 | Alternative Loan Trust 2006-HY13 | 333-131630 | CWALT, Inc. | 12/1/2006 | NYL | 2/28/2007 |
| CWALT 2006-HY13 2A2 | Mortgage Pass-Through Certificates, Series 2006-HY13 | Alternative Loan Trust 2006-HY13 | 333-131630 | CWALT, Inc. | 12/1/2006 | NYLIAC | 2/28/2007 |
| CWALT 2006-HY13 2A2 | Mortgage Pass-Through Certificates, Series 2006-HY13 | Alternative Loan Trust 2006-HY13 | 333-131630 | CWALT, Inc. | 12/1/2006 | NYLIAC | 2/28/2007 |
| CWALT 2006-HY13 3A1 | Mortgage Pass-Through Certificates, Series 2006-HY13 | Alternative Loan Trust 2006-HY13 | 333-131630 | CWALT, Inc. | 12/1/2006 | NYL | 8/31/2007 |
| CWALT 2006-J1 1A10 | Mortgage Pass-Through Certificates, Series 2006-J1 | Alternative Loan Trust 2006-J1 | 333-125902 | CWALT, Inc. | 1/1/2006 | NYL | 5/5/2006 |
| CWALT 2006-J1 1A10 | Mortgage Pass-Through Certificates, Series 2006-J1 | Alternative Loan Trust 2006-J1 | 333-125902 | CWALT, Inc. | 1/1/2006 | NYL | 9/1/2006 |
| CWALT 2006-J1 1A10 | Mortgage Pass-Through Certificates, Series 2006-J1 | Alternative Loan Trust 2006-J1 | 333-125902 | CWALT, Inc. | 1/1/2006 | NYLIAC | 5/5/2006 |
| CWALT 2006-J1 1A10 | Mortgage Pass-Through Certificates, Series 2006-J1 | Alternative Loan Trust 2006-J1 | 333-125902 | CWALT, Inc. | 1/1/2006 | NYLIAC | 9/1/2006 |
| CWALT 2006-J1 1A11 | Mortgage Pass-Through Certificates, Series 2006-J1 | Alternative Loan Trust 2006-J1 | 333-125902 | CWALT, Inc. | 1/1/2006 | NYL | 1/29/2007 |
| CWALT 2006-J1 1A11 | Mortgage Pass-Through Certificates, Series 2006-J1 | Alternative Loan Trust 2006-J1 | 333-125902 | CWALT, Inc. | 1/1/2006 | NYLIAC | 1/29/2007 |

13

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWALT 2006-J1 1A11 | Mortgage Pass-Through Certificates, Series 2006-J1 | Alternative Loan Trust 2006-J1 | 333-125902 | CWALT, Inc. | 1/1/2006 | NYLIAC | 1/29/2007 |
| CWALT 2006-OA16 A4B | Mortgage Pass-Through Certificates, Series 2006-OA16 | Alternative Loan Trust 2006-OA16 | 333-131630 | CWALT, Inc. | 8/30/2006 | FSAM | 8/30/2006 |
| CWALT 2006-OA17 1A2C | Mortgage Pass-Through Certificates, Series 2006-OA17 | Alternative Loan Trust 2006-OA17 | 333-131630 | CWALT, Inc. | 9/29/2006 | FSAM | 9/29/2006 |
| CWALT 2006-OA2 A2A | Mortgage Pass-Through Certificates, Series 2006-OA2 | Alternative Loan Trust 2006-OA2 | 333-131630 | CWALT, Inc. | 3/30/2006 | FSAM | 3/30/2006 |
| CWALT 2006-OA6 1A4C | Mortgage Pass-Through Certificates, Series 2006-OA6 | Alternative Loan Trust 2006-OA6 | 333-131630 | CWALT, Inc. | 5/17/2006 | FSAM | 5/17/2006 |
| CWALT 2006-OA8 2A2 | Mortgage Pass-Through Certificates, Series 2006-OA8 | Alternative Loan Trust 2006-OA8 | 333-131630 | CWALT, Inc. | 5/31/2006 | FSAM | 5/31/2006 |
| CWALT 2006-OA8 2A3 | Mortgage Pass-Through Certificates, Series 2006-OA8 | Alternative Loan Trust 2006-OA8 | 333-131630 | CWALT, Inc. | 5/31/2006 | FSAM | 5/31/2006 |
| CWALT 2006-OC10 2A1 | Mortgage Pass-Through Certificates, Series 2006-OC10 | Alternative Loan Trust 2006-OC10 | 333-131630 | CWALT, Inc. | 11/30/2006 | NYL | 11/30/2006 |
| CWALT 2006-OC11 2A2B | Mortgage Pass-Through Certificates, Series 2006-OC11 | Alternative Loan Trust 2006-OC11 | 333-131630 | CWALT, Inc. | 12/29/2006 | FSAM | 12/29/2006 |
| CWALT 2006-OC7 2A3 | Mortgage Pass-Through Certificates, Series 2006-OC7 | Alternative Loan Trust 2006-OC7 | 333-131630 | CWALT, Inc. | 8/30/2006 | FSAM | 8/30/2006 |

