B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative
Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC.,
PUBLISHER, NYC 10013

SUPREME        COURT    OF THE STATE OF NEW YORK
COUNTY OF    NEW YORK

DEXIA HOLDINGS, INC.; ET AL.,

*Index No.* 650185/2011

against                                                               Plaintiff(s)

COUNTRYWIDE FINANCIAL CORPORATION; ET AL.,

*AFFIDAVIT OF*
*SERVICE OF SUMMONS*
*AND COMPLAINT*

SEE ATTACHED RIDER

Defendant(s)

STATE OF ~~NEW YORK~~ CALIFORNIA, COUNTY OF   LOS ANGELES        SS:  The undersigned, being duly sworn, deposes and says; deponent is not a
party herein, is over 18 years of age and resides ~~at~~ IN THE STATE OF CALIFORNIA
That on   1/28/11                      at  9:57A.M., at  818 WEST SEVENTH STREET, LOS ANGELES, CA 90017
deponent served the within ~~summons and complaint on~~      COUNTRYWIDE FINANCIAL CORPORATION          defendant therein named,
SEE ATTACHED RIDER                      C/O C T CORPORATION SYSTEM, REGISTERED AGENT

**INDIVIDUAL**
1. ☐  by delivering a true copy of *each* to said defendant personally; deponent knew the person so served to be the person described as
said defendant therein.

**CORPORATION**
2. ☒  a   FOREIGN              corporation, by delivering thereat a true copy *of each* to  MARGARET WILSON
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and
knew said individual to be  AUTHORIZED AGENT AT
C T CORPORATION SYSTEM       thereof.

**SUITABLE AGE PERSON**
3. ☐  by delivering thereat a true copy *of each* to                                    a person of suitable age
and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐  by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—
usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age
and discretion thereat, having called there

**MAILING TO RESIDENCE**
**USE WITH 3 OR 4**
5A. ☐  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to
defendant at defendant's last known residence, at                                        and deposited
said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS**
**USE WITH 3 OR 4**
5B. ☐  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly
addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore
the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the
communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION**
**USE WITH**
**1, 2, OR 3**
☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☒ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☒ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**
☐  The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional
legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☐  I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any
capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of
my information and the grounds of my belief are the conversations and observations above narrated. Upon information and
belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either
the State or in the Federal statutes.

Sworn to before me on  01/31/2011

                                                         CECIL A. WATSON
                                                         PRINT NAME BENEATH SIGNATURE

BRUCE F. BODYLOS
COMM. #1875265
Notary Public - California
Los Angeles County
My Comm. Expires Dec. 31, 2013

ANGELES COUNTY License No.  6535

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate *italicized* language and military service allegation if not applicable.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X    INDEX NO. 650185/11

DEXIA HOLDINGS INC., ET AL.,

                              Plaintiff

              - against -                    **RIDER TO
AFFIDAVIT OF SERVICE**

COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,

                           Defendants
------------------------------------------------------------------X

List Of Documents Served:

- Summons;

- Complaint;

- Court Notice Regarding Availability Of Electronic Filing Supreme Court Cases;

- Notice Of Commencement Of Action Subject To Mandatory Electronic Filing;

- Request For Judicial Intervention;

- Statement In Support Of Request For Assignment To Commercial Division

B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative
Methods: Corp. or Ind.: Military Service. 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

DEXIA HOLDINGS, INC.; ET AL.,

                                                            Plaintiff(s)

                        against

COUNTRYWIDE FINANCIAL CORPORATION; ET AL.,

                                                            Defendant(s)

Index No. 650185/2011

AFFIDAVIT OF
SERVICE OF SUMMONS
AND COMPLAINT
SEE ATTACHED RIDER

STATE OF ~~NEW YORK~~, CALIFORNIA COUNTY OF LOS ANGELES   SS:   The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides ~~at~~ IN THE STATE OF CALIFORNIA
That on  1/28/11  at 9:57A. M., at 818 WEST SEVENTH STREET, LOS ANGELES, CA 90017
deponent served the within ~~summons and complaint~~ on  COUNTRYWIDE HOME LOANS, INC.  defendant therein named.
SEE ATTACHED RIDER                         C/O C T CORPORATION SYSTEM, REGISTERED AGENT

**INDIVIDUAL 1.** ☐   by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☒   a  FOREIGN  corporation, by delivering thereat a true copy of each to  MARGARET WILSON
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED AGENT AT C T CORPORATION SYSTEM thereof.

**SUITABLE AGE PERSON 3.** ☐   by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐   by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☒ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☒ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features: _____

**USE IN NYC CIVIL CT.** ☐   The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐   I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on  01/31/2011

PRINT NAME BENEATH SIGNATURE
CECIL A. WATSON

BRUCE F. BODY   LOS ANGELES COUNTY   License No. 6535
COMM. #1875265
Notary Public - California
Los Angeles County
My Comm. Expires Dec. 31, 2013

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------------X   INDEX NO. 650185/11

DEXIA HOLDINGS INC., ET AL.,

Plaintiff

- against -

**RIDER TO
AFFIDAVIT OF SERVICE**

COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,

Defendants

------------------------------------------------------------------X

List Of Documents Served:

- Summons;

- Complaint;

- Court Notice Regarding Availability Of Electronic Filing Supreme Court Cases;

