IRELL & MANELLA LLP
David Siegel (101355)
dsiegel@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
Allison L. Libeu (244487)
alibeu@irell.com
Holly Gershow (253508)
hgershow@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Defendant
Angelo Mozilo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | MDL No. 2265 |
| DEXIA HOLDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-7165-MRP (MANx)<br><br>**DEFENDANT ANGELO MOZILO'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>**[C.D. Cal. Local Rule 7.1-1]**<br><br>Assigned to Hon. Mariana R. Pfaelzer<br>Courtroom 12 |

Pursuant to Local Rule 7.1-1 of the United States District Court for the Central District of California, the undersigned, counsel of record for Defendant Angelo Mozilo, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| NAME | RELATIONSHIP |
|---|---|
| Angelo Mozilo | Defendant |
| Countrywide Financial Corporation | Defendant |
| Countrywide Home Loans, Inc. | Defendant |
| Countrywide Home Loans Servicing LP | Defendant |
| CWALT, Inc. | Defendant |
| CWMBS, Inc. | Defendant |
| CWABS, Inc. | Defendant |
| CWHEQ, Inc. | Defendant |
| Countrywide Securities Corporation | Defendant |
| Countrywide Capital Markets, LLC | Defendant |
| David A. Sambol | Defendant |
| Bank of America Corporation | Defendant |
| BAC Home Loans Servicing, L.P. | Defendant |
| NB Holdings Corporation | Defendant |
| Stanford L. Kurland | Defendant |
| David A. Spector | Defendant |
| Eric P. Sieracki | Defendant |
| N. Joshua Adler | Defendant |
| Ranjit Kripalani | Defendant |
| Jennifer S. Sandefur | Defendant |
| Thomas K. McLaughlin | Defendant |

| # | NAME | RELATIONSHIP |
|---|---|---|
| 2 | Thomas H. Boone | Defendant |
| 3 | Jeffrey P. Grogin | Defendant |
| 4 | Dexia Holdings, Inc. | Plaintiff |
| 5 | FSA Asset Management LLC | Plaintiff |
| 6 | Dexia Crédit Local, New York Branch | Plaintiff |
| 7 | New York Life Insurance Company | Plaintiff |
| 8 | New York Life Insurance and Annuity Corporation | Plaintiff |
| 9 | The Mainstay Funds | Plaintiff |
| 10 | Mainstay VP Series Fund, Inc. | Plaintiff |
| 11 | Teachers Insurance and Annuity Association of America | Plaintiff |
| 12 | TIAA-CREF Life Insurance Company | Plaintiff |
| 13 | TIAA Global Markets, Inc. | Plaintiff |
| 14 | College Retirement Equities Fund | Plaintiff |
| 15 | The TIAA-CREF Funds | Plaintiff |
| 16 | ACE American Insurance Co. | Insurer |
| 17 | ACE Bermuda Insurance Ltd. | Insurer |
| 18 | Allied World Assurance Co. | Insurer |
| 19 | Arch Reinsurance Ltd. | Insurer |
| 20 | Arch Specialty Insurance Co. | Insurer |
| 21 | Axis Reinsurance Co. | Insurer |
| 22 | Chubb & Son/Federal Insurance Co. | Insurer |
| 23 | Endurance Specialty Insurance Ltd. | Insurer |
| 24 | Liberty Mutual Insurance Co. | Insurer |
| 25 | Lloyd's Underwriters | Insurer |
| 26 | Max Bermuda Ltd. | Insurer |
| 27 | Max Re Ltd. | Insurer |
| 28 | National Union Fire Insurance Co. of Pittsburgh, PA | Insurer |

| NAME | RELATIONSHIP |
|---|---|
| RLI Insurance Co. | Insurer |
| SR International Business Insurance Co., Ltd. | Insurer |
| Starr Express Liability Insurance Co., Ltd. | Insurer |
| Starr Express Liability Insurance International Ltd. | Insurer |
| Steadfast Insurance Co. | Insurer |
| U.S. Specialty Insurance Co. | Insurer |

Dated: September 9, 2011

Respectfully submitted,

IRELL & MANELLA LLP

By: *Allison L. Libeu* (signature)
Allison L. Libeu
Attorneys for Defendant
Angelo Mozilo