Name and address:
MATTHEW W. CLOSE (S.B. #188570)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DEXIA HOLDINGS, INC., et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 11-07165 MRP (MANx) |
| v. | |
| COUNTRYWIDE FINANCIAL CORPORATION, et al., | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| Defendant(s). | |

NOTICE: Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, William Sushon, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: Bank of America Corp., BAC Home Loan Servicing, L.P., and NB Holdings Corp. by whom I have been retained.

My business information is:
O'Melveny & Myers LLP
*Firm Name*

7 Times Square
*Street Address*

New York, NY 10036
*City, State, Zip*

wsushon@omm.com
*E-Mail Address*

(212) 326-2000
*Telephone Number*

(212) 326-2061
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| New York State Bar | 1996 |
| U.S. District Court, Southern District of New York | 1987 |
| U.S. District Court, Eastern District of New York | 1997 |
| [Please see attached continuation page] | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| CV 11-5236 MRP (MANx) | Allstate Insurance Company v. Countrywide Financial Corp., et al. | 9/15/11 | Pending |
| CV 10-7275 MRP (MANx) | Stichting Pensioenfonds ABP v. Countrywide Financial Corp., et al | 1/28/11 | Granted |
| CV 07-6923 MRP (MANx) | In re Countrywide Financial Corp. Derivative Litigation | 7/3/08 | Granted |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Matthew W. Close as local counsel, whose business information is as follows:

O'Melveny & Myers LLP
*Firm Name*

400 South Hope Street
*Street Address*

Los Angeles, CA 90071-2899
*City, State, Zip*

mclose@omm.com
*E-Mail Address*

(213) 430-6000
*Telephone Number*

(213) 430-6407
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated September 26, 2011

William J. Sushon
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated September 26, 2011

Matthew W. Close
*Designee's Name (please print)*

Matthew W. Close /w. permission
S.R.
*Designee's Signature*

188570
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.
G-64 (11/10)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE    PAGE 2 of 2

# APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN SPECIFIC CASE (FORM G-64)

## CONTINUATION PAGE

### (William Sushon)

I am a member in good standing and eligible to practice before the following courts (continued):

| *Title of Court* | *Date of Admission* |
| --- | --- |
| U.S. District Court, District of Connecticut | 1998 |
| U.S. District Court, District of Colorado | 2005 |
| U.S. Court of Appeals, Ninth Circuit | 1998 |
| U.S. Court of Appeals, Fifth Circuit | 2000 |
| U.S. Court of Appeals, Third Circuit | 2002 |
| U.S. Court of Appeals, Eleventh Circuit | 2004 |
| U.S. Court of Appeals, Second Circuit | 2005 |
| U.S. Supreme Court | 2007 |

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## WILLIAM JOSEPH SUSHON

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 4, 1996**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

September 14, 2011

Clerk of the Court

3780

# CERTIFICATE OF SERVICE

I, Elizabeth G. Lorenzana, declare:

I am a citizen of the United States and employed in Los Angeles County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is 400 South Hope Street, Los Angeles, California, 90071. I am familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service.

I hereby certify that on September 26, 2011, the document listed below was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and mailed the following document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List:

> **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on September 26, 2011, at Los Angeles, California.

_____
Elizabeth G. Lorenzana

# Mailing Information for a Case 2:11-cv-07165-MRP -MAN

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **A Matthew Ashley**
  mashley@irell.com,sknight@irell.com
- **Bradley J Butwin**
  bbutwin@omm.com
- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com,hammer@caldwell-leslie.com, ,hong@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,pettit@caldwell-leslie.com,strother@caldwell-leslie.com,wilson@caldwell-leslie.com
- **Jai K Chandrasekhar**
  jai@blbglaw.com
- **Peter Young Hoon Cho**
  petercho@paulhastings.com,jeniferdoan@paulhastings.com
- **David C Codell**
  codell@caldwell-leslie.com
- **Brian Charles Devine**
  bdevine@goodwinprocter.com,ABoivin@goodwinprocter.com
- **Inez H Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com
- **Joshua G Hamilton**
  joshuahamilton@paulhastings.com,melmanahan@paulhastings.com,lindayoung@paulhastings.com
- **Allison Lauren Libeu**
  alibeu@irell.com,lstevens@irell.com
- **Teodora Manolova**
  tmanolova@goodwinprocter.com
- **Lauren A McMillen**
  lauren@blbglaw.com
- **Brian E Pastuszenski**
  bpastuszenski@goodwinprocter.com
- **David A Priebe**
  david.priebe@dlapiper.com,carmen.manzano@dlapiper.com
- **Jonathan Rosenberg**
  jrosenberg@omm.com
- **Frank M Scaduto**
  fscaduto@orrick.com,msalas@orrick.com,jkwan@orrick.com,tsarkaria@orrick.com
- **David Siegel**
  dsiegel@irell.com,rgrazziani@irell.com
- **Gerald H Silk**
  jerry@blbglaw.com

- **William F Sullivan**
  williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com,lindayoung@paulhastings.com
- **William J Sushon**
  wsushon@omm.com
- **Michael D Torpey**
  mtorpey@orrick.com
- **Michael C Tu**
  mtu@orrick.com
- **David L Wales**
  dwales@blbglaw.com
- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com,emiko.gonzales@dlapiper.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Zarema V Arutyunova
Bingham McCutchen, LLP (DC)
2020 K Street, NW
Washington, DC 20006-1806

Leiv H Blad                                                                  , Jr
Bingham McCutchen LLP
2020 K Street  N W
Washington, DC 20006-1806

Ronald P Fischetti
Ronald P. Fischetti,
747 Third Avenue, 32nd Floor
New York, NY 10017

Keara M Gordon
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020

Mark Holland
Goodwin Procter,  LLP(NYC)
The New York Times Building, 620 Eighth Avenue
New York, NY 10018-1405

Asher Louis Rivner
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
```