MATTHEW W. CLOSE (S.B. #188570)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXIA HOLDINGS, INC., et al.,<br><br>Plaintiff(s)<br>v.<br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 11-07165 MRP (MANx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of  __William Sushon__, of O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036
*Applicant's Name* — *Firm Name / Address*

__(212) 326-2000__                                                                 __wsushon@omm.com__
*Telephone Number*                                                                 *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   _ Plaintiff   X Defendant

_ Intervener or other interested person  Bank of America Corp., BAC Home Loan Servicing, L.P., and NB Holdings Corp.

and the designation of   __Matthew W. Close (S.B. #188570)__
*Local Counsel Designee /State Bar Number*

of  O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, CA 90071-2899
*Local Counsel Firm / Address*

__(213) 430-6000__                                                                 __mclose@omm.com__
*Telephone Number*                                                                 *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

_ GRANTED

_ DENIED.  Fee shall be returned by the Clerk.

_ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated  _____                    _____
                                                 U. S. District Judge/U.S. Magistrate Judge

GB64 ORDER (11/10)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**