MICHAEL C. TU (State Bar No. 186793)
mtu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5855
Telephone: 213-629-2020
Facsimile: 213-612-2499

MICHAEL D. TORPEY (State Bar No. 79424)
mtorpey@orrick.com
FRANK M. SCADUTO (State Bar No. 271451)
fscaduto@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

Attorneys for Defendant David Sambol

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DEXIA HOLDINGS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br><br> Defendants. | Case No. 11-CV-7165-MRP (MANx) <br><br> **DEFENDANT DAVID SAMBOL'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br><br> **[C.D. Cal. Local Rule 7.1-1]** <br><br> Judge: Hon. Mariana R. Pfaelzer <br> Courtroom: 12 |

1  The undersigned, counsel of record for defendant David Sambol, certifies that
2  the following listed parties may have a pecuniary interest in the outcome of this
3  case.  These representations are made to enable the Court to evaluate possible
4  disqualification or recusal.

| | |
|---|---|
| ACE American Insurance Co. | David A. Spector |
| ACE Bermuda Insurance Ltd. | Jennifer S. Sandefur |
| Allied World Assurance Co. | Eric P. Sieracki |
| Angelo Mozilo | Lloyd's Underwriters |
| Arch Reinsurance Ltd. | Max Bermuda Ltd. |
| Arch Specialty Insurance Co. | Max Re Ltd. |
| Axis Reinsurance Co. | N. Joshua Adler |
| BAC Home Loan Servicing, L.P. | Endurance Specialty Insurance Ltd. |
| Bank of America Corp. | Liberty Mutual Insurance Co. |
| Chubb & Son/Federal Insurance Co. | NB Holdings Corporation |
| Countrywide Capital Markets, LLC | Ranjit Kripalani |
| Countrywide Financial Corporation | RLI Insurance Co. |
| Countrywide Home Loan Servicing, L.P. | U.S. Specialty Insurance Co. |
| Countrywide Home Loans, Inc. | Stanford L. Kurland |
| Countrywide Securities Corporation | Steadfast Insurance Co. |
| CWABS, Inc. | CWMBS, Inc. |
| CWALT, Inc. | CWHEQ, Inc. |
| Starr Express Liability Insurance Co., Ltd. | SR International Business Insurance Co., Ltd. |
| National Union Fire Insurance Co. of Pittsburgh, PA | Starr Express Liability Insurance International Ltd. |
| David A. Sambol | |
| /// | |

- 1 -

DAVID SAMBOL'S CERTIFICATION AND
NOTICE OF INTERESTED PARTIES
11-CV-7165-MRP (MANx)

OHS WEST:261353610.2

| | |
|---|---|
| 1 | Dated:  September 28, 2011      Respectfully submitted, |
| 2 | |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | By:   */s/ Michael C. Tu* |
| 5 |             Michael C. Tu |
| 6 | Attorneys for Defendant David Sambol |

Lines 7–28 blank.

- 2 -

DAVID SAMBOL'S CERTIFICATION AND
NOTICE OF INTERESTED PARTIES
11-CV-7165-MRP (MANx)

OHS WEST:261353610.2