CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, State Bar No. 106790
*caldwell@caldwell-leslie.com*
JEANNE A. FUGATE, State Bar No. 236341
*fugate@caldwell-leslie.com*
ERIC S. PETTIT, State Bar No. 234657
*pettit@caldwell-leslie.com*
1000 Wilshire Boulevard, Suite 600
Los Angeles, California  90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendant
STANFORD L. KURLAND

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DEXIA HOLDINGS, INC.; et al., | Case No. CV 11-7165 MRP (MANx) |
| Plaintiffs, | Honorable Mariana R. Pfaelzer |
| v. | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT STANFORD L. KURLAND** |
| COUNTRYWIDE FINANCIAL CORPORATION; et al., | |
| Defendants. | Trial Date:    None Set |

CALDWELL
LESLIE &
PROCTOR

NOTICE OF APPEARANCE

1  PLEASE TAKE NOTICE that the following attorneys affiliated with
2  CALDWELL LESLIE & PROCTOR, PC, appear on behalf of defendant Stanford L.
3  Kurland and request to be added to the electronic service list in this case:
4      Christopher G. Caldwell [caldwell@caldwell-leslie.com]
5      Jeanne A. Fugate [fugate@caldwell-leslie.com]
6      Eric S. Pettit [pettit@caldwell-leslie.com]
7
8  DATED: September 28, 2011    Respectfully submitted,
9
10     CALDWELL LESLIE & PROCTOR, PC
    CHRISTOPHER G. CALDWELL
11     JEANNE A. FUGATE
    ERIC S. PETTIT
12
13
14     By   /s/
15        JEANNE A. FUGATE
    Attorneys for Defendant
16     STANFORD L. KURLAND
17
18
19
20
21
22
23
24
25
26
27
28