CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, State Bar No. 106790
  *caldwell@caldwell-leslie.com*
JEANNE A. FUGATE, State Bar No. 236341
  *fugate@caldwell-leslie.com*
ERIC S. PETTIT, State Bar No. 234657
  *pettit@caldwell-leslie.com*
1000 Wilshire Boulevard, Suite 600
Los Angeles, California  90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendant
STANFORD L. KURLAND

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DEXIA HOLDINGS, INC.; et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION; et al.,<br><br>    Defendants. | Case No. CV 11-7165 MRP (MANx)<br><br>Honorable Mariana R. Pfaelzer<br><br>**DEFENDANT STANFORD L. KURLAND'S CERTIFICATE OF INTERESTED PARTIES**<br><br>**[C.D. Cal. Local Rule 7.1-1]** |

1   Pursuant to Local Rule 7.1-1, the undersigned counsel of record for
2   Defendant Stanford L. Kurland certifies that the following listed parties may have a
3   pecuniary interest in the outcome of this case.  These representations are made to
4   enable the Court to evaluate possible disqualification or recusal.
5

| NAME | RELATIONSHIP |
|---|---|
| Stanford L. Kurland | Defendant |
| Countrywide Financial Corporation | Defendant |
| Countrywide Home Loans, Inc. | Defendant |
| Countrywide Home Loan Servicing, L.P. | Defendant |
| Countrywide Capital Markets, LLC | Defendant |
| CWALT, Inc. | Defendant |
| CWMBS, Inc. | Defendant |
| CWABS, Inc. | Defendant |
| CWHEQ, Inc. | Defendant |
| Countrywide Securities Corporation | Defendant |
| Bank of America Corporation | Defendant |
| BAC Home Loan Servicing, L.P. | Defendant |
| NB Holdings Corporation | Defendant |
| Angelo R. Mozilo | Defendant |
| David A. Spector | Defendant |
| Eric P. Sieracki | Defendant |
| N. Joshua Adler | Defendant |
| David A. Sambol | Defendant |
| Ranjit Kripalani | Defendant |
| Jennifer S. Sandefur | Defendant |
| Thomas K. McLaughlin | Defendant |
| Thomas H. Boone | Defendant |

CALDWELL
LESLIE &
PROCTOR

-1-

CERTIFICATE OF INTERESTED PARTIES

| | | |
|---|---|---|
| 1 | Jeffrey P. Grogin | Defendant |
| 2 | Dexia Holdings, Inc. | Plaintiff |
| 3 | FSA Asset Management LLC | Plaintiff |
| 4 | Dexia Credit Local, New York Branch | Plaintiff |
| 5 | New York Life Insurance Company | Plaintiff |
| 6 | New York Life Insurance and Annuit Corporation | Plaintiff |
| 7 | The Mainstay Funds | Plaintiff |
| 8 | Mainstay VP Series Fund, Inc. | Plaintiff |
| 9 | Teachers Insurance and Annuity Association | Plaintiff |
| 10 | TIAA-CREF Life Insurance Company | Plaintiff |
| 11 | TIAA-CREF Global Markets, Inc. | Plaintiff |
| 12 | TIAA-CREF Funds | Plaintiff |
| 13 | College Retirement Equities Fund | Plaintiff |
| 14 | ACE American Insurance Co. | Insurer |
| 15 | ACE Bermuda Insurance Ltd. | Insurer |
| 16 | Allied World Assurance Co. | Insurer |
| 17 | Arch Reinsurance Ltd. | Insurer |
| 18 | Arch Specialty Insurance Co. | Insurer |
| 19 | Axis Reinsurance Co. | Insurer |
| 20 | Lloyd's Underwriters | Insurer |
| 21 | Chubb & Son/Federal Insurance Co. | Insurer |
| 22 | Endurance Specialty Insurance Ltd. | Insurer |
| 23 | Liberty Mutual Insurance Co. | Insurer |
| 24 | Max Bermuda Ltd. | Insurer |
| 25 | Max Re Ltd. | Insurer |
| 26 | National Union Fire Insurance Co. of Pittsburgh, PA | Insurer |
| 27 | | |
| 28 | Starr Express Liability Insurance International Ltd. | Insurer |

| | |
|---|---|
| Starr Express Liability Insurance Co., Ltd. | Insurer |
| RLI Insurance Co. | Insurer |
| SR International Business Insurance Co., Ltd. | Insurer |
| Steadfast Insurance Co. | Insurer |
| U.S. Specialty Insurance Co. | Insurer |

DATED: September 28, 2011     Respectfully submitted,

                                            CALDWELL LESLIE & PROCTOR, PC
                                            CHRISTOPHER G. CALDWELL
                                            JEANNE A. FUGATE
                                            ERIC S. PETTIT

                                            By      /s/
                                                JEANNE A. FUGATE
                                            Attorneys for Defendant
                                            STANFORD L. KURLAND