WILLIAM F. SULLIVAN (SB# 78353)
williamsullivan@paulhastings.com
JOSHUA G. HAMILTON (SB# 199610)
joshuahamilton@paulhastings.com
PETER Y. CHO (SB# 255181)
petercho@paulhastings.com
JENIFER Q. DOAN (SB #271571)
jeniferdoan@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendants
*Ranjit Kripalani and Jennifer S. Sandefur*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | MDL No. 2265 |
| DEXIA HOLDINGS, INC, *et al.*, <br><br>Plaintiffs, <br><br>V. <br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br>Defendants. | CASE No. 11-CV-7165 MRP (MANx) <br><br>**NOTICE OF APPEARANCE OF JENIFER Q. DOAN** <br><br>Honorable Mariana R. Pfaelzer <br>Courtroom 12 |

LEGAL_US_W # 69266022.1

NOTICE OF APPEARANCE OF JENIFER Q. DOAN

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the appearance of Jenifer Q. Doan of the firm of Paul Hastings LLP, as counsel of record for and on behalf of Defendants Ranjit Kripalani and Jennifer S. Sandefur in the above-captioned matter. It is respectfully requested that, going forward, copies of all pleadings and notices pertaining to the above-entitled matter be forwarded to counsel at the following address:

> Jenifer Q. Doan
> PAUL HASTINGS LLP
> 515 South Flower Street, Twenty-Fifth Floor
> Los Angeles, CA 90071-2228
> Telephone: (213) 683-6000
> Facsimile: (213) 627-0705
> E-mail: jeniferdoan@paulhastings.com

Jenifer Q. Doan is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court for the Central District of California.

Dated: September 30, 2011   PAUL HASTINGS LLP
WILLIAM F. SULLIVAN
JOSHUA G. HAMILTON
PETER Y. CHO
JENIFER Q. DOAN


By:   /s/ Jenifer Q. Doan
           JENIFER Q. DOAN

Attorneys for Defendants
*Ranjit Kripalani and Jennifer S. Sandefur*

LEGAL_US_W # 69266022.1

-1-

NOTICE OF APPEARANCE OF JENIFER Q. DOAN