# **DECLARATION OF SERVICE**

STATE OF CALIFORNIA            )
                               ) ss:
CITY OF LOS ANGELES AND COUNTY )
OF LOS ANGELES                 )

I am employed in the City of Los Angeles and County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228.

On September 30, 2011, I served the foregoing document(s) described as:

**NOTICE OF APPEARANCE OF JENIFER Q. DOAN**

on the interested parties by placing thereof in a sealed envelope(s) addressed as follows:

*Please see attached Service List*

☒  **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on September 30, 2011 with postage thereon fully prepaid, at Los Angeles, California.

☒  **VIA ELECTRONIC SERVICE VIA CM/ECF SYSTEM:**

I caused the above-document(s) to be transmitted by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1)."

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on September 30, 2011, at Los Angeles, California.

_____
Mel Manahan

LEGAL_US_W # 69266184.1                                    DECLARATION OF SERVICE

**MANUAL NOTICE SERVICE LIST**
*DEXIA HOLDINGS, INC., et al. v.*
*COUNTRYWIDE FINANCIAL CORP, et al.*
**U.S. DISTRICT COURT, CASE NO. 11-CV-7165- MRP (MANx)**

Zarema V. Arutyunova, Esq.
Bingham McCutchen, LLP (DC)
2020 K Street, NW
Washington, DC 20006-1806

Ronald P. Fischetti, Esq.
Ronald P. Fischetti,
747 Third Avenue, 32nd Floor
New York, NY 10017

Keara M. Gordon, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020

Mark Holland, Esq.
Goodwin Procter, LLP(NYC)
The New York Times Building, 620 Eighth Avenue
New York, NY 10018-1405

Asher Louis Rivner, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

LEGAL_US_W # 69266184.1

-2-

DECLARATION OF SERVICE