WILLIAM F. SULLIVAN (SB# 78353)
williamsullivan@paulhastings.com
JOSHUA G. HAMILTON (SB# 199610)
joshuahamilton@paulhastings.com
PETER Y. CHO (SB# 255181)
petercho@paulhastings.com
JENIFER Q. DOAN (SB #271571)
jeniferdoan@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendants
*Ranjit Kripalani and Jennifer S. Sandefur*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | MDL No. 2265 |
| DEXIA HOLDINGS, INC, *et al.*,<br><br>Plaintiffs,<br><br>V.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | CASE No. 11-CV-7165 MRP (MANx)<br><br>**DEFENDANTS RANJIT KRIPALANI AND JENNIFER S. SANDEFUR'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>**[C.D. Cal. Local Rule 7.1-1]**<br><br>Honorable Mariana R. Pfaelzer<br>Courtroom 12 |

LEGAL_US_W # 69115505.1

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

Pursuant to Local Rule 7.1-1 of the United States District Court for the Central District of California, the undersigned, counsel of record for Individual Defendants Ranjit Kripalani and Jennifer S. Sandefur certifies that, to the best of its knowledge, the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| NAME | RELATIONSHIP |
|---|---|
| Countrywide Financial Corporation | Defendant |
| Countrywide Home Loans, Inc. | Defendant |
| Countrywide Home Loans Servicing, L.P. | Defendant |
| Countrywide Capital Markets LLC | Defendant |
| Countrywide Securities Corp. | Defendant |
| CWALT, Inc. | Defendant |
| CWABS, Inc. | Defendant |
| CWMBS, Inc. | Defendant |
| CWHEQ, Inc. | Defendant |
| Bank of America Corp. | Defendant |
| BAC Home Loans Servicing, L.P. | Defendant |
| NB Holdings Corporation | Defendant |
| Angelo Mozilo | Defendant |
| David Sambol | Defendant |
| David A. Spector | Defendant |
| Eric P. Sieracki | Defendant |
| Stanford Kurland | Defendant |

| | | |
|---|---|---|
| 1 | N. Joshua Adler | Defendant |
| 2 | Ranjit Kripalani | Defendant |
| 3 | Jennifer S. Sandefur | Defendant |
| 4 | Dexia Holdings, Inc. | Plaintiff |
| 5 | FSA Asset Management LLC | Plaintiff |
| 6 | Dexia Credit Local, New York Branch | Plaintiff |
| 7 | New York Life Insurance Company | Plaintiff |
| 8 | New York Life Insurance and Annuity Corporation | Plaintiff |
| 9 | The Mainstay Funds | Plaintiff |
| 10 | Mainstay VP Series Fund, Inc. | Plaintiff |
| 11 | Teachers Insurance and Annuity Association of America | Plaintiff |
| 12 | TIAA-CREF Life Insurance Company | Plaintiff |
| 13 | TIAA Global Markets, Inc. | Plaintiff |
| 14 | College Retirement Equities Fund | Plaintiff |
| 15 | The TIAA-CREF Funds | Plaintiff |
| 16 | ACE American Insurance Co. | Insurer |
| 17 | ACE Bermuda Insurance Ltd. | Insurer |
| 18 | Allied World Assurance Co. | Insurer |
| 19 | Arch Reinsurance Ltd. | Insurer |
| 20 | Arch Specialty Insurance Co. | Insurer |
| 21 | Axis Reinsurance Co. | Insurer |
| 22 | Chubb & Son/Federal Insurance Co. | Insurer |
| 23 | Endurance Specialty Insurance Ltd | Insurer |

| | |
|---|---|
| Liberty Mutual Insurance Co. | Insurer |
| Lloyd's Underwriters | Insurer |
| Max Bermuda Ltd. | Insurer |
| Max Re Ltd. | Insurer |
| National Union Fire Insurance Co. of Pittsburgh, PA | Insurer |
| RLI Insurance Co. | Insurer |
| SR International Business Insurance Co., Ltd. | Insurer |
| Starr Express Liability Insurance Co., Ltd. | Insurer |
| Starr Express Liability Insurance International Ltd. | Insurer |
| Steadfast Insurance Co. | Insurer |
| U.S. Specialty Insurance Co. | Insurer |

Dated: September 30, 2011    Respectfully submitted,

PAUL HASTINGS LLP
WILLIAM F. SULLIVAN
JOSHUA G. HAMILTON
PETER Y. CHO
JENIFER Q. DOAN


By:   /s/ Jenifer Q. Doan
         JENIFER Q. DOAN

Attorneys for Defendants
*Ranjit Kripalani* and *Jennifer S. Sandefur*