MATTHEW W. CLOSE (S.B. #188570)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXIA HOLDINGS, INC., et al., <br> Plaintiff(s) <br> v. <br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br> Defendant(s). | CASE NUMBER <br> CV 11-07165 MRP (MANx) <br><br> ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of  __William Sushon__ , of O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036
*Applicant's Name*  *Firm Name / Address*

__(212) 326-2000__  __wsushon@omm.com__
*Telephone Number*  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  _ Plaintiff  X Defendant

_ Intervener or other interested person Bank of America Corp., BAC Home Loan Servicing, L.P., and NB Holdings Corp.

and the designation of __Matthew W. Close (S.B. #188570)__
*Local Counsel Designee /State Bar Number*

of O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, CA 90071-2899
*Local Counsel Firm / Address*

__(213) 430-6000__  __mclose@omm.com__
*Telephone Number*  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X_ GRANTED

_ DENIED. Fee shall be returned by the Clerk.

_ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated September 28, 2011

*U. S. District Judge/U.S. Magistrate Judge*

G–64 ORDER (11/10)   **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**