JENNIFER M. SEPIC (#234874)
BINGHAM McCUTCHEN LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106
Telephone:  (213) 680-6400
Facsimile:  (213) 680-6499
Email: jennifer.sepic@bingham.com

LEIV BLAD (*Pro Hac Vice Pending*)
BINGHAM McCUTCHEN
2020 K Street, NW
Washington, DC  20006
Telephone:  202-373-6000
Facsimile:  202-373-6001
Email:  leiv.blad@bingham.com

*Attorneys for Defendant David A. Spector*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXIA HOLDINGS, INC., et al. <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al. <br><br> Defendants. | Case No. 2:11-CV-07165-MRP (MAN) <br><br> **NOTICE OF APPEARANCE OF LEIV BLAD, ESQ. AND JENNIFER SEPIC, ESQ. OF BINGHAM McCUTCHEN LLP AS COUNSEL OF RECORD FOR DEFENDANT DAVID SPECTOR** <br><br> Judge: Hon. Mariana R. Pfaelzer <br> Courtroom:  12 <br><br> Trial Date:   None Set |

A/74533247.1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** of the appearance of Leiv Blad, Esq., *pro hac vice* application pending, and Jennifer Sepic, Esq. of the law firm Bingham McCutchen LLP, as counsel for record for and on behalf of Defendant David Spector in the above-captioned matter.  It is respectfully requested that, going forward, copies of all pleadings and notices pertaining to the above-entitled matter be forwarded to counsel at the following addresses:

> Jennifer M. Sepic, Esq.
> Bingham McCutchen LLP
> Suite 4400
> 355 South Grand Avenue
> Los Angeles, CA 90071-3106
> Telephone:  (213) 680-6480
> Fax:  (213) 680-6499
> Email:  jennifer.sepic@bingham.com
>
> Leiv Blad, Esq. (*Pro Hac Vice Pending*)
> Bingham McCutchen LLP
> 2020 K Street NW
> Washington, DC 20006-1806
> Telephone:   (202) 373-6564
> Fax:          (202) 373-6001
> Email:        leiv.blad@bingham.com

DATED:  October 4, 2011                    Respectfully submitted,

                                           BINGHAM MCCUTCHEN LLP


                                           By: /s/  Jennifer M. Sepic
                                           Jennifer M. Sepic
                                           Leiv Blad (*Pro Hac Vice Pending*)
                                           Attorneys for Defendant David A. Spector

A/74533247.1

1

NOTICE OF APPEARANCE

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.


By:    /s/ Jennifer M. Sepic

NOTICE OF APPEARANCE