Jennifer M. Sepic (SBN 234874)
BINGHAM McCUTCHEN LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
jennifer.sepic@bingham.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Dexia Holdings, Inc., et al.<br><br>Plaintiff(s)<br>v.<br><br>Countrywide Financial Corporation, et al.<br><br>Defendant(s). | CASE NUMBER<br>11-CV-07165 MRP (MANx)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
|---|---|

NOTICE:   Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Leiv Blad                                    , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant:
David A. Spector                                    by whom I have been retained.

My business information is:
Bingham McCutchen LLP
_____
*Firm Name*
2020 K. Street NW
_____
*Street Address*
Washington, DC 20006-1806                    leiv.blad@bingham.com
       *City, State, Zip*                                  *E-Mail Address*
        (202) 373-6564                                    (202) 373-6001
       *Telephone Number*                              *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| District of Columbia Court of Appeals | 10/5/92 |
|  |  |
|  |  |
|  |  |

---

G-64 (11/10)           APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE           PAGE 1 of 2


American LegalNet, Inc.
www.FormsWorkFlow.com

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 2:10-cv-00302-MRP | Maine State Retirement System vs. Countrywid Financial Corp., et al. | March 29, 2010 | March 30, 2010 |
| 10-cv-07275-MRP | Stichting Pensioenfonds ABP vs. Countrywide Financial Corp., et al. | November 23, 2010 | March 29, 2010 |
| 11-4698 MRP | Putnam Bank vs. Countrywide | July 6, 2011 | July 15, 2011 |
| 11-04766 MRP | United Financial Casualty Co. vs. Countrywide Financial Corp., et al. | August 2, 2011 | August 5, 2011 |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:


I designate   Jennifer M. Sepic   as local counsel, whose business information is as follows:

Bingham McCutchen LLP
*Firm Name*

355 South Grand Avenue, Suite 4400
*Street Address*

Los Angeles, CA 90071-3106           jennifer.sepic@bingham.com
*City, State, Zip*                              *E-Mail Address*

(213) 680-6480                                (213) 680-6499
*Telephone Number*                          *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   10/3/11

Leiv Blad
*Applicant's Name (please print)*

[signature]
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   October 4, 2011

Jennifer M. Sepic
*Designee's Name (please print)*

[signature]
*Designee's Signature*

234874

# CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By:   s/ Jennifer M. Sepic