# ATTACHMENT 1

# ATTACHMENT TO APPLICATION OF NON-RESIDENT ATTORNEY LEIV BLAD TO APPEAR IN A SPECIFIC CASE

| *Case Number* | *Title of Action* | *Date of Application* | *Application Granted or Denied* |
|---|---|---|---|
| 11-cv-05236 MRP | *Allstate Insurane Company, et al. vs. Countrywide Financial Corp., et al.* | 9/15/11 | Granted: 9/19/11 |
| 11-cv-6208 MRP | *Federated Investment Management Company vs. Countrywide Financial Corp., et al.* | 9/15/11 | Granted: 9/22/11 |
| 11-cv-07166 MRP | *The Western and Southern Life Insurance Company, et al. vs. Countrywide Financial Corp., et al.* | 9/30/11 | |

A/74533319.1



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**LEIV HA. BLAD, JR.**

was on the 5TH day of OCTOBER, 1992 duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 12, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk