Name & Address:
Jennifer M. Sepic (SBN 234874)
BINGHAM McCUTCHEN LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
jennifer.sepic@bingham.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dexia Holdings, Inc., et al.<br><br>Plaintiff(s)<br><br>v.<br><br>Countrywide Financial Corporation, et al.<br><br>Defendant(s). | CASE NUMBER:<br>11-CV-07165 MRP (MANx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Leiv Blad__ , of __Bingham McCutchen, LLP 2020 K. Street NW, Washington, DC 20006-1806__
   *Applicant's Name*                         *Firm Name / Address*

__(202) 373-6564__                        __leiv.blad@bingham.com__
   *Telephone Number*                         *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff  ☒ Defendant

☐ Intervener or other interested person __David A. Spector__

and the designation of __Jennifer M. Sepic, State Bar number 234874__
                        *Local Counsel Designee /State Bar Number*

of __Bingham McCutchen LLP, 355 South Grand Avenue, Suite 4400, Los Angeles, CA 90071-3106__
                        *Local Counsel Firm / Address*

__(213) 680-6400__                        __jennifer.sepic@bingham.com__
   *Telephone Number*                         *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____          _____
                                          U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (11/10)      ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE


American LegalNet, Inc.
www.FormsWorkFlow.com