1  JENNIFER M. SEPIC (#234874)
   BINGHAM McCUTCHEN LLP
2  355 South Grand Avenue, Suite 4400
   Los Angeles, CA  90071-3106
3  Telephone:  (213) 680-6400
   Facsimile:  (213) 680-6499
4  Email: jennifer.sepic@bingham.com

5  LEIV BLAD (*Pro Hac Vice Pending*)
   BINGHAM McCUTCHEN
6  2020 K Street, NW
   Washington, DC  20006
7  Telephone:  202-373-6000
   Facsimile:  202-373-6001
8  Email:  leiv.blad@bingham.com

9  *Attorneys for Defendant David A. Spector*

10

11              UNITED STATES DISTRICT COURT

12             CENTRAL DISTRICT OF CALIFORNIA

13

14  DEXIA HOLDINGS, INC., et al.          Case No. 2:11-CV-07165-MRP (MAN)

15          Plaintiffs,                   **PROOF OF SERVICE**

16     v.                                 Judge: Hon. Mariana R. Pfaelzer
                                          Courtroom:  12
17  COUNTRYWIDE FINANCIAL
    CORPORATION, et al.                   Trial Date:  None Set
18          Defendants.

19

20

21

22

23

24

25

26

27

28

A/74536475.1/3009463-0000354119

---

PROOF OF SERVICE

# PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in the County of Los Angeles, California at 355 South Grand Avenue, Suite 4400, Los Angeles, California 90071-3106. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day Federal Express delivery, and they are deposited that same day in the ordinary course of business.

Today I served the attached:

1. **NOTICE OF APPEARANCE OF LEIV BLAD AND JENNIFER SEPIC OF BINGHAM MCCUTCHEN LLP AS COUNSEL OF RECORD FOR DEFENDANT DAVID SPECTOR**

2. **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIF CASE**

3. **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

4. **PROOF OF SERVICE**

[X] (ELECTRONIC MIAL) I caused the above document(s) to be transmitted o the person(s) listed by electronic mail at the email address(es) set forth below.

[X] (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Los Angeles, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

[ ] (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by Federal Express in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

**See Attached Service List**

A/74536475.1/3009463-0000354119

1

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on October 4, 2011.

Gloria R. Moonesinghe

A/74536475.1/3009463-0000354119

PROOF OF SERVICE

*Dexia Holdings, Inc. vs. Countrywide Financial Corporation*

**Case No.: 2:11-cv-07165 MRP**

**Service List**

Asher Louis Rivner
**O'Melveny & Myers LLP**
7 Times Square
New York, NY 10036

Keara M Gordon
**DLA Piper US LLP**
1251 Avenue of the Americas
New York, NY 10020

Mark Holland
**Goodwin Procter, LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

**Ronald P Fischetti**
747 Third Avenue, 32nd Floor
New York, NY 10017

A/74536475.1/3009463-0000354119

3