BERNSTEIN LITOWITZ BERGER
  &amp; GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
TIMOTHY A. DeLANGE   (Bar No. 190768)
12544 High Bluff Drive, Suite 150
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
    -and-
DAVID L. WALES
JAI K. CHANDRASEKHAR
LAUREN A. MCMILLEN
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:  (212) 554-1444

Attorneys for Plaintiffs New York Life Insurance Co., New York Life Insurance and Annuity Corp., The MainStay Funds, and MainStay VP Series Fund, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DEXIA HOLDINGS, INC., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>        Defendants. | Case No. 11-CV-7165-MRP (MANx)<br><br>**THE NEW YORK LIFE PLAINTIFFS' CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>**[C.D. Cal Local Rule 7.1-1]**<br><br>Judge: Hon. Mariana R. Pfaelzer<br>Courtroom: 12 |

The undersigned, counsel of record for Plaintiffs New York Life Insurance Co., New York Life Insurance and Annuity Corp., The MainStay Funds, and MainStay VP Series Fund, Inc. (collectively, "The New York Life Plaintiffs"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- New York Life Insurance Co. (Plaintiff)
- New York Life Insurance and Annuity Corp. (Plaintiff)
- The MainStay Funds (Plaintiff)
- MainStay VP Series Fund, Inc. (Plaintiff)
- MainStay Income Builder Fund
- MainStay VP Bond Portfolio

Dated: October 20, 2011

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP

By: */s/ Timothy A. DeLange*
Timothy A. DeLange

Attorneys for Plaintiffs New York Life Insurance Co., New York Life Insurance and Annuity Corp., The MainStay Funds, and MainStay VP Series Fund, Inc.