BERNSTEIN LITOWITZ BERGER
   &amp; GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
TIMOTHY A. DeLANGE   (Bar No. 190768)
12544 High Bluff Drive, Suite 150
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
      -and-
DAVID L. WALES
JAI K. CHANDRASEKHAR
LAUREN A. MCMILLEN
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

Attorneys for Plaintiffs Teachers Insurance and Annuity Association of America, TIAA-CREF Life Insurance Co., TIAA Global Markets, Inc., College Retirement Equities Fund, and The TIAA-CREF Funds

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DEXIA HOLDINGS, INC., et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>           Defendants. | Case No. 11-CV-7165-MRP (MANx)<br><br>**THE TIAA-CREF PLAINTIFFS' CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>**[C.D. Cal Local Rule 7.1-1]**<br><br>Judge: Hon. Mariana R. Pfaelzer<br>Courtroom: 12 |

The undersigned, counsel of record for Plaintiffs Teachers Insurance and Annuity Association of America, TIAA-CREF Life Insurance Co., TIAA Global Markets, Inc., College Retirement Equities Fund, and The TIAA-CREF Funds (collectively, "The TIAA-CREF Plaintiffs"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Teachers Insurance and Annuity Association of America (Plaintiff)
- TIAA-CREF Life Insurance Co. (Plaintiff)
- TIAA Global Markets, Inc. (Plaintiff)
- College Retirement Equities Fund (Plaintiff)
- The TIAA-CREF Funds (Plaintiff)
- TIAA Board of Overseers

Dated: October 20, 2011

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP

By:  */s/ Timothy A. DeLange*
Timothy A. DeLange

Attorneys for Plaintiffs Teachers Insurance and Annuity Association of America, TIAA-CREF Life Insurance Co., TIAA Global Markets, Inc., College Retirement Equities Fund, and The TIAA-CREF Funds