BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
TIMOTHY A. DeLANGE   (Bar No. 190768)
12544 High Bluff Drive, Suite 150
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
     -and-
DAVID L. WALES
JAI K. CHANDRASEKHAR
LAUREN A. MCMILLEN
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

Attorneys for Plaintiffs Dexia Holdings, Inc., FSA Asset Management LLC, and Dexia Crédit Local, New York Branch

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DEXIA HOLDINGS, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>　　　　　　Defendants. | Case No. 11-CV-7165-MRP (MANx)<br><br>**DECLARATION OF SERVICE**<br><br>Judge: Hon. Mariana R. Pfaelzer<br>Courtroom: 12 |

**DECLARATION OF SERVICE**
Case No. 11-CV-7165-MRP (MANx)

# DECLARATION OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130-3582.

On October 20, 2011, I served the foregoing document(s) described as:

- The Dexia Plaintiffs' Certification and Notice of Interested Parties;

- The TIAA-CREF Plaintiffs' Certification and Notice of Interested Parties;

- The New York Life Plaintiffs' Certification and Notice of Interested Parties; and

- Declaration of Service.

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

*Jessica Cuccurullo*
JESSICA CUCCURULLO

-1-

**DECLARATION OF SERVICE**
Case No. 11-CV-7165-MRP (MANx)

## SERVICE LIST

**Zarema V Arutyunova**
Bingham McCutchen, LLP (DC)
2020 K Street, NW
Washington, DC 20006-1806

**A Matthew Ashley**
Irell & Manella LLP
840 Newport Center Drive Suite 400
Newport Beach, CA 92660-6324

**Leiv H Blad, Jr**
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006-1806

**Bradley J Butwin**
O'Melveny & Myers
7 Times Square
New York, NY 10036

**Christopher G Caldwell**
Caldwell Leslie & Proctor PC
1000 Wilshire Boulevard Suite 600
Los Angeles, CA 90017

**David C Codell**
Caldwell Leslie & Proctor PC
1000 Wilshire Boulevard Suite 600
Los Angeles, CA 90017-2463

**Peter Young Hoon Cho**
Paul Hastings LLP
515 South Flower Street 25th Floor
Los Angeles, CA 90071

**Matthew W Close**
O'Melveny and Myers LLP
400 South Hope Street 18th Floor
Los Angeles, CA 90071-2899

**Brian Charles Devine**
Goodwin Procter LLP
53 State Street Exchange Place
Boston, MA 02109

**Brian Charles Devine**
Goodwin Procter LLP
53 State Street Exchange Place
Boston, MA 02109

**Jenifer Q Doan**
Paul Hastings LLP
515 South Flower Street 25th Floor
Los Angeles, CA 90071

**Ronald P Fischetti**
Ronald P. Fischetti,
747 Third Avenue, 32nd Floor
New York, NY 10017

| | |
|---|---|
| **Inez H Friedman-Boyce**<br>Goodwin Procter LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | **Jeanne A Fugate**<br>Caldwell Leslie & Proctor<br>1000 Wilshire Boulevard, Suite 600<br>Los Angeles, CA 90017 |
| **Keara M Gordon**<br>DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020 | **Joshua G Hamilton**<br>Paul Hastings LLP<br>515 South Flower Street 25th Floor<br>Los Angeles, CA 90071-2228 |
| **Mark Holland**<br>Goodwin Procter, LLP(NYC)<br>The New York Times Building, 620 Eighth Avenue<br>New York, NY 10018-1405 | **Debra A Karlstein**<br>Spears & Imes, L.L.P.<br>51 Madison Avenue<br>New York, NY 10010 |
| **Allison Lauren Libeu**<br>Irell & Manella LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660-6324 | **Teodora Manolova**<br>Goodwin Procter LLP<br>601 South Figueroa St., 41st Floor<br>Los Angeles, CA 90017 |
| **Brian E Pastuszenski**<br>Goodwin Procter LLP<br>53 State Street Exchange Place<br>Boston, MA 02109 | **Eric Stephen Pettit**<br>Caldwell Leslie and Proctor PC<br>1000 Wilshire Boulevard Suite 600<br>Los Angeles, CA 90017 |
| **David A Priebe**<br>DLA Piper LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303-2248 | **Asher Louis Rivner**<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036 |
| **Jonathan Rosenberg**<br>O'Melveny & Myers LLP<br>Times Square Tower 7 Times Square<br>New York, NY 10036 | **Frank M Scaduto**<br>Orrick Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669 |

| | |
|---|---|
| **Jennifer M Sepic**<br>Bingham McCutchen LLP<br>355 South Grand Avenue Suite 4400<br>Los Angeles, CA 90071 | **David Siegel**<br>Irell & Manella LLP<br>1800 Avenue of the Stars Suite 900<br>Los Angeles, CA 90067 |
| **David Spears**<br>Spears & Imes, L.L.P.<br>51 Madison Avenue<br>New York, NY 10010 | **William F Sullivan**<br>Paul Hastings LLP<br>515 South Flower Street 25th Floor<br>Los Angeles, CA 90071-2228 |
| **William J Sushon**<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036 | **Michael D Torpey**<br>Orrick Herrington and Sutcliffe<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669 |
| **Michael C Tu**<br>Orrick Herrington & Sutcliffe LLP<br>777 South Figueroa Street Suite 3200<br>Los Angeles, CA 90017 | **Shirli Fabbri Weiss**<br>DLA Piper LLP<br>401 B Street Suite 1700<br>San Diego, CA 92101-4297 |

-4-   **DECLARATION OF SERVICE**
Case No. 11-CV-7165-MRP (MANx)