Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (State Bar No. 222240)
bdevine@goodwinprocter.com
Daniel P. Roeser (*pro hac pending*)
droeser@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts  02109
Telephone:   617-570-1000
Facsimile:   617-523-1231

Lloyd Winawer (State Bar No. 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California  90017
Telephone:   213-426-2500
Facsimile:   213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation; Countrywide
Home Loans, Inc.; Countrywide Home Loans Servicing
LP; Countrywide Capital Markets, LLC; Countrywide
Securities Corporation; CWALT, Inc.; CWABS, Inc.,
CWHEQ, Inc., CWMBS, Inc., and N. Joshua Adler

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx)<br><br>**STIPULATION REGARDING SCHEDULE FOR MOTIONS TO DISMISS PENDING CASES**<br><br>Courtroom: 12<br>Judge:      Hon. Mariana R. Pfaelzer |



1
2  PUTNAM BANK, Individually and
   on Behalf of All Others Similarly
3  Situated,

            Plaintiff,

4          v.                          Case No. 11-CV-04698-MRP (MANx)

5  COUNTRYWIDE FINANCIAL
   CORPORATION, *et al.*,
6
            Defendants.

7  BANKERS INSURANCE
8  COMPANY, *et al.*,

9           Plaintiffs,
                                       Case No. 11-CV-07152-MRP (MANx)
10          v.

11 COUNTRYWIDE FINANCIAL
   CORPORATION, *et al.*,
12
            Defendants.
13
14 THRIVENT FINANCIAL FOR
   LUTHERANS, *et al.*
15
            Plaintiff,
16          v.                         Case No. 11-CV-07154-MRP (MANx)

17 COUNTRYWIDE FINANCIAL
   CORPORATION, *et al.*,
18
            Defendants.
19
20 STERLING FEDERAL BANK,
   F.S.B.,
21
            Plaintiff,
22          v.                         Case No. 11-CV-07163-MRP (MANx)
23
   COUNTRYWIDE FINANCIAL
24 CORPORATION, *et al.*,

25          Defendants.

26
27
28

_____
STIPULATION RE: SCHEDULE FOR MOTIONS TO DISMISS PENDING CASES



|  |  |
|---|---|
| DEXIA HOLDINGS, INC., *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 11-CV-07165-MRP (MANx) |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| Defendants. | |
| WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 11-CV-07166-MRP (MANx) |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| Defendants. | |
| AMERICAN FIDELITY ASSURANCE COMPANY | |
| Plaintiff, | |
| v. | Case No. 11-CV-07167-MRP (MANx) |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| Defendants. | |

STIPULATION RE: SCHEDULE FOR MOTIONS TO DISMISS PENDING CASES

WHEREAS, on September 29, 2011, this Court held a status conference in the above-captioned matters, at which the Court and the parties discussed proposals for briefing motions to dismiss the complaints in the above-captioned matters;

WHEREAS, at the status conference, this Court directed that the parties confer regarding scheduling and briefing of the motions to dismiss the complaints in the above-captioned matters and submit a stipulation and proposed order to the Court no later than October 7, 2011, which date was extended by the Court to October 12, 2011;

WHEREAS, the parties conferred in compliance with the Court's direction and submitted a Joint Statement Regarding Scheduling for Motions to Dismiss Pending Cases (the "Joint Statement") on October 12, 2011;

WHEREAS, at the status conference on October 17, 2011 in *Putnam Bank v. Countrywide Financial Corporation*, No. 11-CV-04698-MRP (MANx), the Court directed the parties to confer further and submit by October 21, 2011 a stipulation and proposed order regarding scheduling and briefing of the motions to dismiss the complaints in the above-captioned matters; and

WHEREAS, the Court specifically instructed the parties to agree to a schedule on the motions to dismiss in the cases yet to be briefed that deals with the threshold statute of limitations and jurisdiction issues first, and that is 20 to 30 days shorter than the schedule that the Countrywide Defendants proposed in the Joint Statement,

NOW THEREFORE, the parties hereby stipulate as follows:

### CASE WITH FULLY BRIEFED MOTIONS TO DISMISS

1.     This section applies to *Dexia Holdings, Inc., et al. v. Countrywide Financial Corporation, et al.*, Case No. 11-CV-07165-MRP (MANx) ("*Dexia*").

