UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

**CASE NO(S):**                                                                                           Date: October 27, 2011

**LA11CV07165-MRP (MANx)**     DEXIA HOLDINGS, INC., ET AL., v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,
================================================================
PRESENT: <u>THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE</u>

<u>Cynthia Salyer</u>                                                         <u>Not Reported</u>
Courtroom Clerk                                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                                  Not Present

**PROCEEDINGS:    IN CHAMBERS**

     The hearing on Plaintiffs' Motion to Remand in Dexia shall be heard on Thursday, November, 10, 2011, **at 1:00 p.m.** Should the Court deny the Motion to Remand, the hearing on Defendants' Motions to Dismiss shall be hearing on Thursday, January 26, 2012 at **1:00 p.m.**

MINUTES FORM 11                                                           Initials of Deputy Clerk <u>cs</u>
CIVIL - GEN                                                                     TIME: