1  IRELL & MANELLA LLP
   David Siegel (101355)
2  dsiegel@irell.com
   A. Matthew Ashley (198235)
3  mashley@irell.com
   Allison L. Libeu (244487)
4  alibeu@irell.com
   1800 Avenue of the Stars, Suite 900
5  Los Angeles, California 90067-4276
   Telephone:  (310) 277-1010
6  Facsimile:   (310) 203-7199

7  Attorneys for Defendant
   Angelo Mozilo
8
   Additional Counsel On Signature Pages
9

10

11              UNITED STATES DISTRICT COURT

12             CENTRAL DISTRICT OF CALIFORNIA

13                    WESTERN DIVISION

14

15  IN RE: COUNTRYWIDE FINANCIAL )   MDL No. 2265
    CORP. MORTGAGE-BACKED        )
16  SECURITIES LITIGATION        )
                                 )
17 _____)
                                 )
18  DEXIA HOLDINGS, INC., et al., )   Case No. 11-CV-07165-MRP (MANx)
                                 )
19          Plaintiffs,          )   Individual Defendants' Joinder In
                                 )   Countrywide Defendants' Supplemental
20       v.                      )   Brief In Support Of Opposition To
                                 )   Motion To Remand
21  COUNTRYWIDE FINANCIAL        )
    CORPORATION, et al.,         )   Date:   November 10, 2011
22                               )   Time:   1:00 p.m.
          Defendants.            )   Ctrm:   12
23 _____)   Judge:  Hon. Mariana R. Pfaelzer

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2521510

INDIVIDUAL DEFENDANTS' JOINDER IN COUNTRYWIDE
DEFENDANTS' SUPP. BRIEF  IN SUPPORT OF OPP. TO MOTION TO
REMAND
(Case No. 11-cv-07165-MRP (MANx)

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2    **PLEASE TAKE NOTICE THAT** Defendants Angelo Mozilo, David

3 Sambol, Eric P. Sieracki, Stanford L. Kurland, David A. Spector, Ranjit Kripalani,

4 and Jennifer S. Sandefur hereby join in the *Countrywide Defendants' Supplemental*

5 *Brief in Support of their Opposition to Plaintiffs' Motion to Remand*, filed October

6 28, 2011.

7

8 Dated:  October 28, 2011

IRELL & MANELLA LLP
David Siegel (101355)
9
A. Matthew Ashley (198235)
Allison L. Libeu (244487)
10
*Attorneys for Defendant Angelo Mozilo*

11

12

By: _Matt Ashley /MGB_
13
A. Matthew Ashley

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2521510

- 2 -

1 | Dated:  October 28, 2011

ORRICK, HERRINGTON &
SUTCLIFFE LLP
Michael C. Tu (186793)
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  (213) 629-2020
*Attorneys for Defendant David Sambol*


By: *Michael C. Tu  /MGB*
      Michael C. Tu


Dated:  October 28, 2011

DLA PIPER LLP
David Priebe (148679)
2000 University Avenue
East Palo Alto, CA  94303-2248
Telephone:  (650) 833-2000
Shirli Fabbri Weiss (079225)
shirli.weiss@dlapiper.com
401 B Street, Suite 1700
San Diego, CA  92101-4297
Telephone:  (619) 699-2700
Nicolas Morgan (166441)
2000 Avenue of the Stars, Suite 400,
North Tower
Los Angeles, CA  90067-6023
Telephone:  (310) 595-3000
*Attorneys for Defendant Eric P. Sieracki*


By: *David Priebe /MGB*
      David Priebe


Dated:  October 28, 2011

CALDWELL LESLIE & PROCTOR, PC
Christopher G. Caldwell (106790)
Jeanne A. Fugate (236341)
1000 Wilshire Blvd., Suite 600
Los Angeles, CA  90017-2463
Telephone:  (213) 629-9040
*Attorneys for Defendant Stanford L. Kurland*


By: *Jeanne A. Fugate /MGB*
      Jeanne A. Fugate

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2521510

- 3 -

INDIVIDUAL DEFENDANTS' JOINDER IN
COUNTRYWIDE DEFENDANTS' SUPP. BRIEF IN
SUPPORT OF OPPOSITION TO MOTION TO REMAND
(Case No. 11-cv-07165-MRP (MANx)

1   Dated:  October 28, 2011

                       BINGHAM McCUTCHEN LLP
2                          Jennifer M. Sepic (23487)
                       355 South Grand Avenue, Suite 4400
3                          Los Angeles, CA  90071
                       Telephone:  (213) 690-6400
4                          Leiv Blad (Pro Hac Vice)
                       202 K Street, NW
5                          Washington, DC  20006
                       Telephone:  (202) 373-6000
6                        ***Attorneys for Defendant David A. Spector***

7

8                       By: _Jennifer M. Sepic /MaB_
                               Jennifer M. Sepic
9

10  Dated:  October 28, 2011

                       PAUL HASTINGS LLP
11                       William F. Sullivan (78353)
                       Joshua G. Hamilton (199610)
12                       Peter Y. Cho (255181)
                       Jennifer O. Doan (271571)
13                       515 South Flower Street, 25th Floor
                       Los Angeles, CA  90071-2228
14                       Telephone:  (213) 683-6000
                       ***Attorneys for Defendants Ranjit***
15                       ***Kripalani and Jennifer S. Sandefur***

16

17                       By: _Joshua G. Hamilton /MaB_
18                               Joshua G. Hamilton

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2521510

INDIVIDUAL DEFENDANTS' JOINDER IN
COUNTRYWIDE DEFENDANTS' SUPP. BRIEF IN
SUPPORT OF OPPOSITION TO MOTION TO REMAND
(Case No. 11-cv-07165-MRP (MANx)