SETH ARONSON (S.B. #100153)
saronson@omm.com
MATTHEW CLOSE (S.B. #188570)
mclose@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Jonathan Rosenberg (*pro hac vice application forthcoming*)
jrosenberg@omm.com
William J. Sushon (*pro hac vice*)
wsushon@omm.com
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
(212) 326-2000

*Attorneys for Defendants
Bank of America Corporation, NB Holdings
Corporation, and Bank of America Servicing, LP*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXIA HOLDINGS, INC., et al., | Case No. 2:11-CV-07165-MRP (MANx) |
| Plaintiffs, | |
| v. | **DEFENDANTS BANK OF AMERICA CORPORATION, NB HOLDINGS CORPORATION, AND BAC HOME LOANS SERVICING, LP'S JOINDER IN THE COUNTRYWIDE DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO REMAND** |
| COUNTRYWIDE FINANCIAL CORPORATION, et al., | |
| Defendants. | |
| | Date: November 10, 2011<br>Time: 1:00 p.m.<br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |

1   Defendants Bank of America Corporation, NB Holdings Corporation, and
2   BAC Home Loans Servicing, LP hereby join in the Countrywide Defendants'
3   Supplemental Brief in Opposition to Motion to Remand [Dkt. No. 161] and adopt
4   the arguments set forth therein.

Dated:  October 28, 2011         Respectfully submitted,

SETH ARONSON
JONATHAN ROSENBERG
WILLIAM J. SUSHON
MATTHEW W. CLOSE
O'MELVENY & MYERS LLP


By:   /s/ Matthew W. Close
         Matthew W. Close

*Attorneys for Defendants
Bank of America Corporation, BAC Home Loans
Servicing, LP, and NB Holdings Corporation*