# CERTIFICATE OF SERVICE

I, Elizabeth G. Lorenzana, declare:

I am a citizen of the United States and employed in Los Angeles County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is 400 South Hope Street, Los Angeles, California, 90071. I am familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service.

I hereby certify that on October 28, 2011, the document listed below was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and mailed the following document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List:

**DEFENDANTS BANK OF AMERICA CORPORATION, NB HOLDINGS CORPORATION, AND BAC HOME LOANS SERVICING, LP'S JOINDER IN THE COUNTRYWIDE DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO REMAND**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on October 28, 2011, at Los Angeles, California.

_____
Elizabeth G. Lorenzana

# Mailing Information for a Case 2:11-cv-07165-MRP -MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **A Matthew Ashley**
  mashley@irell.com,sknight@irell.com

- **Leiv H Blad , Jr**
  leiv.blad@bingham.com

- **Bradley J Butwin**
  bbutwin@omm.com

- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com,hammer@caldwell-leslie.com, ,hong@caldwell-leslie.com,hayes@caldwell-leslie.com,popescu@caldwell-leslie.com,pettit@caldwell-leslie.com,strother@caldwell-leslie.com,wilson@caldwell-leslie.com

- **Jai K Chandrasekhar**
  jai@blbglaw.com

- **Peter Young Hoon Cho**
  petercho@paulhastings.com

- **Matthew W Close**
  mclose@omm.com

- **David C Codell**
  codell@caldwell-leslie.com

- **Timothy Alan DeLange**
  timothyd@blbglaw.com,jessica.cuccurullo@blbglaw.com

- **Brian Charles Devine**
  bdevine@goodwinprocter.com,ABoivin@goodwinprocter.com

- **Jenifer Q Doan**
  jeniferdoan@paulhastings.com

- **Inez H Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com

- **Jeanne A Fugate**
  fugate@caldwell-leslie.com,harper@caldwell-leslie.com,wilson@caldwell-leslie.com

- **Joshua G Hamilton**
  joshuahamilton@paulhastings.com,melmanahan@paulhastings.com,lindayoung@paulhastings.com

- **Allison Lauren Libeu**

  alibeu@irell.com,lstevens@irell.com

- **Lauren A McMillen**
  lauren@blbglaw.com

- **Brian E Pastuszenski**
  bpastuszenski@goodwinprocter.com

- **Eric Stephen Pettit**
  pettit@caldwell-leslie.com,wilson@caldwell-leslie.com

- **David A Priebe**
  david.priebe@dlapiper.com,carmen.manzano@dlapiper.com

- **Jonathan Rosenberg**
  jrosenberg@omm.com

- **Frank M Scaduto**
  fscaduto@orrick.com,msalas@orrick.com,jkwan@orrick.com,tsarkaria@orrick.com

- **Jennifer M Sepic**
  jennifer.sepic@bingham.com

- **David Siegel**
  dsiegel@irell.com,rgrazziani@irell.com

- **Gerald H Silk**
  jerry@blbglaw.com

- **William F Sullivan**
  williamsullivan@paulhastings.com,lisavermeulen@paulhastings.com,lindayoung@paulhastings.com

- **William J Sushon**
  wsushon@omm.com

- **Michael D Torpey**
  mtorpey@orrick.com

- **Michael C Tu**
  mtu@orrick.com

- **David L Wales**
  dwales@blbglaw.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com,emiko.gonzales@dlapiper.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Zarema V Arutyunova
Bingham McCutchen, LLP (DC)
2020 K Street, NW
Washington, DC 20006-1806

Ronald P Fischetti
Ronald P. Fischetti,
747 Third Avenue, 32nd Floor
New York, NY 10017

Keara M Gordon
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020

Mark Holland
Goodwin Procter, LLP(NYC)
The New York Times Building, 620 Eighth Avenue
New York, NY 10018-1405

Asher Louis Rivner
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036