SETH ARONSON (S.B. #100153)
*saronson@omm.com*
MATTHEW CLOSE (S.B. #188570)
*mclose@omm.com*
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

Jonathan Rosenberg (*pro hac vice application forthcoming*)
*jrosenberg@omm.com*
William J. Sushon (*pro hac vice*)
*wsushon@omm.com*
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York  10036
(212) 326-2000

*Attorneys for Defendants*
*Bank of America Corporation, NB Holdings*
*Corporation, and Bank of America Servicing, LP*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DEXIA HOLDINGS, INC., et al., | Case No. 2:11-CV-07165-MRP (MANx) |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF ERRATA** |
| COUNTRYWIDE FINANCIAL CORPORATION, et al., | |
| Defendants. | Date:         November 10, 2011 |
| | Time:         1:00 p.m. |
| | Courtroom:  12 |
| | Judge:        Hon. Mariana R. Pfaelzer |

1        PLEASE TAKE NOTICE THAT on October 28, 2011, Defendants Bank of

2  America Corporation, NB Holdings Corporation, and BAC Home Loans Servicing,

3  LP filed DEFENDANTS BANK OF AMERICA CORPORATION, NB

4  HOLDINGS CORPORATION, AND BAC HOME LOANS SERVICING, LP'S

5  JOINDER IN THE COUNTRYWIDE DEFENDANTS' SUPPLEMENTAL BRIEF

6  IN OPPOSITION TO MOTION TO REMAND, Docket number 163, and

7  inadvertently filed the Certificate of Service without a caption page.  Defendants

8  have since re-filed the document with a caption page.

9  Dated:  October 31, 2011         Respectfully submitted,

10

11                     SETH ARONSON
JONATHAN ROSENBERG
WILLIAM J. SUSHON
MATTHEW W. CLOSE

12                     O'MELVENY & MYERS LLP

13

14                     By:  _/s/ Matthew W. Close_

15                           Matthew W. Close

16                     *Attorneys for Defendants*
*Bank of America Corporation, BAC Home Loans*

17                     *Servicing, LP, and NB Holdings Corporation*

18

19

20

21

22

23

24

25

26

27

28