UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 11-CV-07165 MRP (MANx) | Date | November 3, 2011 |
|---|---|---|---|
| Title | DEXIA HOLDINGS, INC., et. al. v. COUNTRYWIDE FINANCIAL CORPORATION, et al., | | |

| Present: The Honorable | MARIANA R. PFAELZER | |
|---|---|---|
| Cynthia Salyer | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendant:

None                             None

**Proceedings:**        (In Chambers)

### ORDER RE: MOTION TO REMAND HEARING

Plaintiffs originally filed this case in New York state court. Defendants removed the case to federal court, ECF No. 1, and the Judicial Panel on Multidistrict Litigation ("JPML") transferred the case to this Court for consolidated pretrial proceedings. ECF No. 130. Plaintiffs had filed a Motion to Remand before the JPML transferred the case to this Court. ECF No. 74. That motion was fully briefed at the time of transfer, and the Court permitted the parties to supplement their briefs in light of the transfer. ECF Nos. 159, 161, 162, 163. The issues have now been fully briefed, and the Court deems Plaintiffs' Motion for Remand appropriate for adjudication without oral argument. The hearing scheduled for Thursday, November 10, 2011 is hereby **VACATED**. An opinion and order will follow.

IT IS SO ORDERED.