Brian E. Pastuszenski (*pro hac vice*)
*bpastuszenski@goodwinprocter.com*
Inez Friedman-Boyce (*pro hac vice* pending)
*ifriedmanboyce@goodwinprocter.com*
Brian C. Devine (SBN 222240)
*bdevine@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2802
Tel.: 617-570-1000
Fax: 617-570-1231

Lloyd Winawer (SBN 157823)
*lwinawer@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: 213-426-2500
Fax: 213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, Countrywide Capital Markets, LLC, Countrywide Securities Corporation, CWALT, Inc., CWABS, Inc., CWHEQ, Inc., CWMBS, Inc. and N. Joshua Adler

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx)<br><br>**PROOF OF SERVICE**<br><br>Date: November 10, 2011<br>Time: 1:00 p.m.<br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |
| DEXIA HOLDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants | Case No. 11-CV-07165-MRP(MANx) |

**PROOF OF SERVICE**

I, Arianne Waldron, am employed in the County of Suffolk, State of Massachusetts. I am over the age of 18 and not a party to the within action. My business address is 53 State Street, Boston, Massachusetts 02109.

On November 4, 2011, I served on the interested parties in said action the within:

**COUNTRYWIDE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO MOTION TO REMAND**

☑ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Boston, Massachusetts.

☑ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

☐ (EXPRESS MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing Express Mail for mailing. On the same day that Express Mail is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on November 4, 2011, at Boston, Massachusetts.

Arianne Waldron
(Type or print name)

(Signature)

**SERVICE LIST**

| | |
|---|---|
| Matthew Close (SBN 188570)<br>*mclose@omm.com*<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>Telephone: 213-430-7213<br>Facsimile: 213-430-6407 | *Attorneys for Defendants*<br>Bank of America Corp., BAC Home Loans Servicing, L.P., and NB Holdings Corp. |
| Jonathan Rosenberg (*pro hac vice*)<br>*jrosenberg@omm.com*<br>William Sushon (*pro hac vice*)<br>*wsushon@omm.com*<br>Asher Louis Rivner<br>arivner@omm.com<br>Bradley J. Butwin<br>*bbutwin@omm.com*<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: 212-728-5693<br>Facsimile: 212-326-2061 | |
| Christopher G. Caldwell (SBN 106790)<br>*caldwell@caldwell-leslie.com*<br>Jeanne A. Fugate (SBN 236341)<br>*fugate@caldwell-leslie.com*<br>Eric Stephen Pettit<br>*pettit@caldwell-leslie.com*<br>CALDWELL LESLIE & PROCTOR, PC<br>1000 Wilshire Blvd Suite 600<br>Los Angeles, CA 90017<br>Telephone: 213-629-9040<br>Facsimile: 213-629-9022 | *Attorneys for Defendant*<br>Stanford L. Kurland |
| Jennifer M. Sepic (SBN 234874)<br>*jennifer.sepic@bingham.com*<br>BINGHAM MCCUTCHEN LLP<br>355 South Grand Ave., Ste. 4400<br>Los Angeles, CA 90071<br>Telephone: 213-680-6400<br>Facsimile: 213-680-6499 | *Attorneys for Defendant*<br>David A. Spector |
| Leiv H. Blad, Jr. (*pro hac vice*)<br>*leiv.blad@bingham.com*<br>Zarema V. Arutyunova<br>*Zarema.arutyunova@bingham.com*<br>BINGHAM MCCUTCHEN LLP<br>2020 K Street NW<br>Washington, DC 20006-1806 | |

Telephone: 202-373-6000
Facsimile: 202-373-6001

Michael C. Tu (SBN 186793)
*mtu@orrick.com*
ORRICK HERRINGTON & SUTCLIFFE LLP
777 South Figueroa St., Ste. 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

Michael Torpey (SBN 79424)
*mtorpey@orrick.com*
Frank M. Scaduto
*fscaduto@orrick.com*
Penelope Graboys Blair (SBN 214742)
*pgraboysblair@orrick.com*
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

*Attorneys for Defendant*
David A. Sambol

David A. Priebe (SBN 148679)
*david.priebe@dlapiper.com*
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303
Telephone: 650-833-2000
Facsimile: 650-833-2001

Shirli Fabbri Weiss (SBN 079225)
*shirli.weiss@dlapiper.com*
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619-699-3650
Facsimile: 619-764-6650

Keara M. Gordon
*keara.gordon@dlapiper.com*
DLA PIPER (US) LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-335-4632
Facsimile: 212-884-8632

*Attorneys for Defendant*
Eric P. Sieracki

David Siegel (SBN 101355)
*dsiegel@irell.com*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: 310-277-1010
Facsimile: 310-203-7199

A. Matthew Ashley (SBN 198235)
*mashley@irell.com*
Allison L. Libeu (SBN 244487)
*alibeu@irell.com*
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949-760-0991
Facsimile: 949-760-5200

Ronald P. Fischetti
FISCHETTI & MALGEIRI LLP
747 Third Avenue, 20th Floor
New York, NY 10017
Telephone: 212-593-7100
Facsimile: 212-758-2809

*Attorneys for Defendant*
Angelo R. Mozilo

Jenifer Q. Doan
*jeniferdoan@paulhastings.com*
Joshua G. Hamilton
*joshuahamilton@paulhastings.com*
Peter Young Hoon Cho
*petercho@paulhastings.com*
William F. Sullivan
*williamsullivan@paulhastings.com*
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: 213-683-6000
Facsimile: 213-627-0705

*Attorneys for Defendants*
Ranjit Kripalani and Jennifer S. Sandefur

David L. Wales
*dwales@blbglaw.com*
Gerald H. Silk
*jerry@blbglaw.com*
Jai K. Chandrasekhar
*jai@blbglaw.com*
Lauren A. McMillen
*Lauren@blbglaw.com*
BERNSTEIN LITOWITZ BERBER & GROSSMAN LLP
1285 Avenue of the Americas
38th Floor
New York, NY 10019
Telephone: 212-554-1400
Facsimile: 212-554-1444

*Attorneys for Plaintiffs*
Dexia Holdings, Inc., FSA Asset Management LLC, Dexia Credit Local, New York Branch, New York Life Insurance Company, New York Life Insurance and Annuity Corporation, the Mainstay Funds, Mainstay VP Series Fund, Inc., Teachers Insurance and Annuity Association of America, TIAA-CREF Life Insurance Company, TIAA Global Markets, Inc., College Retirement Equities Fund, and The TIAA-CREF Funds.

Timothy Alan DeLange
*timothyd@blbglaw.com*
BERNSTEIN LITOWITZ BERBER & GROSSMAN LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92130
Telephone: 858-793-0070
Facsimile: 858-793-0323