BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
TIMOTHY A. DeLANGE   (Bar No. 190768)
12544 High Bluff Drive, Suite 150
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
     -and-
DAVID L. WALES
JAI K. CHANDRASEKHAR
LAUREN A. MCMILLEN
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

Attorneys for Plaintiffs Dexia Holdings, Inc., FSA
Asset Management LLC, and Dexia Crédit
Local, New York Branch

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-2265-MRP (MANx) |
| | **DECLARATION OF SERVICE** |
| DEXIA HOLDINGS, INC., et al., | |
| Plaintiffs, | Judge: Hon. Mariana R. Pfaelzer Courtroom: 12 |
| v. | |
| COUNTRYWIDE FINANCIAL CORPORATION, et al., | Case No. 11-CV-7165-MRP (MANx) |
| Defendants. | |

## DECLARATION OF SERVICE

I am employed in the County of San Diego, State of California.  I am over the age of 18, and not a party to the within action.  My business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130-3582.

On November 22, 2011, I served the foregoing document(s) described as:

- Application of Non-Resident Attorney to Appear in a Specific Case

- [Proposed] Order on Application of Non-Resident Attorney to Appear in a Specific Case

- Declaration of Service

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System.  Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

JESSICA CUCCURULLO

DECLARATION OF SERVICE
Case No. 11-CV-7165-MRP (MANx)

1

## SERVICE LIST

| | |
|---|---|
| Brian E. Pastuszenski<br>*bpastuszenski@goodwinprocter.com*<br>Brian Charles Devine<br>*bdevine@goodwinprocter.com*<br>Caroline H. Bullerjahn<br>*cbullerjahn@goodwinprocter.com*<br>Daniel P. Roeser<br>*droeser@goodwinprocter.com*<br>Inez H. Friedman-Boyce<br>*ifriedmanboyce@goodwinprocter.com*<br>GOODWIN PROCTER LLP<br>53 State Street Exchange Place<br>Boston, MA 02109<br>Telephone:  617-570-1000<br>Facsimile:  617-523-1231<br><br>Lloyd Winawer<br>*lwinawer@goodwinprocter.com*<br>601 South Figueroa Street, 41st Floor<br>Los Angeles, CA 90017<br>Telephone:  213-426-2500<br>Facsimile:  213-623-1673 | *Attorneys for Defendants*<br>Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing, LP, CWALT, Inc., CWMBS, Inc., CWHEQ, Inc., Countrywide Securities Corporation, Countrywide Capital Markets, LLC, CWABS, Inc. and N. Joshua Adler |
| Matthew W Close<br>*mclose@omm.com*<br>O'MELVENY AND MYERS LLP<br>400 South Hope Street 18th Floor<br>Los Angeles, CA 90071-2899<br>Telephone:  213-430-7213<br>Facsimile: 213-430-6407<br><br>Jonathan Rosenberg<br>*jrosenberg@omm.com*<br>William Sushon<br>*wsushon@omm.com*<br>Asher Louis Rivner<br>*arivner@omm.com* | *Attorneys for Defendants*<br>Bank of America Corp., BAC Home Loans Servicing, L.P.; and NB Holdings Corp. |

DECLARATION OF SERVICE
Case No. 11-CV-7165-MRP (MANx)

| | |
|---|---|
| Bradley J. Butwin<br>*bbutwin@omm.com*<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone:  212-728-5693<br>Facsimile: 212-326-2061 | |
| Christopher G. Caldwell<br>*caldwell@caldwell-leslie.com*<br>Jeanne A. Fugate<br>*fugate@caldwell-leslie.com*<br>Eric Stephen Pettit<br>*pettit@caldwell-leslie.com*<br>CALDWELL LESLIE & PROCTOR PC<br>1000 Wilshire Boulevard, Suite 600<br>Los Angeles, CA 90017<br>Telephone:  213-629-9040<br>Facsimile: 213-629-9022 | *Attorneys for Defendant*<br>Stanford L. Kurland |
| Jennifer M Sepic<br>*Jennifer.sepic@bingham.com*<br>BINGHAM MCCUTCHEN LLP<br>355 South Grand Avenue Suite 4400<br>Los Angeles, CA 90071<br>Telephone:  213-680-6400<br>Facsimile: 213-680-6499<br><br>Leiv H Blad, Jr.<br>leiv.blad@bingham.com<br>Zarema V. Arutyunova<br>Zarema.arutyunova@bingham.com<br>BINGHAM MCCUTCHEN LLP<br>2020 K Street NW<br>Washington, DC 20006-1806<br>Telephone:  202-373-6000<br>Facsimile: 202-373-6001 | *Attorneys for Defendant*<br>David A. Spector |

