Name & Address:

Timothy A. DeLange (SBN# 190768)
TimothyD@blbglaw.com
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: 858-793-0070 / Fax: 858-793-0323

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Dexia Holdings, Inc., et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 11-cv-07165-MRP (MANx) |
| v. | ORDER ON |
| Countrywide Financial Corporation, et al., | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of ___Lauren A. McMillen___, of ___Bernstein Litowitz Berger & Grossmann LLP, 1285 Avenue of the Americas, 38th Floor, New York, NY 10019___

*Applicant's Name*  *Firm Name / Address*

___212-554-1400___  ___lauren@blbglaw.com___

*Telephone Number*  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☒ Plaintiff   ☐ Defendant

☐ Intervener or other interested person ___

and the designation of ___Timothy A. DeLange (SNB# 190768)___

*Local Counsel Designee /State Bar Number*

of ___Bernstein Litowitz Berger & Grossmann LLP, 12481 High Bluff Drive, Suite 300, San Diego, CA 92130___

*Local Counsel Firm / Address*

___858-793-0070___  ___TimothyD@blbglaw.com___

*Telephone Number*  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated ___

___
U. S. District Judge/U.S. Magistrate Judge

GB64 ORDER (11/10)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**