```
 1  BERNSTEIN LITOWITZ BERGER
        & GROSSMANN LLP
 2  BLAIR A. NICHOLAS   (Bar No. 178428)
 3  TIMOTHY A. DeLANGE   (Bar No. 190768)
    12544 High Bluff Drive, Suite 150
 4  San Diego, CA 92130
 5  Tel:   (858) 793-0070
    Fax:   (858) 793-0323
 6         -and-
 7  DAVID L. WALES
    JAI K. CHANDRASEKHAR
 8  LAUREN A. MCMILLEN
    1285 Avenue of the Americas
 9  New York, NY 10019
10  Tel:   (212) 554-1400
    Fax:   (212) 554-1444
11
    Attorneys for Plaintiffs Dexia Holdings, Inc., FSA
12  Asset Management LLC, and Dexia Crédit
13  Local, New York Branch
14
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-2265-MRP (MANx) <br><br> **DECLARATION OF SERVICE** |
| DEXIA HOLDINGS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br><br> Defendants. | Judge: Hon. Mariana R. Pfaelzer <br> Courtroom: 12 <br><br> Case No. 11-CV-7165-MRP (MANx) |

## DECLARATION OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130-3582.

On November 22, 2011, I served the foregoing document(s) described as:

- Application of Non-Resident Attorney to Appear in a Specific Case
- [Proposed] Order on Application of Non-Resident Attorney to Appear in a Specific Case
- Declaration of Service

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

_/s/ Jessica Cuccurullo_
JESSICA CUCCURULLO

## SERVICE LIST

| | |
|---|---|
| Brian E. Pastuszenski<br>bpastuszenski@goodwinprocter.com<br>Brian Charles Devine<br>bdevine@goodwinprocter.com<br>Caroline H. Bullerjahn<br>cbullerjahn@goodwinprocter.com<br>Daniel P. Roeser<br>droeser@goodwinprocter.com<br>Inez H. Friedman-Boyce<br>ifriedmanboyce@goodwinprocter.com<br>GOODWIN PROCTER LLP<br>53 State Street Exchange Place<br>Boston, MA 02109<br>Telephone: 617-570-1000<br>Facsimile: 617-523-1231<br><br>Lloyd Winawer<br>lwinawer@goodwinprocter.com<br>601 South Figueroa Street, 41st Floor<br>Los Angeles, CA 90017<br>Telephone: 213-426-2500<br>Facsimile: 213-623-1673 | *Attorneys for Defendants*<br>Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing, LP, CWALT, Inc., CWMBS, Inc., CWHEQ, Inc., Countrywide Securities Corporation, Countrywide Capital Markets, LLC, CWABS, Inc. and N. Joshua Adler |
| Matthew W Close<br>mclose@omm.com<br>O'MELVENY AND MYERS LLP<br>400 South Hope Street 18th Floor<br>Los Angeles, CA 90071-2899<br>Telephone: 213-430-7213<br>Facsimile: 213-430-6407<br><br>Jonathan Rosenberg<br>jrosenberg@omm.com<br>William Sushon<br>wsushon@omm.com<br>Asher Louis Rivner<br>arivner@omm.com | *Attorneys for Defendants*<br>Bank of America Corp., BAC Home Loans Servicing, L.P.; and NB Holdings Corp. |

| | |
|---|---|
| Bradley J. Butwin<br>bbutwin@omm.com<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: 212-728-5693<br>Facsimile: 212-326-2061 | |
| Christopher G. Caldwell<br>caldwell@caldwell-leslie.com<br>Jeanne A. Fugate<br>fugate@caldwell-leslie.com<br>Eric Stephen Pettit<br>pettit@caldwell-leslie.com<br>CALDWELL LESLIE & PROCTOR PC<br>1000 Wilshire Boulevard, Suite 600<br>Los Angeles, CA 90017<br>Telephone: 213-629-9040<br>Facsimile: 213-629-9022 | *Attorneys for Defendant*<br>Stanford L. Kurland |
| Jennifer M Sepic<br>Jennifer.sepic@bingham.com<br>BINGHAM MCCUTCHEN LLP<br>355 South Grand Avenue Suite 4400<br>Los Angeles, CA 90071<br>Telephone: 213-680-6400<br>Facsimile: 213-680-6499<br><br>Leiv H Blad, Jr.<br>leiv.blad@bingham.com<br>Zarema V. Arutyunova<br>Zarema.arutyunova@bingham.com<br>BINGHAM MCCUTCHEN LLP<br>2020 K Street NW<br>Washington, DC 20006-1806<br>Telephone: 202-373-6000<br>Facsimile: 202-373-6001 | *Attorneys for Defendant*<br>David A. Spector |

