Name & Address: David C. Codell (SBN 200965)
Law Office of David C. Codell
9200 Sunset Boulevard, Penthouse Two
Los Angeles, California 90069
Tel: (310) 273-0306  Fax: (310) 273-0307
Email: david@codell.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dexia Holdings, Inc. et al <br><br> PLAINTIFF(S) <br><br> v. <br><br> Countrywide Financial Corporation et al <br><br> DEFENDANT(S). | CASE NUMBER  2:11-ml-02265-MRP-MAN <br> 2:11-cv-07165-MRP-MAN <br><br> **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, __David C. Codell__, __200965__, __david@codell.com__
     Name                                CA Bar ID Number               E-mail Address

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)
__Stanford L. Kurland__

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FI RM I S **NOT** ALREADY PART OF THI S ACTI ON AND ARE A SSOCIATING IN AS COUNSEL OF RECORD A NOTI CE OF ASSOCIATION SHOULD BE FI LED. IF YOU ARE GOI NG TO APPEAR PRO HAC VI CE, A SEPARATE APPLI CATION OF NON -RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

☑ TO BE REMOVED FROM THE CASE: **
  ☑ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

  ☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

  ☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

  ☑ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: 03-06-2012

_____
*Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE:** CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Informat ion. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.