Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (State Bar No. 222240)
bdevine@goodwinprocter.com
Caroline H. Bullerjahn (*pro hac vice*)
cbullerjahn@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

Lloyd Winawer (State Bar No. 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Telephone: 213-426-2500
Facsimile: 213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Home Loans Servicing LP; Countrywide Capital Markets, LLC; Countrywide Securities Corporation; CWALT, Inc.; CWABS, Inc., CWHEQ, Inc., CWMBS, Inc., and N. Joshua Adler

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx)<br><br>**[PROPOSED] ORDER REGARDING SCHEDULE FOR MOTIONS TO DISMISS AMENDED COMPLAINTS**<br><br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |
| THRIVENT FINANCIAL FOR LUTHERANS, et al.<br>Plaintiff,<br>v.<br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br>Defendants. | Case No. 11-CV-07154-MRP (MANx) |

LIBA/2273670.1

| | | |
|---|---|---|
| 1 | DEXIA HOLDINGS, INC., et al., Plaintiffs, | Case No. 11-CV-07165-MRP (MANx) |
| 2 | v. | |
| 3 | COUNTRYWIDE FINANCIAL CORPORATION, et al., | |
| 4 | Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

LIBA/2273670.1

## **[PROPOSED] ORDER**

Based upon the parties Stipulation dated December 6, 2011, and good cause appearing therefore, IT IS HEREBY such ORDERED AS FOLLOWS:

1. Defendants shall file and serve any motions to dismiss the Amended Complaints in the cases in which they are defendants no later than March 30, 2012;

2. Plaintiffs shall file and serve their papers in opposition to the motions to dismiss the Amended Complaints no later than April 23, 2012.

3. Defendants shall serve and file their reply papers in support of the motions to dismiss the Amended Complaints no later than May 4, 2012.

4. Defendants' answers to the Amended Complaints in the cases in which they are defendants shall be due twenty-one (21) days after the Court decides the motions to dismiss in that case, or twenty-one (21) days after the filing of any further amended complaint in response to order, whichever is later.

SO ORDERED.

Dated: March __, 2012

_____
Mariana R. Pfaelzer
UNITED STATES DISTRICT JUDGE

LIBA/2273670.1