WILLIAM F. SULLIVAN (SB# 78353)
*williamsullivan@paulhastings.com*
JOSHUA G. HAMILTON (SB# 199610)
*joshuahamilton@paulhastings.com*
PETER Y. CHO (SB# 255181)
*petercho@paulhastings.com*
JENIFER Q. DOAN (SB #271571)
*jeniferdoan@paulhastings.com*
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants
*Ranjit Kripalani* and *Jennifer S. Sandefur*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | CASE NO. 11-ML-02265-MRP (MANx) |
| | **DEFENDANTS RANJIT KRIPALANI AND JENNIFER S. SANDEFUR'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT; NOTICE OF JOINDER** |
| | Date:        May 17, 2012<br>Time:        11:00 a.m.<br>Courtroom:  12<br>Judge:       Hon. Mariana R. Pfaelzer |
| DEXIA HOLDINGS, INC., *et al.*,<br><br>            Plaintiffs,<br><br>        v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>            Defendants. | CASE NO. 11-CV-07165-MRP (MANx) |

LEGAL_US_W # 70994657.2

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 17, 2012, at 11:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Mariana R. Pfaelzer, United States District Judge for the Central District of California, Courtroom 12, Second Floor, 312 N. Spring Street, Los Angeles, California, 90012, Defendants Ranjit Kripalani and Jennifer S. Sandefur will and hereby do move for an order dismissing the Seventh Cause of Action of Plaintiffs' Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6).

The grounds for this motion include:  The Seventh Cause of Action for alleged violation of Section 15 of the Securities Act of 1933 ("Securities Act"), the only claim alleged against Mr. Kripalani and Ms. Sandefur, fails to adequately plead that Mr. Kripalani and Ms. Sandefur "controlled" any person or entity charged with a requisite primary violation.  The Seventh Cause of Action also fails to the extent Plaintiffs' claims of primary violations of the Securities Act are premised on transfer of title allegations.

Mr. Kripalani and Ms. Sandefur also hereby join and incorporate the grounds for dismissal in the Motion to Dismiss and other papers filed in support thereof by Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing, LP, Countrywide Securities Corporation, Countrywide Capital Markets, LLP, CWALT, Inc., CWMBS, Inc., CWABS, Inc., CWHEQ, Inc., and N. Joshua Adler (the "Countrywide Defendants"), and in the Motions to Dismiss and all supporting papers filed by other Defendants, as they relate to the Seventh Cause of Action alleged against Mr. Kripalani and Ms. Sandefur.

This Motion is based on the Notice of Motion and Motion to Dismiss and Notice of Joinder, the accompanying Memorandum of Points and Authorities, the Countrywide Defendants' Motion to Dismiss and all papers filed in support thereof, the Motions to Dismiss and all supporting papers filed by the other Defendants, the

pleadings, records and files in this action, and on such further evidence and argument as may be presented prior to or at the time of the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on March 21, 2012.

Dated: March 30, 2012          PAUL, HASTINGS, JANOFSKY & WALKER LLP
                               WILLIAM F. SULLIVAN
                               JOSHUA G. HAMILTON
                               PETER Y. CHO
                               JENIFER Q. DOAN


By:___/s/ William F. Sullivan_____
          WILLIAM F. SULLIVAN

Attorneys for Defendants
*Ranjit Kripalani* and *Jennifer S. Sandefur*