WILLIAM F. SULLIVAN (SB# 78353)
williamsullivan@paulhastings.com
JOSHUA G. HAMILTON (SB# 199610)
joshuahamilton@paulhastings.com
PETER Y. CHO (SB# 255181)
petercho@paulhastings.com
JENIFER Q. DOAN (SB #271571)
jeniferdoan@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendants
*Ranjit Kripalani* and *Jennifer S. Sandefur*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | CASE NO. 11-ML-02265-MRP (MANx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS RANJIT KRIPALANI AND JENNIFER S. SANDEFUR'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Courtroom:  12<br>Judge:      Hon. Mariana R. Pfaelzer |
| DEXIA HOLDINGS, INC., *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al*.,<br><br>            Defendants. | CASE NO. 11-CV-07165-MRP (MANx) |

LEGAL_US_W # 71037710.1

# [PROPOSED] ORDER

The Court has reviewed all papers related to Defendants Ranjit Kripalani and Jennifer S. Sandefur's Motion to Dismiss Plaintiffs' Amended Complaint. The Court has also reviewed the file and is fully advised in the matter. The Court hereby GRANTS the Motion.

Accordingly, all claims and counts against Mr. Kripalani and Ms. Sandefur are HEREBY DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: _____        _____
                                    Honorable Mariana R. Pfaelzer
                                    United States District Judge