David Siegel (101355)
dsiegel@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
Allison L. Libeu (244487)
alibeu@irell.com
Mytili Bala (277396)
mbala@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant
Angelo Mozilo

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | MDL No. 11-ML-02265-MRP (MANx) |
| DEXIA HOLDINGS, INC., et al., Plaintiffs, v. COUNTRYWIDE FINANCIAL CORPORATION, et al., Defendants. | **DEFENDANT ANGELO MOZILO'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND JOINDER IN OTHER DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date: May 17, 2012<br>Time: 11:00 a.m.<br>Ctrm: 12<br>Judge: Hon. Mariana R. Pfaelzer<br><br>Case No. 11-CV-07165-MRP (MANx) |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2612591

ANGELO MOZILO'S NOTICE OF MOTION, MOTION, &
JOINDER IN MOTIONS TO DISMISS
11-CV-07165-MRP (MANx)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on May 17, 2012 at 11:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Mariana R. Pfaelzer, United States District Judge, in Courtroom 12 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California, 90012, defendant Angelo Mozilo will and hereby does move to dismiss Plaintiffs' amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

By this motion, Mr. Mozilo also joins in the motions to dismiss of the other defendants to the extent applicable to the claims against him and requests that the Court dismiss the amended complaint with prejudice. This motion is made based on this Notice of Motion and Motion, Mr. Mozilo's Memorandum of Points and Authorities, Mr. Mozilo's Request for Judicial Notice, the court record on file herein, such matters of which the Court may take judicial notice, all papers, pleadings, documents, arguments of counsel, and other materials presented to the Court before or at the time of the hearing on this motion, and any other evidence and argument the Court may consider. In addition, Mr. Mozilo incorporates by reference and reasserts all of his prior arguments in support of his motion to dismiss Plaintiffs' original complaint. (Dkt. 89, 90, 108, 116.)

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on March 21, 2012.

Dated: March 30, 2012

Respectfully submitted,

David Siegel

By: *David Siegel / MGB*
David Siegel
Attorneys for Defendant
Angelo Mozilo

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2612591

ANGELO MOZILO'S NOTICE OF MOTION, MOTION, &
JOINDER IN MOTIONS TO DISMISS
11-CV-07165-MRP (MANx)

- 1 -