David Siegel (101355)
dsiegel@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
Allison L. Libeu (244487)
alibeu@irell.com
Mytili Bala (277396)
mbala@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Defendant
Angelo Mozilo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | MDL No. 11-ML-02265-MRP (MANx) |
| DEXIA HOLDINGS, INC., et al., Plaintiffs, v. COUNTRYWIDE FINANCIAL CORPORATION, et al., Defendants. | **DEFENDANT ANGELO MOZILO'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Date:  May 17, 2012<br>Time:  11:00 a.m.<br>Ctrm:  12<br>Judge: Hon. Mariana R. Pfaelzer<br><br>Case No. 11-CV-07165-MRP (MANx) |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2612406

ANGELO MOZILO'S REQUEST FOR JUDICIAL
NOTICE ISO MOTION TO DISMISS AM. COMPL.
11-CV-07165-MRP (MANx)

1. Defendant Angelo Mozilo respectfully requests that the Court take judicial notice of the below-listed documents in connection with his motion to dismiss Plaintiffs' amended complaint.

    1) Letter dated March 14, 2012 from counsel for Plaintiffs to the Court enclosing a "blackline version of the Amended Complaint." A true and correct copy is attached hereto as Exhibit 1. Exhibit 1 is subject to judicial notice because its accuracy "is not subject to reasonable dispute." Fed. R. Evid. 201(b).

    2) The principal portion of the prior moving papers in support of Mr. Mozilo's motion to dismiss the original complaint, including by reference the Affidavit of Ronald Fischetti, Mr. Mozilo's Joinder in the Countrywide Defendants' Motion to Dismiss, the Memorandum in Support of the Countrywide Defendants' Motion to Dismiss, and the Reply Memorandum in Support of the Countrywide Defendants' Motion to Dismiss. True and correct copies of the aforementioned documents are attached collectively hereto as Exhibit 2. Exhibit 2 is subject to judicial notice because it is part of the court file in this case. *See, e.g., Mullis v. U.S. Bankr. Dist. Ct.*, 828 F.2d 1385, 1388 n.9 (9th Cir. 1987); *Reyn's v. Pasta Bella LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006).

Dated: March 30, 2012

Respectfully submitted,

Mytili Bala

By: /s/ Mytili Bala
Mytili Bala
Attorneys for Defendant
Angelo Mozilo

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2612406

- 1 -

ANGELO MOZILO'S REQUEST FOR JUDICIAL
NOTICE ISO MOTION TO DISMISS AM. COMPL.
11-CV-07165-MRP (MANx)