1    Brian E. Pastuszenski (*pro hac vice*)
*bpastuszenski@goodwinprocter.com*
2    Inez Friedman-Boyce (*pro hac vice*)
*ifriedmanboyce@goodwinprocter.com*
3    Brian C. Devine (SBN 222240)
*bdevine@goodwinprocter.com*
4    Caroline H. Bullerjahn (*pro hac vice*)
*cbullerjahn@goodwinprocter.com*
5    **GOODWIN PROCTER LLP**
Exchange Place
6    Boston, MA 02109-2802
Tel.:  617-570-1000
7    Fax:  617-570-1231

8    Lloyd Winawer (SBN 157823)
*lwinawer@goodwinprocter.com*
9    **GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
10    Los Angeles, California 90017
Tel.:  213-426-2500
11    Fax:  213-623-1673

12    *Attorneys for Defendants*
Countrywide Financial Corporation,
13    Countrywide Home Loans, Inc., Countrywide
Home Loans Servicing LP, Countrywide
14    Capital Markets, LLC, Countrywide
Securities Corporation, CWALT, Inc.,
15    CWABS, Inc., CWHEQ, Inc., CWMBS, Inc.
and N. Joshua Adler

16

17            **UNITED STATES DISTRICT COURT**

18            **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 19   IN re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No.  11-ML-02265-MRP (MANx) |
| 20 | **COUNTRYWIDE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |
| 21 22 | |
| 23 | Date/Time:  May 17, 2012 / 11:00 a.m. |
| 24 | Courtroom:  12<br>Judge:       Hon. Mariana R. Pfaelzer |
| 25   DEXIA HOLDINGS, INC., *et al.*, | |
| 26        Plaintiffs, | |
| 27        v. | Case No.  11-CV-07165-MRP (MANx) |
| 28 | |

COUNTRYWIDE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT
CASE NO. 11-CV-07165-MRP

1  COUNTRYWIDE FINANCIAL
   CORPORATION, *et al.*,

2

                              Defendants.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2       **PLEASE TAKE NOTICE** that, on May 17, 2012, at 11:00 a.m., or as soon

3   thereafter as the matter may be heard, before the Honorable Mariana R. Pfaelzer,

4   United States District Judge, located at 312 N. Spring Street, Courtroom 12, Los

5   Angeles, California, 90012, defendants Countrywide Financial Corporation,

6   Countrywide Securities Corporation, Countrywide Home Loans, Inc., Countrywide

7   Home Loans Servicing LP; Countrywide Capital Markets, LLC, CWALT, Inc.,

8   CWMBS, Inc., CWABS, Inc., CWHEQ, Inc., and N. Joshua Adler (together, the

9   "Countrywide Defendants") will and hereby do move for an order dismissing with

10  prejudice certain claims asserted in the Amended Complaint, filed by Plaintiffs on

11  March 9, 2012 in the above-captioned matter.

12      There are numerous grounds for this motion.  First, on February 17, 2012, this

13  Court dismissed Plaintiffs' common law fraud, fraudulent inducement, and the

14  remaining Securities Act of 1933 claims to the extent such claims were based on

15  title transfer allegations, aiding and abetting fraud claims, and negligent

16  misrepresentation claims without prejudice.  *See* Order re: Motions to Dismiss,

17  dated February 17, 2012, Docket No. 177 ("Dismissal Order").  In the Amended

18  Complaint, Plaintiffs repeated—but did not amend—these previously dismissed

19  claims "solely and exclusively to preserve their appellate rights."  Amended

20  Complaint at 1 n.1.  Because Plaintiffs chose not to amend these claims, they should

21  now be dismissed with prejudice.  Second, in the Amended Complaint, Plaintiffs re-

22  allege Section 12(a)(2) claims with respect to CWMBS 2007-5 A2 and against

23  CWALT, Inc., CWABS, Inc., CWMBS, Inc., and CWHEQ, Inc.  This Court,

24  however, previously dismissed these claims with prejudice (Dismissal Order at 6-7)

25  and, thus, they should be stricken from the Amended Complaint.  Third, in

26  accordance with this Court's March 9, 2012 decision in the *National Integrity* case

27  concerning the applicability of New York's borrowing statute, the common law

28

1

COUNTRYWIDE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT
CASE NO. 11-CV-07165-MRP

1   claims of those Plaintiffs not incorporated under the laws of the State of New York

2   must be dismissed as well as time-barred under Delaware and Massachusetts law.

3   *See National Integrity Life Ins. Co. v. Countrywide Fin. Corp.*, No. 2:11-cv-09889-

4   MR, slip op. (C.D. Cal. Mar. 9, 2012).  Finally, Plaintiffs' remaining Section 15

5   claim as to CWMBS 2007-5 A2 and CWHEQ 2006-S7 A3 against N. Joshua Adler

6   must be dismissed because Plaintiffs have not sufficiently alleged that Mr. Adler,

7   who is not alleged to have signed any offering materials for these two Certificates,

8   exercised control over any remaining 1933 Act violation.  In addition, Plaintiffs'

9   Section 15 claims against Countrywide Home Loans Servicing LP, which this Court

10  previously dismissed without prejudice (Dismissal Order at 9),  must be dismissed

11  with prejudice because Plaintiffs failed to amend their allegations with respect to

12  this claim.

13          This motion is made based on this Notice of Motion and Motion, the

14  Memorandum of Points and Authorities in support thereof, all other papers,

15  pleadings, documents, arguments of counsel, and materials presented before or

16  during the hearing on this motion, and any other evidence and argument the Court

17  may consider.

18          Pursuant to Local Rule 7-3, counsel for the Countrywide Defendants

19  conferred telephonically with counsel for Plaintiffs regarding this Motion on March

20  21, 2012.  The parties were unable to reach agreement.

21
    Dated:  March 30, 2012            **GOODWIN PROCTER LLP**
22
                                      /s/ Brian E. Pastuszenski
23                                    Brian E. Pastuszenski (*pro hac vice*)
                                      Lloyd Winawer (State Bar No. 157823)
24                                    Inez H. Friedman-Boyce (*pro hac vice*)
                                      Brian C. Devine (State Bar No. 222240)
25                                    Caroline H. Bullerjahn (*pro hac vice*)

26                                    *Counsel for the Countrywide Defendants*

27

28
                                              2