14

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWALT 2006-OC8 2A2C | Mortgage Pass-Through Certificates, Series 2006-OC8 | Alternative Loan Trust 2006-OC8 | 333-131630 | CWALT, Inc. | 9/29/2006 | FSAM | 9/29/2006 |
| CWALT 2007-12T1 A6 | Mortgage Pass-Through Certificates, Series 2007-12T1 | Alternative Loan Trust 2007-12T1 | 333-140962 | CWALT, Inc. | 4/1/2007 | TIAA | 5/14/2007 |
| CWALT 2007-13 A4 | Mortgage Pass-Through Certificates, Series 2007-13 | Alternative Loan Trust 2007-13 | 333-140962 | CWALT, Inc. | 4/1/2007 | TIAA | 4/30/2007 |
| CWALT 2007-15CB A19 | Mortgage Pass-Through Certificates, Series 2007-15CB | Alternative Loan Trust 2007-15CB | 333-140962 | CWALT, Inc. | 5/1/2007 | TIAA | 9/14/2007 |
| CWALT 2007-17CB 1A1 | Mortgage Pass-Through Certificates, Series 2007-17CB | Alternative Loan Trust 2007-17CB | 333-140962 | CWALT, Inc. | 6/1/2007 | NYL | 7/17/2007 |
| CWALT 2007-17CB 1A1 | Mortgage Pass-Through Certificates, Series 2007-17CB | Alternative Loan Trust 2007-17CB | 333-140962 | CWALT, Inc. | 6/1/2007 | NYLIAC | 7/17/2007 |
| CWALT 2007-17CB 1A1 | Mortgage Pass-Through Certificates, Series 2007-17CB | Alternative Loan Trust 2007-17CB | 333-140962 | CWALT, Inc. | 6/1/2007 | NYLIAC | 7/17/2007 |
| CWALT 2007-18CB 2A18 | Mortgage Pass-Through Certificates, Series 2007-18CB | Alternative Loan Trust 2007-18CB | 333-140962 | CWALT, Inc. | 6/1/2007 | TIAA | 7/30/2007 |
| CWALT 2007-21CB 1A4 | Mortgage Pass-Through Certificates, Series 2007-21CB | Alternative Loan Trust 2007-21CB | 333-140962 | CWALT, Inc. | 7/1/2007 | TIAA | 7/30/2007 |
| CWALT 2007-2CB 1A10 | Mortgage Pass-Through Certificates, Series 2007-2CB | Alternative Loan Trust 2007-2CB | 333-131630 | CWALT, Inc. | 1/1/2007 | TIAA | 1/30/2007 |

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWALT 2007-4CB 1A10 | Mortgage Pass-Through Certificates, Series 2007-4CB | Alternative Loan Trust 2007-4CB | 333-131630 | CWALT, Inc. | 2/1/2007 | TIAA | 4/23/2007 |
| CWALT 2007-HY4 3A1 | Mortgage Pass-Through Certificates, Series 2007-HY4 | Alternative Loan Trust 2007-HY4 | 333-140962 | CWALT, Inc. | 5/1/2007 | NYL | 5/31/2007 |
| CWHEL 2004-B 1A | Revolving Home Equity Loan Asset Backed Notes, Series 2004-B | CWABS Master Trust (for the Series 2004-B Subtrust) | 333-109272 | CWABS, Inc. | 3/31/2004 | FSAM | 2/2/2005 |
| CWHEL 2006-D 2A | Revolving Home Equity Loan Asset Backed Notes, Series 2006-D | CWHEQ Revolving Home Equity Loan Trust, Series 2006-D | 333-126790 | CWHEQ, Inc. | 3/30/2006 | FSAM | 3/30/2006 |
| CWHEL 2006-D 2A | Revolving Home Equity Loan Asset Backed Notes, Series 2006-D | CWHEQ Revolving Home Equity Loan Trust, Series 2006-D | 333-126790 | CWHEQ, Inc. | 3/30/2006 | NYL | 3/30/2006 |
| CWHEL 2006-E 2A | Revolving Home Equity Loan Asset Backed Notes, Series 2006-E | CWHEQ Revolving Home Equity Loan Trust, Series 2006-E | 333-132375 | CWHEQ, Inc. | 6/29/2006 | FSAM | 6/29/2006 |
| CWHEL 2006-H 2A1A | Revolving Home Equity Loan Asset Backed Notes, Series 2006-H | CWHEQ Revolving Home Equity Loan Trust, Series 2006-H | 333-132375 | CWHEQ, Inc. | 9/29/2006 | NYL | 9/29/2006 |