- Notice Of Commencement Of Action Subject To Mandatory Electronic Filing;

- Request For Judicial Intervention;

- Statement In Support Of Request For Assignment To Commercial Division

B-151— Affidavit of Service of Summons or Subpoena; Personal or Alternative
Methods; Corp. or Ind.; Military Service, 10 pt. type, 1-95

Blumbergs
Law Products

© 1986 JULIUS BLUMBERG, INC.,
PUBLISHER, NYC 10013

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

DEXIA HOLDINGS, INC.; ET AL.,

*Index No.* 650185/2011

Plaintiff(s)

*against*

COUNTRYWIDE FINANCIAL CORPORATION; ET AL.,

*AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT*

SEE ATTACHED RIDER

Defendant(s)

STATE OF NEW YORK, CALIFORNIA COUNTY OF LOS ANGELES SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at IN THE STATE OF CALIFORNIA

That on 1/28/11 at 9:57A.M., at 818 WEST SEVENTH STREET, LOS ANGELES, CA 90017
deponent served the within summons and complaint on COUNTRYWIDE SECURITIES CORPORATION defendant therein named,
SEE ATTACHED RIDER C/O C T CORPORATION SYSTEM, REGISTERED AGENT

INDIVIDUAL 1. ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

CORPORATION 2. ☒ a DOMESTIC corporation, by delivering thereat a true copy *of each* to MARGARET WILSON
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED AGENT AT thereof. C T CORPORATION SYSTEM

SUITABLE AGE PERSON 3. ☐ by delivering thereat a true copy *of each* to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

AFFIXING TO DOOR, ETC. 4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILING TO RESIDENCE USE WITH 3 OR 4 5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO BUSINESS USE WITH 3 OR 4 5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

DESCRIPTION USE WITH 1, 2, OR 3 ☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☒ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☒ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

USE IN NYC CIVIL CT. ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

MILITARY SERVICE ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 01/31/2012

PRINT NAME BENEATH SIGNATURE
CECIL A. WATSON

BRUCE F. BODY
COMM. #1875265
Notary Public - California
Los Angeles County
My Comm. Expires Dec. 31, 2013

LOS ANGELES COUNTY License No. 6535

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------X     INDEX NO. 650185/11

DEXIA HOLDINGS INC., ET AL.,

Plaintiff

- against -

**RIDER TO<br>AFFIDAVIT OF SERVICE**

COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,

Defendants

------------------------------------------------------------X

List Of Documents Served:

- Summons;

- Complaint;

- Court Notice Regarding Availability Of Electronic Filing Supreme Court Cases;

- Notice Of Commencement Of Action Subject To Mandatory Electronic Filing;

- Request For Judicial Intervention;

- Statement In Support Of Request For Assignment To Commercial Division

B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative
Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

DEXIA HOLDINGS, INC.; ET AL.,

Index No. 650185/2011

Plaintiff(s)

*against*

COUNTRYWIDE FINANCIAL CORPORATION; ET AL.,

Defendant(s)

**AFFIDAVIT OF**
**SERVICE OF SUMMONS**
~~(WITH COMPLAINT)~~
SEE ATTACHED RIDER

CALIFORNIA
STATE OF ~~NEW YORK~~, COUNTY OF LOS ANGELES SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at IN THE STATE OF CALIFORNIA
That on 1/28/11 at 9:57A.M., at 818 WEST SEVENTH STREET, LOS ANGELES, CA 90017
deponent served the within ~~summons and complaint~~ on CWABS, INC. defendant therein named,
SEE ATTACHED RIDER C/O C T CORPORATION SYSTEM, REGISTERED AGENT

**INDIVIDUAL**
1. ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☒ a FOREIGN corporation, by delivering thereat a true copy *of each* to MARGARET WILSON
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED AGENT AT
C T CORPORATION SYSTEM thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy *of each* to
and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state. a person of suitable age

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE**
**USE WITH 3 OR 4**
5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS**
**USE WITH 3 OR 4**
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION**
**USE WITH 1, 2, OR 3**
☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☒ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☒ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**
☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 01/31/2011

CECIL A. WATSON
PRINT NAME BENEATH SIGNATURE

LOS ANGELES COUNTY License No. 6535

BRUCE F. BODY
COMM. #1875265
Notary Public - California
Los Angeles County
My Comm. Expires Dec. 31, 2013

**INSTRUCTIONS:** Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X     INDEX NO. 650185/11
DEXIA HOLDINGS INC., ET AL.,

                                        Plaintiff

                        - against -                                   **RIDER TO
                                                              AFFIDAVIT OF SERVICE**

COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,

                                        Defendants
-----------------------------------------------------------------X

List Of Documents Served:

- Summons;

- Complaint;

- Court Notice Regarding Availability Of Electronic Filing Supreme Court Cases;

- Notice Of Commencement Of Action Subject To Mandatory Electronic Filing;

- Request For Judicial Intervention;

- Statement In Support Of Request For Assignment To Commercial Division

B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative
Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC.,
PUBLISHER, NYC 10013