2.     The parties acknowledge that prior to transfer of the *Dexia* action to this Court, Plaintiffs' motion to remand *Dexia* and Defendants' motions to dismiss

1

*Dexia* had both been fully briefed.  The Individual Defendants request, and the *Dexia* Plaintiffs do not oppose, that the affidavits in support of the motions to dismiss submitted by the individual defendants prior to transfer shall be considered, along with the Defendants' joint filings, as the individual defendants' motions to dismiss and memoranda in support thereof.

3.     The parties agree that supplemental briefs will assist the Court in deciding the issues presented by Plaintiffs' motion to remand.

4.     Accordingly, no later than October 28, 2011, Plaintiffs and Defendants may serve and file supplemental briefs not exceeding 10 pages per side in support of or in opposition to the pending motion to remand.

5.     The hearing on Plaintiffs' motion to remand shall be on November 10, 2011.  Should the Court deny the motion to remand, the hearing on Defendants' motions to dismiss shall be on January 26, 2012.

**CASE WITH PARTIALLY BRIEFED MOTIONS TO DISMISS**

6.     This section applies to *Thrivent Financial for Lutherans, et al. v. Countrywide Financial Corporation, et al.*, Case No. 11-CV-07154-MRP (MANx) ("*Thrivent*").

7.     The parties acknowledge that Defendants' motions to dismiss *Thrivent* have been partially briefed.

8.     The parties agree that each Defendant may either (i) submit a brief supplementing its motion to dismiss of up to 10 pages or (ii) withdraw its pending motion papers and re-file motion papers with a brief no longer than the word count of the brief that it previously filed.

9.     Defendants shall serve and file their supplemental briefs or motion papers no later than November 4, 2011.  The parties agree to confer within 5 business days after the filing of the supplemental briefs or motion papers regarding the page limits applicable to the opposition papers and reply papers.

STIPULATION RE: SCHEDULE FOR MOTIONS TO DISMISS PENDING CASES

10.     Plaintiffs shall serve and file their opposition papers no later than December 15, 2011.

11.     Defendants shall serve and file their reply papers no later than January 12, 2012.

12.     The hearing on Defendants' motions to dismiss shall be on January 26, 2012, together with the hearing on Defendants' motions to dismiss in *Dexia* (if not remanded).

## CASES WITH UNBRIEFED MOTIONS TO DISMISS

13.     This section applies to *Putnam Bank v. Countrywide Financial Corporation*, No. 11-CV-04698-MRP (MANx) ("*Putnam*"), *Bankers Insurance Company, et al. v. Countrywide Financial Corporation, et al.*, Case No. 11-CV-07152-MRP (MANx) ("*Bankers*"), *Sterling Federal Bank, F.S.B. v. Countrywide Financial Corporation, et al.*, Case No. 11-CV-07163-MRP (MANx) ("*Sterling*"), *Western and Southern Life Insurance Company, et al. v. Countrywide Financial Corporation, et al.*, Case No. 11-CV-07166-MRP (MANx) ("*WSLIC*"), and *American Fidelity Assurance Company v. Countrywide Financial Corporation, et al.*, Case No. 11-CV-07167-MRP (MANx) ("*AFAC*").

14.     The parties propose that motions to dismiss the *Putnam*, *Bankers*, *Sterling, WSLIC*, and *AFAC* matters be briefed in the following coordinated manner:

      a.  Plaintiffs in *WSLIC* shall serve and file their amended complaint no later than November 7, 2011.

      b.  Defendants shall serve and file any consolidated motions to dismiss addressing arguments for dismissal of the claims in *Putnam*, *Bankers*, *Sterling, WSLIC*, and *AFAC* based on jurisdiction, venue, and the applicable statutes of limitations and repose no later than December 7, 2011.