**DECLARATION OF SERVICE**
Case No. 11-CV-7165-MRP (MANx)

Michael C Tu
*mtu@orrick.com*
ORRICK HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  213-629-2020
Facsimile: 213-612-2499

Michael D Torpey
*mtorpey@orrick.com*
Frank M. Scaduto
*fscaduto@orrick.com*
Penelope Graboys Blair
*pgraboysblair@orrick.com*
ORRICK HERRINGTON AND
SUTCLIFFE
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  415-773-5700
Facsimile: 415-773-5759

*Attorneys for Defendant*
David A. Sambol

David A Priebe
*david.priebe@dlapiper.com*
DLA PIPER LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
Telephone:  650-833-2000
Facsimile: 650-833-2011

Shirli Fabbri Weiss
*shirli.weiss@dlapiper.com*
DLA PIPER LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone:  619-699-3650
Facsimile: 619-764-6650

Keara M Gordon

*Attorneys for Defendant*
Eric P. Sieracki

DECLARATION OF SERVICE
Case No. 11-CV-7165-MRP (MANx)

| | |
|---|---|
| keara.gordon@dlapiper.com<br>DLA PIPER US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  212-335-4632<br>Facsimile: 212-884-8632 | |
| David Siegel<br>dsiegel@irell.com<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Telephone:  310-277-1010<br>Facsimile: 310-203-7199<br><br>A. Matthew Ashley<br>mashley@irell.com<br>Allison L. Libeu<br>alibeu@irell.com<br>IRELL & MANELLA LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660-6324<br>Telephone:  949-760-0991<br>Facsimile: 949-760-5200<br><br>Ronald P Fischetti<br>FISCHETTI & MALGEIRI LLP<br>747 Third Avenue, 20th Floor<br>New York, NY 10017<br>Telephone:  212-593-7100<br>Facsimile: 212-758-2809 | *Attorneys for Defendant*<br>Angelo R. Mozilo |
| Jenifer Q Doan<br>jeniferdoan@paulhastings.com<br>Joshua G. Hamilton<br>joshuahamilton@paulhastings.com<br>Peter Young Hoon Cho<br>petercho@paulhastings.com<br>William F. Sullivan<br>williamsullivan@paulhastings.com | *Attorneys for Defendants*<br>Ranjit Kripalani and Jennifer S. Sandefur |

**DECLARATION OF SERVICE**
Case No. 11-CV-7165-MRP (MANx)

| | |
|---|---|
| PAUL HASTINGS LLP<br>515 South Flower Street 25th Floor<br>Los Angeles, CA 90071<br>Telephone:  213-683-6000<br>Facsimile: 213-627-0705 | |
| David L. Wales<br>*dwales@blbglaw.com*<br>Gerald Silk<br>*jerry@blbglaw.com*<br>Jai K. Chandrasekar<br>*jai@blbglaw.com*<br>Lauren McMillen<br>Lauren@blbglaw.com<br>BERNSTEIN LITOWITZ BERGER &<br>GROSSMANN LLP<br>1285 Avenue of the Americas<br>38th Floor<br>New York, NY 10019<br>Telephone:  212-554-1400<br>Facsimile: 212-554-1444<br><br>Timothy Alan DeLange<br>*timothy@blbglaw.com*<br>BERNSTEIN LITOWITZ BERGER &<br>GROSSMANN LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Telephone:  858-793-0070<br>Facsimile: 858-793-0323 | *Attorneys for Plaintiff*<br>Dexia Holdings, Inc.; FSA Asset Management LLC, Dexia Credit Local, New York Branch, New York Life Insurance Company,  New York Life Insurance and Annuity Corporation, the Mainstay Funds, Mainstay VP Series Fund, Inc., Teachers Insurance and Annuity Association of America, TIAA-CREF Life Insurance Company, TIAA Global Markets, Inc., College Retirement Equitites Fund, and The TIAA-CREF Funds |

**DECLARATION OF SERVICE**
Case No. 11-CV-7165-MRP (MANx)