-3-                                                    **DECLARATION OF SERVICE**
                                                         Case No. 11-CV-7165-MRP (MANx)

| | |
|---|---|
| Michael C Tu<br>mtu@orrick.com<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>Telephone:  213-629-2020<br>Facsimile: 213-612-2499<br><br>Michael D Torpey<br>mtorpey@orrick.com<br>Frank M. Scaduto<br>fscaduto@orrick.com<br>Penelope Graboys Blair<br>pgraboysblair@orrick.com<br>ORRICK HERRINGTON AND SUTCLIFFE<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone:  415-773-5700<br>Facsimile: 415-773-5759 | *Attorneys for Defendant*<br>David A. Sambol |
| David A Priebe<br>david.priebe@dlapiper.com<br>DLA PIPER LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303-2248<br>Telephone:  650-833-2000<br>Facsimile: 650-833-2011<br><br>Shirli Fabbri Weiss<br>shirli.weiss@dlapiper.com<br>DLA PIPER LLP<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Telephone:  619-699-3650<br>Facsimile: 619-764-6650<br><br>Keara M Gordon | *Attorneys for Defendant*<br>Eric P. Sieracki |

| | |
|---|---|
| *keara.gordon@dlapiper.com*<br>DLA PIPER US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212-335-4632<br>Facsimile: 212-884-8632 | |
| David Siegel<br>*dsiegel@irell.com*<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Telephone: 310-277-1010<br>Facsimile: 310-203-7199<br><br>A. Matthew Ashley<br>*mashley@irell.com*<br>Allison L. Libeu<br>*alibeu@irell.com*<br>IRELL & MANELLA LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660-6324<br>Telephone: 949-760-0991<br>Facsimile: 949-760-5200<br><br>Ronald P Fischetti<br>FISCHETTI & MALGEIRI LLP<br>747 Third Avenue, 20th Floor<br>New York, NY 10017<br>Telephone: 212-593-7100<br>Facsimile: 212-758-2809 | *Attorneys for Defendant*<br>Angelo R. Mozilo |
| Jenifer Q Doan<br>*jeniferdoan@paulhastings.com*<br>Joshua G. Hamilton<br>*joshuahamilton@paulhastings.com*<br>Peter Young Hoon Cho<br>*petercho@paulhastings.com*<br>William F. Sullivan<br>*williamsullivan@paulhastings.com* | *Attorneys for Defendants*<br>Ranjit Kripalani and Jennifer S. Sandefur |

-5-

**DECLARATION OF SERVICE**
Case No. 11-CV-7165-MRP (MANx)


| | |
|---|---|
| PAUL HASTINGS LLP<br>515 South Flower Street 25th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-683-6000<br>Facsimile: 213-627-0705 | |
| David L. Wales<br>*dwales@blbglaw.com*<br>Gerald Silk<br>*jerry@blbglaw.com*<br>Jai K. Chandrasekar<br>*jai@blbglaw.com*<br>Lauren McMillen<br>Lauren@blbglaw.com<br>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>1285 Avenue of the Americas<br>38th Floor<br>New York, NY 10019<br>Telephone: 212-554-1400<br>Facsimile: 212-554-1444<br><br>Timothy Alan DeLange<br>*timothy@blbglaw.com*<br>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Telephone: 858-793-0070<br>Facsimile: 858-793-0323 | *Attorneys for Plaintiff*<br>Dexia Holdings, Inc.; FSA Asset Management LLC, Dexia Credit Local, New York Branch, New York Life Insurance Company, New York Life Insurance and Annuity Corporation, the Mainstay Funds, Mainstay VP Series Fund, Inc., Teachers Insurance and Annuity Association of America, TIAA-CREF Life Insurance Company, TIAA Global Markets, Inc., College Retirement Equities Fund, and The TIAA-CREF Funds |