16

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWHEL 2007-GW A | Revolving Home Equity Loan Asset Backed Notes, Series 2007-G | CWHEQ Revolving Home Equity Loan Trust, Series 2007-G | 333-139891 | CWHEQ, Inc. | 8/15/2007 | TGM | 9/12/2007 |
| CWHL 2004-12 11A2 | Mortgage Pass-Through Certificates, Series 2004-12 | CHL Mortgage Pass-Through Trust 2004-12 | 333-109248 | CWMBS, Inc. | 6/1/2004 | NYL | 7/29/2005 |
| CWHL 2004-12 11A3 | Mortgage Pass-Through Certificates, Series 2004-12 | CHL Mortgage Pass-Through Trust 2004-12 | 333-109248 | CWMBS, Inc. | 6/1/2004 | NYL | 5/27/2005 |
| CWHL 2004-13 1A7 | Mortgage Pass-Through Certificates, Series 2004-13 | CHL Mortgage Pass-Through Trust 2004-13 | 333-109248 | CWMBS, Inc. | 6/1/2004 | NYLIAC | 3/16/2007 |
| CWHL 2004-13 1A7 | Mortgage Pass-Through Certificates, Series 2004-13 | CHL Mortgage Pass-Through Trust 2004-13 | 333-109248 | CWMBS, Inc. | 6/1/2004 | NYLIAC | 3/21/2007 |
| CWHL 2005-17 1A10 | Mortgage Pass-Through Certificates, Series 2005-17 | CHL Mortgage Pass-Through Trust 2005-17 | 333-125164 | CWMBS, Inc. | 7/1/2005 | CREF | 10/5/2005 |
| CWHL 2005-17 1A10 | Mortgage Pass-Through Certificates, Series 2005-17 | CHL Mortgage Pass-Through Trust 2005-17 | 333-125164 | CWMBS, Inc. | 7/1/2005 | CREF | 10/5/2005 |
| CWHL 2005-17 1A10 | Mortgage Pass-Through Certificates, Series 2005-17 | CHL Mortgage Pass-Through Trust 2005-17 | 333-125164 | CWMBS, Inc. | 7/1/2005 | TIAA-CREF Funds | 10/5/2005 |
| CWHL 2005-17 1A10 | Mortgage Pass-Through Certificates, Series 2005-17 | CHL Mortgage Pass-Through Trust 2005-17 | 333-125164 | CWMBS, Inc. | 7/1/2005 | TIAA-CREF Funds | 10/5/2005 |

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWHL 2005-17 1A10 | Mortgage Pass-Through Certificates, Series 2005-17 | CHL Mortgage Pass-Through Trust 2005-17 | 333-125164 | CWMBS, Inc. | 7/1/2005 | TIAA-CREF Funds | 10/5/2005 |
| CWHL 2005-17 1A10 | Mortgage Pass-Through Certificates, Series 2005-17 | CHL Mortgage Pass-Through Trust 2005-17 | 333-125164 | CWMBS, Inc. | 7/1/2005 | TIAA | 10/5/2005 |
| CWHL 2005-18 A3 | Mortgage Pass-Through Certificates, Series 2005-18 | CHL Mortgage Pass-Through Trust 2005-18 | 333-125963 | CWMBS, Inc. | 8/1/2005 | NYL | 4/5/2006 |
| CWHL 2005-18 A3 | Mortgage Pass-Through Certificates, Series 2005-18 | CHL Mortgage Pass-Through Trust 2005-18 | 333-125963 | CWMBS, Inc. | 8/1/2005 | NYL | 4/11/2006 |
| CWHL 2005-19 1A7 | Mortgage Pass-Through Certificates, Series 2005-19 | CHL Mortgage Pass-Through Trust 2005-19 | 333-125963 | CWMBS, Inc. | 7/1/2005 | TIAA | 6/27/2007 |
| CWHL 2005-21 2A3 | Mortgage Pass-Through Certificates, Series 2005-21 | CHL Mortgage Pass-Through Trust 2005-21 | 333-125963 | CWMBS, Inc. | 8/1/2005 | NYL | 2/9/2006 |
| CWHL 2005-21 2A3 | Mortgage Pass-Through Certificates, Series 2005-21 | CHL Mortgage Pass-Through Trust 2005-21 | 333-125963 | CWMBS, Inc. | 8/1/2005 | NYLIAC | 2/9/2006 |
| CWHL 2005-24 A2 | Mortgage Pass-Through Certificates, Series 2005-24 | CHL Mortgage Pass-Through Trust 2005-24 | 333-125963 | CWMBS, Inc. | 9/1/2005 | TIAA | 1/23/2007 |
| CWHL 2005-24 A37 | Mortgage Pass-Through Certificates, Series 2005-24 | CHL Mortgage Pass-Through Trust 2005-24 | 333-125963 | CWMBS, Inc. | 9/1/2005 | NYL | 7/24/2006 |
| CWHL 2005-31 1A1 | Mortgage Pass-Through Certificates, Series 2005-31 | CHL Mortgage Pass-Through Trust 2005-31 | 333-125963 | CWMBS, Inc. | 12/1/2005 | NYL | 1/10/2006 |