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

DEXIA HOLDINGS, INC.; ET AL.,

*Index No.* 650185/2011

*Plaintiff(s)*

*against*

COUNTRYWIDE FINANCIAL CORPORATION; ET AL.,

*AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)*

SEE ATTACHED RIDER

*Defendant(s)*

STATE OF NEW YORK, COUNTY OF LOS ANGELES        SS: The undersigned, being duly sworn, deposes and says; deponent is not a
CALIFORNIA
party herein, is over 18 years of age and resides at IN THE STATE OF CALIFORNIA
That on 1/28/11       at 9:57A.M., at 818 WEST SEVENTH STREET, LOS ANGELES, CA 90017
deponent served the within summons and complaint on CWALT, INC.       defendant therein named,
SEE ATTACHED RIDER       C/O C T CORPORATION SYSTEM, REGISTERED AGENT

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☒ a FOREIGN corporation, by delivering thereat a true copy *of each* to MARGARET WILSON personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED AGENT AT C T CORPORATION SYSTEM thereof.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy *of each* to       a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at       and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at       in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Skin | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☒ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☒ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on O₁/30/2011

PRINT NAME BENEATH SIGNATURE

CECIL A. WATSON

BRUCE F. BODY
COMM. #1875265
Notary Public - California
Los Angeles County
My Comm. Expires Dec. 31, 2013

LOS ANGELES COUNTY License No. 6535

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------X     INDEX NO. 650185/11

DEXIA HOLDINGS INC., ET AL.,

                                        Plaintiff

                        - against -                                          **RIDER TO
                                                                    AFFIDAVIT OF SERVICE**

COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,

                                        Defendants
-----------------------------------------------------------------X

List Of Documents Served:

• Summons;

• Complaint;

• Court Notice Regarding Availability Of Electronic Filing Supreme Court Cases;

• Notice Of Commencement Of Action Subject To Mandatory Electronic Filing;

• Request For Judicial Intervention;

• Statement In Support Of Request For Assignment To Commercial Division

B 151—  Affidavit of Service of Summons or Subpoena: Personal or Alternative
Methods: Corp. or Ind.; Military Service, 10 pt. type, 1-95

© 1958 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

SUPREME        COURT        OF THE STATE OF NEW YORK
COUNTY OF        NEW YORK

DEXIA HOLDINGS, INC.; ET AL.,

*Index No.* 650185/2011

*Plaintiff(s)*

against

COUNTRYWIDE FINANCIAL CORPORATION; ET AL.,

*AFFIDAVIT OF*
*SERVICE OF SUMMONS*
*(AND COMPLAINT)*

SEE ATTACHED RIDER

*Defendant(s)*

STATE OF ~~NEW YORK~~ CALIFORNIA, COUNTY OF  LOS ANGELES        SS:  The undersigned, being duly sworn, deposes and says; deponent is not a
party herein, is over 18 years of age and resides ~~at~~ IN THE STATE OF CALIFORNIA
That on  1/28/11        at 9:57A. M., at 818 WEST SEVENTH STREET, LOS ANGELES, CA 90017
deponent served the within ~~summons and a notice~~ on    CWHEQ, INC.                    defendant therein named,
SEE ATTACHED RIDER        C/O C T CORPORATION SYSTEM, REGISTERED AGENT

**INDIVIDUAL 1.** ☐    by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as
said defendant therein.

**CORPORATION 2.** ☒    a    FOREIGN        corporation, by delivering thereat a true copy *of each* to  MARGARET WILSON
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and
knew said individual to be AUTHORIZED AGENT AT  thereof.
C T CORPORATION SYSTEM

**SUITABLE AGE PERSON 3.** ☐    by delivering thereat a true copy *of each to*                    a person of suitable age
and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐    by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—
usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age
and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to
defendant at defendant's last known residence, at                    and deposited
said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly
addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore
the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the
communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☒ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**    The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional
legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐    I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any
capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of
my information and the grounds of my belief are the conversations and observations above narrated. Upon information and
belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either
the State or in the Federal statutes.

Sworn to before me on  2/21/2011

PRINT NAME BENEATH SIGNATURE
CECIL A. WATSON

BRUCE F. BODY  LOS ANGELES COUNTY  License No. 6535
COMM. #1875265
Notary Public - California
Los Angeles County
My Comm. Expires Dec. 31, 2013

**INSTRUCTIONS:** Check appropriate boxes and fill in blanks. Delete inappropriate *italicized* language and military service allegation if not applicable.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------X        INDEX NO. 650185/11

DEXIA HOLDINGS INC., ET AL.,

                                          Plaintiff

                        - against -                                **RIDER TO
                                                                   AFFIDAVIT OF SERVICE**

COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,

                                          Defendants

-------------------------------------------------------------X

List Of Documents Served:

- Summons;

- Complaint;

- Court Notice Regarding Availability Of Electronic Filing Supreme Court Cases;

- Notice Of Commencement Of Action Subject To Mandatory Electronic Filing;

- Request For Judicial Intervention;

- Statement In Support Of Request For Assignment To Commercial Division

B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative
Methods: Corp. or Ind.: Military Service. 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

DEXIA HOLDINGS, INC.; ET AL.,

Plaintiff(s)

against

COUNTRYWIDE FINANCIAL CORPORATION; ET AL.,

Defendant(s)