3

c. Plaintiffs shall serve and file any opposition papers to the consolidated motions to dismiss claims in *Putnam*, *Bankers*, *Sterling, WSLIC*, and *AFAC* based on jurisdiction, venue, and the applicable statutes of limitations and repose no later than January 13, 2012.

d. Defendants shall serve and file consolidated reply papers in support of the consolidated motions to dismiss claims in *Putnam*, *Bankers*, *Sterling, WSLIC*, and *AFAC* based on jurisdiction, venue, and the applicable statutes of limitations and repose no later than February 3, 2012.

e. The hearing on Defendants' consolidated motions to dismiss the federal law claims in *Putnam*, *WSLIC* and *AFAC* based on the applicable statutes of limitations and repose shall be on February 13, 2012.

f. The hearing on Defendants' consolidated motions to dismiss in *Putnam*, *Bankers*, *Sterling, WSLIC*, and *AFAC,* based on jurisdiction and venue and, with respect to the state law claims, based on the applicable statutes of limitations and repose shall be on February 14, 2012.

g. In the event the Court adopts this proposal for staggered briefing, Defendants' motions to dismiss will be considered a single motion under Federal Rule of Civil Procedure 12 such that, by filing motions to dismiss addressing only jurisdiction, venue, and whether Plaintiffs' federal and state law claims are barred by the applicable statutes of limitations and repose, Defendants do not waive, but expressly preserve, any and all arguments and defenses. Accordingly, if any claims remain after the Court's disposition of

STIPULATION RE: SCHEDULE FOR MOTIONS TO DISMISS PENDING CASES

1       the motions to dismiss based on jurisdiction, venue and the

2   applicable statutes of limitations and repose, the parties shall confer

3   on a further briefing schedule for the remaining grounds for the

4   motions to dismiss.

5      IT IS SO STIPULATED.

6

7   Dated:  October 21, 2011       Defendants Countrywide Financial Corp.,
                            Countrywide Home Loans,

8                               Inc., Countrywide Home Loan Servicing,
                            L.P., Countrywide Capital Markets, LLC,

9                               Countrywide Securities Corp., CWALT,
                            Inc.; CWABS, Inc., CWHEQ, Inc., and

10                              CWMBS, Inc.,  and N. Joshua Adler

11                              By their attorneys,

12                              /s/ Brian E. Pastuszenski
                            Brian E. Pastuszenski (*pro hac vice*)

13                              Lloyd Winawer (State Bar No. 157823)
                            Inez H. Friedman-Boyce (*pro hac vice*)

14                              Brian C. Devine (State Bar No. 222240)
                            Daniel P. Roeser (*pro hac pending*)

15

16  Dated:  October 21, 2011       Defendants Bank of America Corp., NB
                            Holdings Corporation, and BAC Home

17                              Loans Servicing, L.P.

18                              By their attorneys,

19                              /s/ Matthew Close
                            Matthew Close (SBN 188570)

20                              *mclose@omm.com*
                            O'MELVENY & MYERS LLP

21                              400 South Hope Street
                            Los Angeles, CA 90071

22                              Telephone:  213-430-7213
                            Facsimile:  213-430-6407

23                              Jonathan Rosenberg (*pro hac vice*)

24                              William Sushon (*pro hac vice*)
                            *wsushon@omm.com*

25                              O'MELVENY & MYERS LLP
                            7 Times Square

26                              New York, NY 10036
                            Telephone:  212-728-5693

27                              Facsimile:  212-326-2061

28

STIPULATION RE: SCHEDULE FOR MOTIONS TO DISMISS PENDING CASES

1

Dated:  October 21, 2011

2

3

4

5

6

7

8

9

10

11

12

Dated:  October 21, 2011

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant Angelo Mozilo

By his attorney,


/s/ David Siegel
David Siegel (SBN 101355)
*dsiegel@irell.com*
A. Matthew Ashley (SBN 198235)
*mashley@irell.com*
Allison L. Libeu (SBN 244487)
*alibeu@irell.com*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
Telephone:  310-277-1010
Facsimile:  310-203-7199