18

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWHL 2005-31 1A1 | Mortgage Pass-Through Certificates, Series 2005-31 | CHL Mortgage Pass-Through Trust 2005-31 | 333-125963 | CWMBS, Inc. | 12/1/2005 | NYL | 12/28/2005 |
| CWHL 2005-4 6A1 | Mortgage Pass-Through Certificates, Series 2005-4 | CHL Mortgage Pass-Through Trust 2005-4 | 333-109248 | CWMBS, Inc. | 1/28/2005 | FSAM | 1/28/2005 |
| CWHL 2005-HYB10 5A1 (listed on Bloomberg as CWHL 2005-HY10 5A1) | Mortgage Pass-Through Certificates, Series 2005-HYB10 | CHL Mortgage Pass-Through Trust 2005-HYB10 | 333-100418 | CWMBS, Inc. | 12/1/2005 | NYL | 5/1/2007 |
| CWHL 2005-HYB2 1A4 | Mortgage Pass-Through Certificates, Series 2005-HYB2 | CHL Mortgage Pass-Through Trust 2005-HYB2 | 333-121249 | CWMBS, Inc. | 3/1/2005 | NYL | 4/27/2005 |
| CWHL 2005-HYB3 1A1 | Mortgage Pass-Through Certificates, Series 2005-HYB3 | CHL Mortgage Pass-Through Trust 2005-HYB3 | 333-121249 | CWMBS, Inc. | 4/1/2005 | NYL | 5/3/2005 |
| CWHL 2005-HYB3 2A5B | Mortgage Pass-Through Certificates, Series 2005-HYB3 | CHL Mortgage Pass-Through Trust 2005-HYB3 | 333-121249 | CWMBS, Inc. | 4/1/2005 | NYL | 5/31/2006 |
| CWHL 2005-HYB3 2A5B | Mortgage Pass-Through Certificates, Series 2005-HYB3 | CHL Mortgage Pass-Through Trust 2005-HYB3 | 333-121249 | CWMBS, Inc. | 4/1/2005 | NYLIAC | 5/31/2006 |
| CWHL 2005-HYB3 2A5B | Mortgage Pass-Through Certificates, Series 2005-HYB3 | CHL Mortgage Pass-Through Trust 2005-HYB3 | 333-121249 | CWMBS, Inc. | 4/1/2005 | NYL | 5/31/2006 |

19

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWHL 2005-HYB7 1A1 | Mortgage Pass-Through Certificates, Series 2005-HYB7 | CHL Mortgage Pass-Through Trust 2005-HYB7 | 333-125963 | CWMBS, Inc. | 9/1/2005 | NYL | 4/28/2006 |
| CWHL 2005-HYB9 5A2 | Mortgage-Backed Notes, Series 2005-HYB9 | CWABS Trust 2005-HYB9 | 333-125963 | CWABS, Inc. | 11/1/2005 | NYL | 6/27/2006 |
| CWHL 2005-HYB9 5A2 | Mortgage-Backed Notes, Series 2005-HYB9 | CWABS Trust 2005-HYB9 | 333-125963 | CWABS, Inc. | 11/1/2005 | NYLIAC | 6/27/2006 |
| CWHL 2005-J1 1A2 | Mortgage Pass-Through Certificates, Series 2005-J1 Private Placement | CHL Mortgage Pass-Through Trust 2005-J1 | 333-117949 | CWMBS, Inc. | 4/1/2005 | NYLIAC | 4/29/2005 |
| CWHL 2005-J1 2A1 | Mortgage Pass-Through Certificates, Series 2005-J1 Private Placement | CHL Mortgage Pass-Through Trust 2005-J1 | 333-117949 | CWMBS, Inc. | 4/1/2005 | NYLIAC | 4/29/2005 |
| CWHL 2005-J1 B1 | Mortgage Pass-Through Certificates, Series 2005-J1 Private Placement | CHL Mortgage Pass-Through Trust 2005-J1 | 333-117949 | CWMBS, Inc. | 4/1/2005 | NYLIAC | 4/29/2005 |
| CWHL 2005-J1 B2 | Mortgage Pass-Through Certificates, Series 2005-J1 Private Placement | CHL Mortgage Pass-Through Trust 2005-J1 | 333-117949 | CWMBS, Inc. | 4/1/2005 | NYLIAC | 4/29/2005 |
| CWHL 2005-J1 B3 | Mortgage Pass-Through Certificates, Series 2005-J1 Private Placement | CHL Mortgage Pass-Through Trust 2005-J1 | 333-117949 | CWMBS, Inc. | 4/1/2005 | NYLIAC | 4/29/2005 |