Index No. 650185/2011

AFFIDAVIT OF
SERVICE OF ~~SUMMONS~~
~~AND COMPLAINT~~
SEE ATTACHED RIDER

STATE OF ~~NEW YORK~~ CALIFORNIA, COUNTY OF LOS ANGELES   SS:   The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides ~~at~~ IN THE STATE OF CALIFORNIA
That on 1/28/11 at 9:57A. M., at 818 WEST SEVENTH STREET, LOS ANGELES, CA 90017
deponent served the within ~~summons and complaint~~ on CWMBS, INC. defendant therein named.
SEE ATTACHED RIDER
C/O C T CORPORATION SYSTEM, REGISTERED AGENT

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☒ a FOREIGN corporation, by delivering thereat a true copy of each to MARGARET WILSON personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be C T CORPORATION SYSTEM AUTHORIZED AGENT AT thereof.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☒ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☒ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 01/31/201

PRINT NAME BENEATH SIGNATURE
CECIL A. WATSON

BRUCE F. BODY
COMM. #1875266
Notary Public - California
Los Angeles County
My Comm. Expires Dec. 31, 2013

LOS ANGELES COUNTY License No. 6535

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------X          INDEX NO. 650185/11

DEXIA HOLDINGS INC., ET AL.,

Plaintiff

- against -                                                                       **RIDER TO
                                                                                       AFFIDAVIT OF SERVICE**

COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,

Defendants

------------------------------------------------------------X

List Of Documents Served:

- Summons;

- Complaint;

- Court Notice Regarding Availability Of Electronic Filing Supreme Court Cases;

- Notice Of Commencement Of Action Subject To Mandatory Electronic Filing;

- Request For Judicial Intervention;

- Statement In Support Of Request For Assignment To Commercial Division

B 151 — Affidavit of Service of Summons or Subpoena; Personal or Alternate Method; Corp. or Ind.; Military Service, 10 pt. type, 1-99    © 1998 JULIUS BLUMBERG, INC. PUBLISHER, NYC 10013

SUPREME    COURT    OF THE STATE OF NEW YORK
COUNTY OF    NEW YORK

DEKIA HOLDINGS, INC.; ET AL.,

*Index No.* 650185/2011

*Plaintiff(s)*

*against*

COUNTRYWIDE FINANCIAL CORPORATION; ET AL.,

AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)
SEE ATTACHED RIDER

*Defendant(s)*

STATE OF ~~NEW YORK~~ CALIFORNIA, COUNTY OF VENTURA    SS:    The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides ~~in~~ IN THE STATE OF CALIFORNIA

That on    2/8/11    at 6:30 A.M., at    3400 CORDOVA DRIVE, CALABASAS, CALIFORNIA
deponent served the within summons, *and complaint on*    N. JOSHUA ADLER    *defendant therein named,*
SEE ATTACHED RIDER

INDIVIDUAL 1. ☒    by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

CORPORATION 2. ☐    a    corporation, by delivering thereat a true copy *of each* to
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be    thereof.

SUITABLE AGE PERSON 3. ☐    by delivering thereat a true copy *of each* to
and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.    a person of suitable age

AFFIX TO DOOR, ETC. 4. ☐    by affixing a true copy, *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILING TO RESIDENCE USE WITH 1 OR 4 5A. ☐    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at    and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO BUSINESS USE WITH 1 OR 4 5B. ☐    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

DESCRIPTION USE WITH 1, 2, OR 4 ☒

| | | | | |
|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☒ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☒ Over 6' | ☒ Over 200 Lbs. |

Other identifying features:

USE IN NYC CIVIL CT. ☐    The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

MILITARY SERVICE ☒    I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 2/8/11

JERRY JENS
License No. 5381

BAHRAM EFTEKHARI
COMM. #1795994
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires April 20, 2012

LOS ANGELES
COUNTY

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------X    INDEX NO. 650185/11

DEXIA HOLDINGS INC., ET AL.,

Plaintiff

- against -

**RIDER TO
AFFIDAVIT OF SERVICE**

COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,

Defendants

-----------------------------------------------------------------X

List Of Documents Served:

- Summons;

- Complaint;

- Court Notice Regarding Availability Of Electronic Filing Supreme Court Cases;

- Notice Of Commencement Of Action Subject To Mandatory Electronic Filing;

- Request For Judicial Intervention;

- Statement In Support Of Request For Assignment To Commercial Division

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

DEXIA HOLDINGS, INC., et al.,

           Plaintiffs,

       v.

COUNTRYWIDE FINANCIAL
CORPORATION, et al.,

           Defendants.

Index No. 650185/2011

### ADMISSION OF SERVICE OF SUMMONS

I acknowledge that Defendant Eric P. Sieracki, whom I represent, hereby waives and admits service of the Summons and Complaint (and other documents listed below) in the above-captioned action.

In compliance with New York Civil Practice Law and Rule 306(e), Mr. Sieracki hereby waives and agrees to the adequacy of service of the following documents in the above-captioned action: (i) Summons and Complaint, (ii) Request for Judicial Intervention, (iii) Statement in Support of Request for Assignment to Commercial Division, (iv) Court Notice Regarding Availability of Electronic Filing Supreme Court Cases and Consent, and (v) Notice of Commencement of Action Subject to Mandatory Electronic Filing.

Mr. Sieracki will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the Summons and Complaint (and other documents listed above).

2/14/2011
Date

Signature _Anthony Gill_

Printed/typed name: Anthony Gill

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

---

DEXIA HOLDINGS, INC., et al.,

        Plaintiffs,

        v.

COUNTRYWIDE FINANCIAL
CORPORATION, et al.,

        Defendants.