*Signing as to* Putnam, AFAC, Dexia,
Thrivent *and* WSLIC *Only*


Defendant David Sambol

By his attorneys,


/s/ Michael C. Tu
Michael C. Tu (State Bar No. 186793)
*mtu@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE
LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California  90017
Telephone:  213-629-2020
Facsimile:  213-612-2499

Michael Torpey (State Bar No. 79424)
*mtorpey@orrick.com*
Penelope Graboys Blair (State Bar No.
214742)
*pgraboysblair@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE
LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Telephone:  415-773-5700
Facsimile:  415-773-5759

*Signing as to* Putnam, AFAC, Dexia,
Thrivent *and* WSLIC *Only*

6

STIPULATION RE: SCHEDULE FOR MOTIONS TO DISMISS PENDING CASES

1   Dated:  October 21, 2011          Defendant Stanford L. Kurland

2                                     By his attorneys,

3

4                                     /s/ Christopher G. Caldwell
                                      Christopher G. Caldwell (State Bar No.
5                                     106790)
                                      *caldwell@caldwell-leslie.com*
6                                     Jeane Fugate (State Bar No. 236341)
                                      *fugate@caldwell-leslie.com*
7                                     Jeffrey M. Hammer (State Bar No. 264232)
                                      *hammer@caldwell-leslie.com*
8                                     CALDWELL LESLIE &
                                      PROCTOR, PC
9                                     1000 Wilshire Blvd Suite 600
                                      Los Angeles, CA 90017
10                                    Telephone:  213-629-9040
                                      Facsimile:  213-629-9022
11

12                                    *Signing as to* Putnam, AFAC, Dexia*, and*
                                      WSLIC *Only*
13

14  Dated:  October 21, 2011          Defendant Eric P. Sieracki

     By his attorneys,
15

16                                    /s/ David A. Priebe
                                      David A. Priebe (State Bar No. 148679)
17                                    *david.priebe@dlapiper.com*
                                      DLA PIPER LLP (US)
18                                    2000 University Avenue
                                      East Palo Alto, California  94303-2248
19                                    Telephone:  650-833-2000
                                      Facsimile:   650-833-2001
20

21                                    Shirli Fabbri Weiss (State Bar No. 079225)
                                      *shirli.weiss@dlapiper.com*
22                                    DLA PIPER LLP (US)
                                      401 B Street, Suite 1700
23                                    San Diego, CA  92101
                                      Telephone:  619-699-3650
24                                    Facsimile:  619-764-6650

25                                    *Signing as to* Putnam, AFAC, Dexia*, and*
                                      WSLIC *Only*
26

27

28
                                     7

1   Dated:  October 21, 2011

2

3

4

5

6

7

8

9

10

11

12

13

14   Dated:  October 21, 2011

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant David A. Spector

By his attorney,


/s/ Leiv Blad Jr.
Leiv Blad Jr. (State Bar No. 151353)
*leiv.blad@bingham.com*
BINGHAM McCUTCHEN LLP
2020 K Street, NW
Washington, DC  20006
Telephone:  202-373-6000
Facsimile:  202-373-6001

Jennifer M. Sepic
*jennifer.sepic@bingham.com*
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue Suite 4400
Los Angeles, CA 90071
Tel: 213-680-6400
Fax: 213-680-6499