20

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWHL 2005-J1 B4 | Mortgage Pass-Through Certificates, Series 2005-J1 Private Placement | CHL Mortgage Pass-Through Trust 2005-J1 | 333-117949 | CWMBS, Inc. | 4/1/2005 | NYLIAC | 4/29/2005 |
| CWHL 2005-J1 B5 | Mortgage Pass-Through Certificates, Series 2005-J1 Private Placement | CHL Mortgage Pass-Through Trust 2005-J1 | 333-117949 | CWMBS, Inc. | 4/1/2005 | NYLIAC | 4/29/2005 |
| CWHL 2005-J1 M | Mortgage Pass-Through Certificates, Series 2005-J1 Private Placement | CHL Mortgage Pass-Through Trust 2005-J1 | 333-117949 | CWMBS, Inc. | 4/1/2005 | NYLIAC | 4/29/2005 |
| CWHL 2005-J2 1A2 | Mortgage Pass-Through Certificates, Series 2005-J2 | CHL Mortgage Pass-Through Trust 2005-J2 | 333-117949 | CWMBS, Inc. | 6/1/2005 | NYLIAC | 6/30/2005 |
| CWHL 2005-J2 1A3 | Mortgage Pass-Through Certificates, Series 2005-J2 | CHL Mortgage Pass-Through Trust 2005-J2 | 333-117949 | CWMBS, Inc. | 6/1/2005 | NYL | 6/30/2005 |
| CWHL 2005-J2 1A4 | Mortgage Pass-Through Certificates, Series 2005-J2 | CHL Mortgage Pass-Through Trust 2005-J2 | 333-117949 | CWMBS, Inc. | 6/1/2005 | NYLIAC | 6/30/2005 |
| CWHL 2005-J2 2A1 | Mortgage Pass-Through Certificates, Series 2005-J2 | CHL Mortgage Pass-Through Trust 2005-J2 | 333-121249 | CWMBS, Inc. | 6/25/2005 | TGM | 6/20/2007 |
| CWHL 2005-J2 IB1 | Mortgage Pass-Through Certificates, Series 2005-J2 | CHL Mortgage Pass-Through Trust 2005-J2 | 333-117949 | CWMBS, Inc. | 6/1/2005 | NYLIAC | 6/30/2005 |
| CWHL 2005-J2 IB2 | Mortgage Pass-Through Certificates, Series 2005-J2 | CHL Mortgage Pass-Through Trust 2005-J2 | 333-117949 | CWMBS, Inc. | 6/1/2005 | NYLIAC | 6/30/2005 |

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWHL 2005-J2 IB3 | Mortgage Pass-Through Certificates, Series 2005-J2 Private Placement | CHL Mortgage Pass-Through Trust 2005-J2 | 333-117949 | CWMBS, Inc. | 6/1/2005 | NYLIAC | 6/30/2005 |
| CWHL 2005-J2 IB4 | Mortgage Pass-Through Certificates, Series 2005-J2 Private Placement | CHL Mortgage Pass-Through Trust 2005-J2 | 333-117949 | CWMBS, Inc. | 6/1/2005 | NYLIAC | 6/30/2005 |
| CWHL 2005-J2 IB5 | Mortgage Pass-Through Certificates, Series 2005-J2 Private Placement | CHL Mortgage Pass-Through Trust 2005-J2 | 333-117949 | CWMBS, Inc. | 6/1/2005 | NYLIAC | 6/30/2005 |
| CWHL 2005-J2 IM | Mortgage Pass-Through Certificates, Series 2005-J2 | CHL Mortgage Pass-Through Trust 2005-J2 | 333-117949 | CWMBS, Inc. | 6/1/2005 | NYLIAC | 6/30/2005 |
| CWHL 2005-J4 A5 | Mortgage Pass-Through Certificates, Series 2005-J4 | CHL Mortgage Pass-Through Trust 2005-J4 | 333-125963 | CWMBS, Inc. | 10/1/2005 | NYL | 2/17/2006 |
| CWHL 2005-J4 A5 | Mortgage Pass-Through Certificates, Series 2005-J4 | CHL Mortgage Pass-Through Trust 2005-J4 | 333-125963 | CWMBS, Inc. | 10/1/2005 | NYLIAC | 2/17/2006 |
| CWHL 2006-13 1A4 | Mortgage Pass-Through Certificates, Series 2006-13 | CHL Mortgage Pass-Through Trust 2006-13 | 333-131662 | CWMBS, Inc. | 7/1/2006 | TIAA | 1/8/2007 |
| CWHL 2006-14 A6 | Mortgage Pass-Through Certificates, Series 2006-14 | CHL Mortgage Pass-Through Trust 2006-14 | 333-131662 | CWMBS, Inc. | 7/1/2006 | TIAA | 8/21/2006 |
| CWHL 2006-15 A4 | Mortgage Pass-Through Certificates, Series 2006-15 | CHL Mortgage Pass-Through Trust 2006-15 | 333-131662 | CWMBS, Inc. | 8/1/2006 | TIAA | 10/12/2006 |