---

Index No. 650185/2011

## ADMISSION OF SERVICE OF SUMMONS

        I acknowledge that Defendant Jeffrey P. Grogin, whom I represent, hereby waives and admits service of the Summons and Complaint (and other documents listed below) in the above-captioned action.

        In compliance with New York Civil Practice Law and Rule 306(e), Mr. Grogin hereby waives and agrees to the adequacy of service of the following documents in the above-captioned action: (i) Summons and Complaint, (ii) Request for Judicial Intervention, (iii) Statement in Support of Request for Assignment to Commercial Division, (iv) Court Notice Regarding Availability of Electronic Filing Supreme Court Cases and Consent, and (v) Notice of Commencement of Action Subject to Mandatory Electronic Filing.

        Mr. Grogin will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the Summons and Complaint (and other documents listed above).

 

_2/14/11_
Date

Signature

Printed/typed name: ERIC S. PETTIT

Case 1:11-cv-01166-RJH Document 1-6    Filed 02/23/11   Page 19 of 33

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

---

DEXIA HOLDINGS, INC., et al.,

               Plaintiffs,

      v.

COUNTRYWIDE FINANCIAL
CORPORATION, et al.,

               Defendants.

Index No. 650185/2011

---

### ADMISSION OF SERVICE OF SUMMONS

      I acknowledge that Defendant Stanford L. Kurland, whom I represent, hereby waives and admits service of the Summons and Complaint (and other documents listed below) in the above-captioned action.

      In compliance with New York Civil Practice Law and Rule 306(e), Mr. Kurland hereby waives and agrees to the adequacy of service of the following documents in the above-captioned action: (i) Summons and Complaint, (ii) Request for Judicial Intervention, (iii) Statement in Support of Request for Assignment to Commercial Division, (iv) Court Notice Regarding Availability of Electronic Filing Supreme Court Cases and Consent, and (v) Notice of Commencement of Action Subject to Mandatory Electronic Filing.

      Mr. Kurland will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the Summons and Complaint (and other documents listed above).

Date: 2/14/11

Signature:

Printed/typed name: ERIC S. PETTIT

B 151 — Affidavit of Service of Summons or Subpoena; Personal or Alternative Methods Corp or Ind.; Military Service, 10 pt. type, 1-95

© 1996 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

DEXIA HOLDINGS, INC.; ET AL.,

Plaintiff(s)

against

COUNTRYWIDE FINANCIAL CORPORATION; ET AL.,

Defendant(s)

Index No. 650185/2011

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**
SEE ATTACHED RIDER

STATE OF ~~NEW YORK~~, CALIFORNIA COUNTY OF LOS ANGELES SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides ~~in~~ IN THE STATE OF CALIFORNIA

That on 2/8/11 at 7:20 A.M., at 1336 LYNNMERE DRIVE, THOUSAND OAKS, CALIFORNIA
deponent served the within summons, *and complaint on* defendant therein named,
SEE ATTACHED RIDER THOMAS K. MCLAUGHLIN

INDIVIDUAL
1. ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

CORPORATION
2. ☐ a ___ corporation, by delivering thereat a true copy *of each* to ___ personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be ___ thereof.

SUITABLE AGE PERSON
3. ☒ by delivering thereat a true copy *of each* to ELIZABETH MCLAUGHLIN (WIFE) a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

AFFIXING TO DOOR, ETC.
4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILED ON: 2/9/11 AT 2:55 P.M.

MAILING TO RESIDENCE USE WITH 3 OR 4
5A. ☒ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at 1336 LYNNMERE DRIVE, THOUSAND OAKS, CA 91360 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within CALIFORNIA STATE.

MAILING TO BUSINESS USE WITH 3 OR 4
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at ___ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

DESCRIPTION USE WITH 1, 2, OR 3

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☒ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

USE IN NYC CIVIL CT.
The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

MILITARY SERVICE
☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. ~~Recipient wore ordinary civilian clothes and no military uniform.~~ The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 2/10/11

[signature]

[seal]
BAHRAM EFTEKHARI
COMM. #1795994
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires April 20, 2012

[signature]
JERRY JENS
LOS ANGELES COUNTY License No. 5381

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------X          INDEX NO. 650185/11
DEXIA HOLDINGS INC., ET AL.,

                                        Plaintiff

                          - against -                                      **RIDER TO
                                                                           AFFIDAVIT OF SERVICE**

COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,

                                        Defendants
----------------------------------------------------------------X

List Of Documents Served:

- Summons;

- Complaint;

- Court Notice Regarding Availability Of Electronic Filing Supreme Court Cases;

- Notice Of Commencement Of Action Subject To Mandatory Electronic Filing;

- Request For Judicial Intervention;

- Statement In Support Of Request For Assignment To Commercial Division

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

DEXIA HOLDINGS, INC.; ET AL.,

Plaintiff(s)

against

COUNTRYWIDE FINANCIAL CORPORATION; ET AL.,

Defendant(s)

Index No. 650185/2011

*AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)
SEE ATTACHED RIDER*

STATE OF ~~NEW YORK~~ CALIFORNIA, COUNTY OF LOS ANGELES       SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides ~~xx~~ IN THE STATE OF CALIFORNIA
That on 2/8/11 at 7:15 A.M., at 815 JOHN STREET, MANHATTAN BEACH, CALIFORNIA deponent served the within summons, *and complaint on* RANJIT KRIPALANI defendant therein named.
SEE ATTACHED RIDER

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☐ a corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be thereof.