*Signing as to* Putnam, AFAC, Dexia*, and* WSLIC *Only*


Defendants Ranjit Kripalani and Jennifer S. Sandefur

By their attorneys,


/s/ Joshua G.Hamilton
William F. Sullivan (State Bar No. 078353)
*williamsullivan@paulhastings.com*
Joshua G. Hamilton (State Bar No. 199610)
*joshuahamilton@paulhastings.com*
Jennifer Q. Doan
*jenniferdoan@paulhastings.com*
PAUL HASTINGS LLP
515 South Flower Street, 25 Floor
Los Angeles, CA  90071
Telephone: 213-683-6285
Facsimile:  213-996-3252

*Signing as to* Putnam, AFAC, Dexia*, and* WSLIC *Only*

---

8

STIPULATION RE: SCHEDULE FOR MOTIONS TO DISMISS PENDING CASES

Dated:  October 21, 2011

Plaintiff Putnam Bank

By its attorneys,

/s/ Anne L. Box
Anne L. Box
*abox@scott-scott.com*
SCOTT & SCOTT LLP
6424 Santa Monica Boulevard
Los Angeles, CA 90038
Telephone:  213-985-1274
Facsimile:  213-985-1278

-and-

David R. Scott
*drscott@scott-scott.com*
Amanda F. Lawrence
*alawrence@scott-scott.com*
SCOTT & SCOTT LLP
156 South Main Street
Colchester, CT 06415
Telephone:  860-537-5537

*Signing as to* Putnam *Only*

Dated:  October 21, 2011

Plaintiffs Bankers Insurance Company, Bankers Life Insurance Company, First Community Insurance Company, Bankers Specialty Insurance Company, and Sterling Federal Bank, F.S.B.

By their attorneys,

/s/ Jason Alperstein
Brian R. Kopelowitz, Esq.
*kopelowitz@kolawyers.com*
Jason H. Alperstein, Esq.
*alperstein@kolawyers.com*
KOPELOWITZ OSTROW
Ferguson Weiselberg Keechl
200 S.W. First Avenue, 12th Floor
Fort Lauderdale, FL 33301
Telephone: 954-525-4100
Facsimile: 954-525-4300

*Signing as to* Bankers *and* Sterling *Only*

9

1

Dated:  October 21, 2011

Plaintiffs Thrivent Financial for Lutherans, Thrivent Life Insurance Company, Thrivent Balanced Fund, Thrivent Core Bond Fund, Thrivent Income Fund, Thrivent Limited Maturity Bondfund, Thrivent Balanced Portfolio, Thrivent Bond Index Portfolio, Thrivent Limited Maturity Bond Portfolio, Thrivent Financial Defined Benefits Plan Trust, Thrivent Financial For Lutherans Foundation, Plaintiffs Dexia Holdings, Inc., FSA Asset Management LLC, Dexia Crédit Local, New York Branch, New York Life Insurance Co., New York Life Insurance and Annuity Corp., The MainStay Funds, MainStay VP Series Fund, Inc., Teachers Insurance and Annuity Association of America, TIAA-CREF Life Insurance Co., TIAA Global Markets, Inc., College Retirement Equities Fund, and the TIAA-CREF Funds

By their attorneys,

/s/ Timothy DeLange

Gerald H. Silk
*jerry@blbglaw.com*
David L. Wales
*dwales@blbglaw.com*
Jai K. Chandrasekhar
*jai@blbglaw.com*
Lauren A. McMillen
*lauren@blbgl.w.com*
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: 212-554-1400
Fax: 212- 554-1444

Timothy DeLange
*tdelange@blbglaw.com*
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

*Signing as to* Dexia *and* Thrivent *Only*

10

| | |
|---|---|
| 1 | Dated:  October 21, 2011 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

Plaintiffs Western and Southern Life
Insurance Company, Western-Southern
Life Assurance Company, Columbus Life
Insurance Company, Integrity Life
Insurance Company, National Integrity Life
Insurance Company, Fort Washington
Investment Advisors, Inc. *on behalf of* Fort
Washington Active Fixed Income, LLC