22

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWHL 2006-15 A5 | Mortgage Pass-Through Certificates, Series 2006-15 | CHL Mortgage Pass-Through Trust 2006-15 | 333-131662 | CWMBS, Inc. | 8/1/2006 | TIAA | 12/15/2006 |
| CWHL 2006-19 1A4 | Mortgage Pass-Through Certificates, Series 2006-19 | CHL Mortgage Pass-Through Trust 2006-19 | 333-131662 | CWMBS, Inc. | 11/1/2006 | TIAA | 12/4/2007 |
| CWHL 2006-20 1A3 | Mortgage Pass-Through Certificates, Series 2006-20 | CHL Mortgage Pass-Through Trust 2006-20 | 333-131662 | CWMBS, Inc. | 12/1/2006 | TIAA | 12/29/2006 |
| CWHL 2006-9 A5 | Mortgage Pass-Through Certificates, Series 2006-9 | CHL Mortgage Pass-Through Trust 2006-9 | 333-131662 | CWMBS, Inc. | 3/1/2006 | TIAA | 3/30/2006 |
| CWHL 2006-HYB5 1A2 | Mortgage Pass-Through Certificates, Series 2006-HYB5 | CHL Mortgage Pass-Through Trust 2006-HYB5 | 333-131662 | CWMBS, Inc. | 7/1/2006 | NYL | 9/11/2006 |
| CWHL 2006-HYB5 3A1A | Mortgage Pass-Through Certificates, Series 2006-HYB5 | CHL Mortgage Pass-Through Trust 2006-HYB5 | 333-131662 | CWMBS, Inc. | 7/1/2006 | NYL | 5/1/2007 |
| CWHL 2006-J1 1A2 | Mortgage Pass-Through Certificates, Series 2006-J1 | CHL Mortgage Pass-Through Trust 2006-J1 | 333-125963 | CWMBS, Inc. | 1/1/2006 | TIAA | 3/24/2006 |
| CWHL 2006-J3 A3 | Mortgage Pass-Through Certificates, Series 2006-J3 | CHL Mortgage Pass-Through Trust 2006-J3 | 333-131662 | CWMBS, Inc. | 5/1/2006 | NYL | 9/1/2006 |
| CWHL 2006-J3 A3 | Mortgage Pass-Through Certificates, Series 2006-J3 | CHL Mortgage Pass-Through Trust 2006-J3 | 333-131662 | CWMBS, Inc. | 5/1/2006 | NYLIAC | 9/1/2006 |

23

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWHL 2006-J4 A12 | Mortgage Pass-Through Certificates, Series 2006-J4 | CHL Mortgage Pass-Through Trust 2006-J4 | 333-131630 | CWMBS, Inc. | 7/1/2006 | TIAA | 11/16/2006 |
| CWHL 2006-J4 A6 | Mortgage Pass-Through Certificates, Series 2006-J4 | CHL Mortgage Pass-Through Trust 2006-J4 | 333-131630 | CWMBS, Inc. | 7/1/2006 | TIAA | 7/28/2006 |
| CWHL 2006-J4 A8 | Mortgage Pass-Through Certificates, Series 2006-J4 | CHL Mortgage Pass-Through Trust 2006-J4 | 333-131630 | CWMBS, Inc. | 7/1/2006 | TIAA | 11/7/2006 |
| CWHL 2007-1 A8 | Mortgage Pass-Through Certificates, Series 2007-1 | CHL Mortgage Pass-Through Trust 2007-1 | 333-131662 | CWMBS, Inc. | 1/1/2007 | TIAA | 3/7/2007 |
| CWHL 2007-10 A19 | Mortgage Pass-Through Certificates, Series 2007-10 | CHL Mortgage Pass-Through Trust 2007-10 | 333-140958 | CWMBS, Inc. | 5/1/2007 | TIAA | 5/31/2007 |
| CWHL 2007-11 A10 | Mortgage Pass-Through Certificates, Series 2007-11 | CHL Mortgage Pass-Through Trust 2007-11 | 333-140958 | CWMBS, Inc. | 6/1/2007 | TIAA | 9/10/2007 |
| CWHL 2007-13 A2 | Mortgage Pass-Through Certificates, Series 2007-13 | CHL Mortgage Pass-Through Trust 2007-13 | 333-140958 | CWMBS, Inc. | 6/1/2007 | TIAA | 6/29/2007 |
| CWHL 2007-13 A2 | Mortgage Pass-Through Certificates, Series 2007-13 | CHL Mortgage Pass-Through Trust 2007-13 | 333-140958 | CWMBS, Inc. | 6/1/2007 | TIAA | 6/29/2007 |
| CWHL 2007-14 A10 | Mortgage Pass-Through Certificates, Series 2007-14 | CHL Mortgage Pass-Through Trust 2007-14 | 333-140958 | CWMBS, Inc. | 7/1/2007 | TIAA | 8/2/2007 |
| CWHL 2007-14 A15 | Mortgage Pass-Through Certificates, Series 2007-14 | CHL Mortgage Pass-Through Trust 2007-14 | 333-140958 | CWMBS, Inc. | 7/1/2007 | TIAA | 10/5/2007 |