**SUITABLE AGE PERSON 3.** ☒ by delivering thereat a true copy *of each* to "JANE" KRIPALANI (WIFE) (REFUSED TO GIVE FIRST NAME) a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILED ON: 2/9/11 AT 2:55 P.M.

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☒ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at 815 JOHN STREET, MANHATTAN BEACH, CA 90266 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within CALIFORNIA STATE.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☒ 100-130 Lbs. |
| | ☐ Yellow Skin | ☒ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. ~~Recipient wore ordinary civilian clothes and no military uniform.~~ The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 02/10/2011

BRUCE F. BODY
COMM. #1875265
Notary Public - California
Los Angeles County
My Comm. Expires Dec. 31, 2013

PRINT NAME BENEATH SIGNATURE
GABRIELA MELENDEZ
LOS ANGELES COUNTY License No. 5644

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------X    INDEX NO. 650185/11

DEXIA HOLDINGS INC., ET AL.,

Plaintiff

- against -

COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,

Defendants

-------------------------------------------------------------------X

**RIDER TO
AFFIDAVIT OF SERVICE**

List Of Documents Served:

- Summons;

- Complaint;

- Court Notice Regarding Availability Of Electronic Filing Supreme Court Cases;

- Notice Of Commencement Of Action Subject To Mandatory Electronic Filing;

- Request For Judicial Intervention;

- Statement In Support Of Request For Assignment To Commercial Division

B 151— Affidavit of Service of Summons or Subpoena, Personal or Alternative
Methods. Corp. or Ind., Military Service, 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

SUPREME    COURT    OF THE STATE OF NEW YORK
COUNTY OF  NEW YORK

DEXIA HOLDINGS, INC.; ET AL.,

                                                        Plaintiff(s)

            against

COUNTRYWIDE FINANCIAL CORPORATION; ET AL.,

                                                        Defendant(s)

*Index No.* 650185/2011

*AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)*
SEE ATTACHED RIDER

                                     CALIFORNIA
STATE OF NEW YORK, COUNTY OF  LOS ANGELES        SS:  The undersigned, being duly sworn, deposes and says; deponent is not a
party herein, is over 18 years of age and resides in  IN THE STATE OF CALIFORNIA
That on   2/8/11                    at 7:00 A.M., at 4163 OAK PLACE DRIVE, WESTLAKE VILLAGE, CALIFORNIA
deponent served the within summons, *and complaint on*                                    defendant therein named,
SEE ATTACHED RIDER                    THOMAS H. BOONE

| | | |
|---|---|---|
| INDIVIDUAL 1. ☐ | by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein. | |
| CORPORATION 2. ☐ | a                                        corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be                                        thereof. | |
| SUITABLE AGE PERSON 3. ☒ | by delivering thereat a true copy *of each* to  PRISCILLA BOONE (WIFE)                    a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state. | |
| AFFIXING TO DOOR, ETC. 4. ☐ | by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there | |

                MAILED ON:   2/9/11 AT 2:55 P.M.

| | |
|---|---|
| MAILING TO RESIDENCE USE WITH 3 OR 4 5A. ☒ | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at 4163 OAK PLACE DRIVE, WESTLAKE VILLAGE, CA 91362       and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within CALIFORNIA STATE. |
| MAILING TO BUSINESS USE WITH 3 OR 4 5B. ☐ | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION USE WITH 1, 2, OR 3 ☒ | ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| | ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

| | |
|---|---|
| USE IN NYC CIVIL CT. ☐ | The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f). |
| MILITARY SERVICE ☒ | I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. ~~Recipient wore ordinary civilian clothes and no military uniform.~~ The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes. |

Sworn to before me on  2/10/11

[seal: BAHRAM EFTEKHARI COMM. #1795994 NOTARY PUBLIC - CALIFORNIA LOS ANGELES COUNTY My Comm. Expires April 20, 2012]

LOS ANGELES COUNTY

PRINT NAME BENEATH SIGNATURE
JERRY JENS
License No.  5381

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X       INDEX NO. 650185/11
DEXIA HOLDINGS INC., ET AL.,

                             Plaintiff

              - against -                         **RIDER TO**
                                                 **AFFIDAVIT OF SERVICE**

COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,

                           Defendants
-----------------------------------------------------------------X

List Of Documents Served:

- Summons;

- Complaint;

- Court Notice Regarding Availability Of Electronic Filing Supreme Court Cases;

- Notice Of Commencement Of Action Subject To Mandatory Electronic Filing;

- Request For Judicial Intervention;

- Statement In Support Of Request For Assignment To Commercial Division

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

DEXIA HOLDINGS, INC.; ET AL.,

*Plaintiff(s)*

against

COUNTRYWIDE FINANCIAL CORPORATION; ET AL.,

*Defendant(s)*

Index No. 650185/2011

*AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)*
SEE ATTACHED RIDER

STATE OF NEW YORK CALIFORNIA, COUNTY OF LOS ANGELES SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides XX IN THE STATE OF CALIFORNIA

That on 2/9/11 at 11:15 A.M., at 27001 AGOURA ROAD, CALABASAS, CALIFORNIA (SUITE 350)
deponent served the within summons, *and complaint on* DAVID A. SPECTOR defendant therein named,
SEE ATTACHED RIDER

INDIVIDUAL 1. ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

CORPORATION 2. ☐ a ............................................ corporation, by delivering thereat a true copy *of each* to ............................................ personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be ............................................ thereof.