By their attorneys,

/s/ Brian C. Lysaght
Brian C. Lysaght (Bar. No. 61965)
*lysaghtlaw@hotmail.com*
LYSAGHT LAW GROUP
12021 Wilshire Boulevard
Los Angeles, California 90025
Telephone: (310) 567-1111
Facsimile: (310) 472-0243

-and-

David H. Wollmuth (*pro hac vice*)
*dwollmuth@wmd-law.com*
Steven S. Fitzgerald (*pro hac vice*)
*sfitzgerald@wmd-law.com*
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10036
Telephone: 212-382-3300
Facsimile: 212-382-0050

*Signing as to* WSLIC *Only*

Dated:  October 21, 2011                    American Fidelity Assurance Company

By its attorneys,

/s/ Jennifer F. Sherrill
William B. Federman
*wbf@federmanlaw.com*
Stuart W. Emmons
*swe@federmanlaw.com*
Jennifer F. Sherrill
*jfs@federmanlaw.com*
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Ave.
Oklahoma City, OK 73120
Tel.: 405-235-1560
Fax: 405-239-2112

*Signing as to* AFAC *Only*

11

STIPULATION RE: SCHEDULE FOR MOTIONS TO DISMISS PENDING CASES

## PROOF OF SERVICE

I am employed in the County of Los Angeles, California.  I am over the age of 18 and not a party to the within action.  My business address is 601 S. Figueroa Street, 41st Floor, Los Angeles, CA 90017.

On **October 21, 2011**, I served the following documents on the persons on the attached service list as follows:

**STIPULATION REGARDING SCHEDULE FOR MOTIONS TO DISMISS PENDING CASES**

☐  (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Boston, MA.

☑  (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

1

☐ (EXPRESS MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing Express Mail for mailing. On the same day that Express Mail is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy  of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service.  A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

CERTIFICATE OF SERVICE OF STIPULATION

1     ☐    (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or

2          an agreement of the parties to accept service by e-mail or electronic

3          transmission, I caused the documents to be sent to the persons at the e-mail

4          addresses listed. I did not receive, within a reasonable time after the

5          transmission, any electronic message or other indication that the

6          transmission was unsuccessful.

7          I declare under penalty of perjury that I am employed in the office of a
member of the bar of this Court at whose direction this service was made and that

8 the foregoing is true and correct.

9          Executed on **October 21, 2011**, at Los Angeles, California.

10

11      _____

12        Gareth James Oania
        (Type or print name)              (Signature)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE OF STIPULATION

## SERVICE LIST

| | |
|---|---|
| Matthew W. Close<br>**O'MELVENY AND MYERS**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899<br><br><br>Jonathan Rosenberg (*pro hac vice*)<br>William Sushon (*pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone:  212-728-5693<br>Facsimile:  212-326-2061 | *Attorneys for Defendants*<br>**Bank of America Corp., BAC Home Loans Servicing, LP, and NB Holdings Corporation**<br><br><br>Tel:  213-430-6000<br>Fax:  213-430-6407<br>mclose@omm.com<br>jrosenberg@omm.com<br>wsushon@omm.com |
| David Siegel<br>A. Matthew Ashley<br>Allison L. Libeu<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067-4276 | *Attorneys for Defendant*<br>**Angelo Mozilo**<br><br>Tel:  310-277-1010<br>Fax:  310-203-7199<br>dsiegel@irell.com<br>mashley@irell.com<br>alibeu@irell.com |
| Michael D. Torpey<br>Penelope A. Graboys Blair<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>405 Howard Street<br>San Francisco, CA 94105-2669<br><br><br>Michael C. Tu<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>777 South Figueroa Street Suite 3200<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**David A. Sambol**<br><br>Tel: 415-773-5700<br>Fax: 415-773-5759<br>mtorpey@orrick.com<br>pgraboysblair@orrick.com<br><br><br>Tel: 213-629-2020<br>Fax: 213-612-2499<br>mtu@orrick.com |
| Christopher G. Caldwell<br>David C. Codell<br>Jeffrey M. Hammer<br>Eric S. Pettit<br>**CALDWELL LESLIE & PROCTOR, PC**<br>1000 Wilshire Blvd Suite 600<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**Stanford L. Kurland**<br><br>Tel : 213-629-9040<br>Fax: 213-629-9022<br>caldwell@caldwell-leslie.com<br>codell@caldwell-leslie.com<br>hammer@caldwell-leslie.com<br>pettit@caldwell-leslie.com |