24

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWHL 2007-15 1A20 | Mortgage Pass-Through Certificates, Series 2007-15 | CHL Mortgage Pass-Through Trust 2007-15 | 333-140958 | CWMBS, Inc. | 7/1/2007 | TIAA | 10/31/2007 |
| CWHL 2007-4 1A11 | Mortgage Pass-Through Certificates, Series 2007-4 | CHL Mortgage Pass-Through Trust 2007-4 | 333-131662 | CWMBS, Inc. | 3/1/2007 | TIAA | 11/26/2007 |
| CWHL 2007-5 A2 | Mortgage Pass-Through Certificates, Series 2007-5 | CHL Mortgage Pass-Through Trust 2007-5 | 333-131662 | CWMBS, Inc. | 3/1/2007 | NYL | 6/14/2007 |
| CWHL 2007-5 A2 | Mortgage Pass-Through Certificates, Series 2007-5 | CHL Mortgage Pass-Through Trust 2007-5 | 333-131662 | CWMBS, Inc. | 3/1/2007 | NYLIAC | 6/14/2007 |
| CWHL 2007-5 A2 | Mortgage Pass-Through Certificates, Series 2007-5 | CHL Mortgage Pass-Through Trust 2007-5 | 333-131662 | CWMBS, Inc. | 3/1/2007 | NYLIAC | 6/14/2007 |
| CWHL 2007-7 A8 | Mortgage Pass-Through Certificates, Series 2007-7 | CHL Mortgage Pass-Through Trust 2007-7 | 333-140958 | CWMBS, Inc. | 4/1/2007 | NYL | 5/25/2007 |
| CWHL 2007-7 A8 | Mortgage Pass-Through Certificates, Series 2007-7 | CHL Mortgage Pass-Through Trust 2007-7 | 333-140958 | CWMBS, Inc. | 4/1/2007 | NYLIAC | 5/25/2007 |
| CWHL 2007-HY3 4A1 | Mortgage Pass-Through Certificates, Series 2007-HY3 | CHL Mortgage Pass-Through Trust 2007-HY3 | 333-140958 | CWMBS, Inc. | 4/1/2007 | NYL | 10/19/2007 |
| CWHL 2007-HY3 4A1 | Mortgage Pass-Through Certificates, Series 2007-HY3 | CHL Mortgage Pass-Through Trust 2007-HY3 | 333-140958 | CWMBS, Inc. | 4/1/2007 | NYLIAC | 10/19/2007 |
| CWHL 2007-HY3 4A1 | Mortgage Pass-Through Certificates, Series 2007-HY3 | CHL Mortgage Pass-Through Trust 2007-HY3 | 333-140958 | CWMBS, Inc. | 4/1/2007 | NYL | 10/19/2007 |

25

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWHL 2007-HY3 4A1 | Mortgage Pass-Through Certificates, Series 2007-HY3 | CHL Mortgage Pass-Through Trust 2007-HY3 | 333-140958 | CWMBS, Inc. | 4/1/2007 | QAM | 10/19/2007 |
| CWL 2004-15 AF5 | Asset-Backed Certificates, Series 2004-15 | CWABS Asset-Backed Certificates Trust 2004-15 | 333-118926 | CWABS, Inc. | 12/1/2004 | NYLIAC | 5/1/2006 |
| CWL 2004-15 AF5 | Asset-Backed Certificates, Series 2004-15 | CWABS Asset-Backed Certificates Trust 2004-15 | 333-118926 | CWABS, Inc. | 12/1/2004 | NYL | 5/1/2006 |
| CWL 2004-3 2A | Asset-Backed Certificates, Series 2004-3 | CWABS Asset-Backed Certificates Trust 2004-3 | 333-109272 | CWABS, Inc. | 3/30/2004 | FSAM | 4/25/2005 |
| CWL 2004-S1 A3 | Asset-Backed Certificates, Series 2004-S1 | CWABS Asset-Backed Certificates Trust 2004-S1 | 333-118926 | CWABS, Inc. | 12/1/2004 | NYL | 10/13/2006 |
| CWL 2005-12 2A5 | Asset-Backed Certificates, Series 2005-12 | CWABS Asset-Backed Certificates Trust 2005-12 | 333-125164 | CWABS, Inc. | 9/1/2005 | NYL | 9/30/2005 |
| CWL 2005-13 AF4 | Asset-Backed Certificates, Series 2005-13 | CWABS Asset-Backed Certificates Trust 2005-13 | 333-125164 | CWABS, Inc. | 11/1/2005 | TIAA | 11/21/2005 |
| CWL 2005-16 4AV3 | Asset-Backed Certificates, Series 2005-16 | CWABS Asset-Backed Certificates Trust 2005-16 | 333-125164 | CWABS, Inc. | 12/28/2005 | FSAM | 12/28/2005 |

26

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWL 2005-17 1AF3 | Asset-Backed Certificates, Series 2005-17 | CWABS Asset-Backed Certificates Trust 2005-17 | 333-125164 | CWABS, Inc. | 12/1/2005 | TIAA | 12/29/2005 |
| CWL 2005-17 1AF4 | Asset-Backed Certificates, Series 2005-17 | CWABS Asset-Backed Certificates Trust 2005-17 | 333-125164 | CWABS, Inc. | 12/1/2005 | TIAA | 12/29/2005 |
| CWL 2005-2 2A4 | Asset-Backed Certificates, Series 2005-2 | CWABS Asset-Backed Certificates Trust 2005-2 | 333-118926 | CWABS, Inc. | 3/30/2005 | FSAM | 3/30/2005 |
| CWL 2005-7 AF3 | Asset-Backed Certificates, Series 2005-7 | CWABS Asset-Backed Certificates Trust 2005-7 | 333-125164 | CWABS, Inc. | 6/1/2005 | TIAA | 12/22/2005 |
| CWL 2005-IM1 A4 | Asset-Backed Certificates, Series 2005-IM1 | CWABS Asset-Backed Certificates Trust 2005-IM1 | 333-125164 | CWABS, Inc. | 8/30/2005 | FSAM | 8/30/2005 |
| CWL 2005-IM2 A4 | Asset-Backed Certificates, Series 2005-IM2 | CWABS Asset-Backed Certificates Trust 2005-IM2 | 333-125164 | CWABS, Inc. | 10/28/2005 | FSAM | 10/28/2005 |
| CWL 2005-IM2 A4 | Asset-Backed Certificates, Series 2005-IM2 | CWABS Asset-Backed Certificates Trust 2005-IM2 | 333-125164 | CWABS, Inc. | 10/28/2005 | FSAM | 5/15/2006 |