SUITABLE AGE PERSON 3. ☒ by delivering thereat a true copy *of each* to RAENELL GALLAGHER (CO-WORKER) a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

AFFIXING TO DOOR, ETC. 4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILED ON: 2/9/11 AT 2:55 P.M.
C/O PENNYMAC

MAILING TO RESIDENCE USE WITH 3 OR 4 5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at ............................................ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO BUSINESS USE WITH 3 OR 4 6B. ☒ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at 27001 AGOURA ROAD, CALABASAS, CA 91301 (SUITE 350) in an official depository under the exclusive care and custody of the U.S. Postal Service within CALIFORNIA STATE The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

DESCRIPTION USE WITH 1, 2, OR 3 ☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☒ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☐ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

USE IN NYC CIVIL CT. ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

MILITARY SERVICE ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 02/11/2011

BRUCE F. BODY
COMM. #1875265
Notary Public - California
Los Angeles County
My Comm. Expires Dec. 31, 2013

CECIL A. WATSON
PRINT NAME BENEATH SIGNATURE
LOS ANGELES COUNTY License No. 6535

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

B 151— *Affidavit of Service of Summons or Subpoena. Personal or Alternative Methods: Corp. or Ind.; Military Service, 10 pt. type, 1-95*

© 1988 JULIUS BLUMBERG, INC.
PUBLISHER NYC 10013.

SUPREME     COURT     OF THE STATE OF NEW YORK
COUNTY OF  NEW YORK

DEXIA HOLDINGS, INC.; ET AL.,

*Plaintiff(s)*

against

COUNTRYWIDE FINANCIAL CORPORATION; ET AL.,

*Defendant(s)*

*Index No.*  650185/2011

*AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)*
SEE ATTACHED RIDER

CALIFORNIA
STATE OF ~~NEW YORK~~, COUNTY OF LOS ANGELES      SS:  The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides ~~XX~~ IN THE STATE OF CALIFORNIA
That on   2/8/11           at 9:00 A.M., at 6885 COYOTE CANYON ROAD, SOMIS, CALIFORNIA
deponent served the within summons, *and complaint on*                                                    thereof.
SEE ATTACHED RIDER            JENNIFER S. SANDEFUR           *defendant therein named,*

**INDIVIDUAL**
1. ☐    by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☐    a                          corporation, by delivering thereat a true copy *of each* to personally; deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be                          thereof.

**SUITABLE AGE PERSON**
3. ☒    by delivering thereat a true copy *of each* to   JOSE GALVAN (CO-OCCUPANT)               a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐    by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place— usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILED ON:  2/9/11 AT 2:55 P.M.

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A. ☒    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at  6885 COYOTE CANYON RD., SOMIS, CA 93066           and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within  CALIFORNIA STATE.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B. ☐    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3**
☒

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☒ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☒ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**
☐    The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☒    I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. ~~Recipient wore ordinary civilian clothes and no military uniform.~~ The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on  2/11/11

BAHRAM EFTEKHARI
COMM. #1795994
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires April 20, 2012

NANCY BANFIELD

LOS ANGELES COUNTY     License No.   5054

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

---

DEXIA HOLDINGS, INC., et al.,

Plaintiffs,

v.

COUNTRYWIDE FINANCIAL
CORPORATION, et al.,

Defendants.

---

Index No. 650185/2011

## ADMISSION OF SERVICE OF SUMMONS

I acknowledge that Defendant David A. Sambol, whom I represent, hereby waives and admits service of the Summons and Complaint (and other documents listed below) in the above-captioned action.

In compliance with New York Civil Practice Law and Rule 306(e), Mr. Sambol hereby waives and agrees to the adequacy of service of the following documents in the above-captioned action: (i) Summons and Complaint, (ii) Request for Judicial Intervention, (iii) Statement in Support of Request for Assignment to Commercial Division, (iv) Court Notice Regarding Availability of Electronic Filing Supreme Court Cases and Consent, and (v) Notice of Commencement of Action Subject to Mandatory Electronic Filing.

Mr. Sambol will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the Summons and Complaint (and other documents listed above).

February 14, 2011
Date

Signature

Printed/typed name:     Michael C. Tu
                        Orrick, Herrington & Sutcliffe LLP
                        777 South Figueroa Street, Suite 3200
                        Los Angeles, California 90017
                        Telephone: (213) 629-2020
                        Facsimile: (213) 612-2499
                        mtu@orrick.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

DEXIA HOLDINGS, INC., et al.,

              Plaintiffs,

     v.

COUNTRYWIDE FINANCIAL
CORPORATION, et al.,

              Defendants.

Index No. 650185/2011

## ADMISSION OF SERVICE OF SUMMONS

I acknowledge that Defendant Angelo Mozilo, whom I represent, hereby waives and admits service of the Summons and Complaint (and other documents listed below) in the above-captioned action.