CERTIFICATE OF SERVICE OF STIPULATION

| | |
|---|---|
| 1 | David A. Priebe<br>Shirli Fabbri Weiss | *Attorneys for Defendant:*<br>**Eric P. Sieracki** |
| 2 | **DLA PIPER LLP** | |
| 3 | 2000 University Avenue<br>East Palo Alto, CA 94303 | Tel: 650-833-2000<br>Fax: 650-833-2001 |
| 4 | Nicolas Morgan | david.priebe@dlapiper.com<br>shirli.weiss@dlapiper.com |
| 5 | **DLA PIPER LLP**<br>1999 Avenue of the Stars, Suite 400 | Tel: 310-595-3000 |
| 6 | Los Angeles, CA 90067-6022 | Fax: 310-595-3300<br>nicolas.morgan@dlapiper.com |
| 7 | Keara Gordon<br>Anthony Gill | Tel: 212-335-4500<br>Fax: 212-335-4501 |
| 8 | **DLA PIPER LLP**<br>1251 Avenue of the Americas | keara.gordon@dlapiper.com<br>anthony.gill@dlapiper.com |
| 9 | New York, NY 10020-1104 | |
| 10 | Jennifer M. Sepic<br>**BINGHAM MCCUTCHEN LLP** | *Attorneys for Defendant:*<br>**David A. Spector** |
| 11 | 355 South Grand Avenue Suite 4400<br>Los Angeles, CA 90071 | Tel: 213-680-6400 |
| 12 | | Fax: 213-680-6499<br>jennifer.sepic@bingham.com |
| 13 | Leiv H. Blad , Jr<br>Zarema Arutyunova | Tel: 202-373-6564<br>Fax: 202-373-6001 |
| 14 | **BINGHAM MCCUTCHEN LLP**<br>2020 K Street NW | leiv.blad@bingham.com<br>zarema.arutyunova @bingham.com |
| 15 | Washington, DC 20006-1806 | |
| 16 | Joshua G. Hamilton<br>Peter Young Hoon Cho | *Attorneys for Defendants:*<br>**Ranjit Kripalani,** |
| 17 | William F. Sullivan<br>**PAUL HASTINGS JANOFSKY AND** | **Jennifer S. Sandefur,** |
| 18 | **WALKER LLP**<br>515 South Flower Street 25th Fl | Tel: 213-683-6<br>Fax: 213-627-0 |
| 19 | Los Angeles, CA 90071-2228 | joshuahamilton@paulhastings.<br>petercho@paulhastings. |
| 20 | | williamsullivan@paulhastings.com |
| 21 | Anne L. Box<br>**SCOTT & SCOTT LLP** | *Attorneys for Plaintiff*<br>**Putnam Bank** |
| 22 | 6424 Santa Monica Boulevard<br>Los Angeles, CA 90038 | |
| 23 | | |
| 24 | David R. Scott<br>Amanda F. Lawrence | Tel:  213-985-1274 |
| 25 | **SCOTT & SCOTT LLP**<br>156 South Main Street | Fax:  213-985-1278<br>abox@scott-scott.com |
| 26 | Colchester, CT 06415<br>Telephone:  860-537-5537 | drscott@scott-scott.com<br>alawrence@scott-scott.com |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE OF STIPULATION