27

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWL 2005-IM3 A3 | Asset-Backed Certificates, Series 2005-IM3 | CWABS Asset-Backed Certificates Trust 2005-IM3 | 333-125164 | CWABS, Inc. | 12/21/2005 | FSAM | 12/21/2005 |
| CWL 2006-24 2A2 | Asset-Backed Certificates, Series 2006-24 | CWABS Asset-Backed Certificates Trust 2006-24 | 333-135846 | CWABS, Inc. | 12/29/2006 | FSAM | 8/15/2007 |
| CWL 2006-8 2A3 | Asset-Backed Certificates, Series 2006-8 | CWABS Asset-Backed Certificates Trust 2006-8 | 333-131591 | CWABS, Inc. | 6/28/2006 | FSAM | 8/7/2007 |
| CWL 2006-ABC1 A2 | Asset-Backed Certificates, Series 2006-ABC1 | CWABS Asset-Backed Certificates Trust 2006-ABC1 | 333-131591 | CWABS, Inc. | 6/29/2006 | FSAM | 6/29/2006 |
| CWL 2006-BC2 2A3 | Asset-Backed Certificates, Series 2006-BC2 | CWABS Asset-Backed Certificates Trust 2006-BC2 | 333-131591 | CWABS, Inc. | 5/30/2006 | FSAM | 5/30/2006 |
| CWL 2006-BC4 2A3 | Asset-Backed Certificates, Series 2006-BC4 | CWABS Asset-Backed Certificates Trust 2006-BC4 | 333-135846 | CWABS, Inc. | 9/29/2006 | FSAM | 9/29/2006 |
| CWL 2006-S2 A3 | Home Equity Loan Asset Backed Certificates, Series 2006-S2 | CWHEQ Home Equity Loan Trust, Series 2006-S2 | 333-126790 | CWHEQ, Inc. | 3/1/2006 | NYL | 3/30/2006 |

28

**Exhibit 1: Plaintiffs' Countrywide Certificates**

| Offering and Class | Full Name of Offering | Issuing Entity | Registration Statement File No. | Depositor | Issue Date | Purchaser | Purchase Date |
|---|---|---|---|---|---|---|---|
| CWL 2006-S2 A3 | Home Equity Loan Asset Backed Certificates, Series 2006-S2 | CWHEQ Home Equity Loan Trust, Series 2006-S2 | 333-126790 | CWHEQ, Inc. | 3/1/2006 | NYLIAC | 3/30/2006 |
| CWL 2006-S2 A3 | Home Equity Loan Asset Backed Certificates, Series 2006-S2 | CWHEQ Home Equity Loan Trust, Series 2006-S2 | 333-126790 | CWHEQ, Inc. | 3/1/2006 | NYLIAC | 3/30/2006 |
| CWL 2006-S2 A3 | Home Equity Loan Asset Backed Certificates, Series 2006-S2 | CWHEQ Home Equity Loan Trust, Series 2006-S2 | 333-126790 | CWHEQ, Inc. | 3/1/2006 | NYL | 10/10/2006 |
| CWL 2006-S3 A1 | Home Equity Loan Asset Backed Certificates, Series 2006-S3 | CWHEQ Home Equity Loan Trust, Series 2006-S3 | 333-132375 | CWHEQ, Inc. | 6/29/2006 | NYL | 6/29/2006 |
| CWL 2006-S3 A1 | Home Equity Loan Asset Backed Certificates, Series 2006-S3 | CWHEQ Home Equity Loan Trust, Series 2006-S3 | 333-132375 | CWHEQ, Inc. | 6/29/2006 | NYLIAC | 6/29/2006 |
| CWL 2006-S3 A1 | Home Equity Loan Asset Backed Certificates, Series 2006-S3 | CWHEQ Home Equity Loan Trust, Series 2006-S3 | 333-132375 | CWHEQ, Inc. | 6/29/2006 | TIAA-CREF Funds | 7/5/2007 |
| CWL 2006-S3 A3 | Home Equity Loan Asset Backed Certificates, Series 2006-S3 | CWHEQ Home Equity Loan Trust, Series 2006-S3 | 333-132375 | CWHEQ, Inc. | 6/29/2006 | NYLIAC | 8/30/2006 |

29