In compliance with New York Civil Practice Law and Rule 306(e), Mr. Mozilo hereby waives and agrees to the adequacy of service of the following documents in the above-captioned action: (i) Summons and Complaint, (ii) Request for Judicial Intervention, (iii) Statement in Support of Request for Assignment to Commercial Division, (iv) Court Notice Regarding Availability of Electronic Filing Supreme Court Cases and Consent, and (v) Notice of Commencement of Action Subject to Mandatory Electronic Filing.

Mr. Mozilo will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the Summons and Complaint (and other documents listed above).

Feb. 14, 2011
_____
Date

Signature _____

Printed/typed name: Holly Gesshow

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

DEXIA HOLDINGS, INC., et al.,

                                Plaintiffs,

                                                        Index No. 650185/2011

          v.

COUNTRYWIDE FINANCIAL
CORPORATION, et al.,

                                Defendants.

## ADMISSION OF SERVICE OF SUMMONS

I acknowledge that Defendants Ranjit Kripalani, Jennifer S. Sandefur, Thomas K. McLaughlin, and Thomas H. Boone, whom I represent, hereby waive and admit service of the Summons and Complaint (and other documents listed below) in the above-captioned action.

In compliance with New York Civil Practice Law and Rule 306(e), Mr. Kripalani, Ms. Sandefur, Mr. McLaughlin, and Mr. Boone hereby waive and agree to the adequacy of service of the following documents in the above-captioned action: (i) Summons and Complaint, (ii) Request for Judicial Intervention, (iii) Statement in Support of Request for Assignment to Commercial Division, (iv) Court Notice Regarding Availability of Electronic Filing Supreme Court Cases and Consent, and (v) Notice of Commencement of Action Subject to Mandatory Electronic Filing.

Mr. Kripalani, Ms. Sandefur, Mr. McLaughlin, and Mr. Boone will retain all defenses and/or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the Summons and Complaint (and other documents listed above).

Dated:  February 16, 2011          PAUL, HASTINGS, JANOFSKY
                                   & WALKER LLP

                                   By: _Jodi Kleinick_____
                                       JODI A. KLEINICK
                                       75 East 55th Street
                                       New York, New York 10022
                                       (212) 318-6000

                                   Attorneys for Defendants
                                   Ranjit Kripalani, Jennifer S. Sandefur, Thomas K.
                                   McLaughlin, and Thomas H. Boone

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEXIA HOLDINGS, INC.; FSA ASSET
MANAGEMENT LLC; DEXIA CREDIT LOCAL,
NEW YORK BRANCH; NEW YORK LIFE
INSURANCE COMPANY; NEW YORK LIFE
INSURANCE AND ANNUITY CORPORATION; THE
MAINSTAY FUNDS; MAINSTAY VP SERIES FUND,
INC.; TEACHERS INSURANCE AND ANNUITY
ASSOCIATION OF AMERICA; TIAA-CREF LIFE
INSURANCE COMPANY; TIAA GLOBAL
MARKETS, INC.; COLLEGE RETIREMENT
EQUITIES FUND; and THE TIAA-CREF FUNDS,

                    Plaintiffs,

          v.

COUNTRYWIDE FINANCIAL CORPORATION;
COUNTRYWIDE HOME LOANS, INC.;
COUNTRYWIDE HOME LOANS SERVICING LP;
CWALT, INC.; CWABS, INC.; CWHEQ, INC.;
COUNTRYWIDE SECURITIES CORPORATION;
COUNTRYWIDE CAPITAL MARKETS, LLC;
ANGELO MOZILO; DAVID A. SAMBOL; BANK OF
AMERICA CORP.; BAC HOME LOANS SERVICING,
L.P.; NB HOLDINGS CORPORATION; STANFORD
L. KURLAND; DAVID A. SPECTOR; ERIC P.
SIERACKI; N. JOSHUA ADLER; RANJIT
KRIPALANI; JENNIFER S. SANDEFUR; THOMAS K.
McLAUGHLIN; THOMAS H. BOONE; and JEFFREY
P. GROGIN,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Index No. 650185/2011E


**NOTICE OF FILING
OF NOTICE OF REMOVAL**

To:    The Clerk of the Court
Supreme Court of the State of New York
County of New York

PLEASE TAKE NOTICE, that on February 23, 2011, Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing, LP, CWALT, Inc., CWMBS, Inc., CWABS, Inc., CWHEQ, Inc., Countrywide Capital Markets, LLC, Countrywide Securities Corporation and N. Joshua Adler filed a Notice of Removal of this action to the United States District Court for the Southern District of New York. A true and correct copy of the Notice of Removal is annexed hereto.

PLEASE TAKE FURTHER NOTICE that the filing of the Notice of Removal in the United States District Court for the Southern District of New York and the filing of this Notice effect the removal of this action, and pursuant to 28 U.S.C. § 1446(d), the above-captioned action may proceed no further unless and until the case is remanded.

Dated: February 23, 2011       Respectfully submitted,

Mark Holland
mholland@goodwinprocter.com
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel. (212) 813-8800

Of Counsel

Brian E. Pastuszenski
bpastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce
ifriedmanboyce@goodwinprocter.com
Brian C. Devine

2

bdevine@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02110
Tel. (617) 570-1000

*Attorneys for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing, LP, CWALT, Inc., CWMBS, Inc., CWABS, Inc., CWHEQ, Inc., Countrywide Capital Markets, LLC, Countrywide Securities Corporation and N. Joshua Adler*