| | |
|---|---|
| 1 Brian R. Kopelowitz, Esq.<br>2 Jason H. Alperstein, Esq.<br>**KOPELOWITZ OSTROW**<br>Ferguson Weiselberg Keechl<br>3 200 S.W. First Avenue, 12th Floor<br>Fort Lauderdale, FL 33301 | *Attorneys for Plaintiffs*<br>Bankers Insurance Company, Bankers<br>Life Insurance Company, First<br>Community Insurance Company,<br>Bankers Specialty Insurance Company,<br>and Sterling Federal Bank, F.S.B.<br><br>*kopelowitz@kolawyers.com*<br>*alperstein@kolawyers.com*<br>Tel: 954-525-4100<br>Fax: 954-525-4300 |
| 8 Gerald H. Silk<br>David L. Wales<br>9 Jai K. Chandrasekhar<br>Lauren A. McMillen<br>**BERNSTEIN LITOWITZ BERGER**<br>10 **& GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>11 New York, NY 10019 | *Attorneys for Plaintiffs*<br>Thrivent Financial for Lutherans,<br>Thrivent Life Insurance Company,<br>Thrivent Balanced Fund, Thrivent Core<br>Bond Fund, Thrivent Income Fund,<br>Thrivent Limited Maturity Bondfund,<br>Thrivent Balanced Portfolio, Thrivent<br>Bond Index Portfolio, Thrivent Limited<br>Maturity Bond Portfolio, Thrivent<br>Financial Defined Benefits Plan Trust,<br>Thrivent Financial For Lutherans<br>Foundation, Plaintiffs Dexia Holdings,<br>Inc., FSA Asset Management LLC,<br>Dexia Crédit Local, New York Branch,<br>New York Life Insurance Co., New York<br>Life Insurance and Annuity Corp., The<br>MainStay Funds, MainStay VP Series<br>Fund, Inc., Teachers Insurance and<br>Annuity Association of America, TIAA-<br>CREF Life Insurance Co., TIAA Global<br>Markets, Inc., College Retirement<br>Equities Fund, and the TIAA-CREF<br>Funds |
| Blair Nicholas<br>**BERNSTEIN LITOWITZ BERGER**<br>**& GROSSMANN LLP**<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 | *jerry@blbglaw.com*<br>*dwales@blbglaw.com*<br>*jai@blbglaw.com*<br>*lauren@blbgl.w.com*<br>*blairn@blbglaw.com*<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323 |
| 24 Brian C. Lysaght<br>**LYSAGHT LAW GROUP**<br>25 12021 Wilshire Boulevard<br>Los Angeles, California 90025 | *Attorneys for Plaintiffs*<br>Western and Southern Life<br>Insurance Company, Western-Southern<br>Life Assurance Company, Columbus<br>Life Insurance Company, Integrity Life<br>Insurance Company, National Integrity<br>Life Insurance Company, Fort<br>Washington Investment Advisors, Inc. *on<br>behalf of* Fort Washington Active Fixed |

6

CERTIFICATE OF SERVICE OF STIPULATION

| | |
|---|---|
| David H. Wollmuth<br>Vincent T. Chang<br>Steven S. Fitzgerald<br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>500 Fifth Avenue, 12th Floor<br>New York, NY 10036 | Income, LLC<br><br>*lysaghtlaw@hotmail.com*<br>*dwollmuth@wmd-law.com*<br>*vchang@wmd-law.com*<br>*sfitzgerald@wmd-law.com*<br>Tel: (310) 567-1111<br>Fax: (310) 472-0243 |
| William B. Federman<br>Stuart W. Emmons<br>Jennifer F. Sherrill<br>**FEDERMAN & SHERWOOD**<br>10205 North Pennsylvania Ave.<br>Oklahoma City, OK 73120 | *Attorneys for Plaintiff*<br>American Fidelity Assurance Company<br><br>wbf@federmanlaw.com<br>swe@federmanlaw.com<br>jfs@federmanlaw.com<br>Tel.: 405-235-1560<br>Fax: 405-239-2112 |

7

CERTIFICATE OF SERVICE OF STIPULATION