*Dexia Holdings, Inc., et al. v. Countrywide Fin. Corp., et al.*, Case No. 11-CV-07165-MRP (MANx)

# APPENDIX I:  CERTAIN PLAINTIFFS' MISREPRESENTATION CLAIMS ARE TIME-BARRED

| Deal[1] | Purchasing Plaintiff[2] | Purchase Date(s)[3] | Statute of Limitations Expired?[4] |
|---|---|---|---|
| **DELAWARE PLAINTIFFS** | | | |
| CWL 2004-3 2A | FSAM | 4/25/2005 | Yes |
| CWL 2005-16 4AV3 | FSAM | 12/28/2005 | Yes |
| CWL 2005-2 2A4 | FSAM | 3/30/2005 | Yes |
| CWL 2005-IM1 A4 | FSAM | 8/30/2005 | Yes |
| CWL 2005-IM2 A4 | FSAM | 10/28/2005; 5/15/2006 | Yes |
| CWL 2005-IM3 A3 | FSAM | 12/21/2005 | Yes |
| CWL 2006-24 2A2 | FSAM | 8/15/2007 | Yes |
| CWL 2006-8 2A3 | FSAM | 8/7/2007 | Yes |
| CWL 2006-ABC1 A2 | FSAM | 6/29/2006 | Yes |
| CWL 2006-BC2 2A3 | FSAM | 5/30/2006 | Yes |
| CWL 2006-BC4 2A3 | FSAM | 9/29/2006 | Yes |
| CWL 2007-12 2A2 | FSAM | 9/10/2007 | Yes |
| CWL 2007-12 2A3 | FSAM | 9/5/2007 | Yes |
| CWL 2007-2 2A3 | FSAM | 8/7/2007 | Yes |
| CWL 2007-5 2A3 | FSAM | 8/7/2007 | Yes |
| CWL 2007-9 2A3 | FSAM | 6/8/2007 | Yes |
| CWALT 2004-J4 2A1 | FSAM | 3/29/2006 | Yes |
| CWALT 2005-14 4A1 | FSAM | 3/30/2005 | Yes |
| CWALT 2005-31 2A3 | FSAM | 6/29/2005 | Yes |
| CWALT 2005-36 2A1B | FSAM | 6/24/2005 | Yes |
| CWALT 2005-51 1A3B | FSAM | 9/30/2005 | Yes |
| CWALT 2005-51 2A3B | FSAM | 9/30/2005 | Yes |
| CWALT 2005-51 3AB2 | FSAM | 9/30/2005 | Yes |
| CWALT 2005-61 1A3 | FSAM | 10/27/2005 | Yes |
| CWALT 2006-HY11 A2 | FSAM | 5/5/2006 | Yes |

---

[1]  *See* Amended Complaint, Exhibit 1.

[2]  *See* Amended Complaint, Exhibit 1.

[3]  *See* Amended Complaint, Exhibit 1.

[4]  Under the Court's ruling in *National Integrity*, Delaware's three-year statute of limitations (10 Del. C. § 8106) applies to the Delaware Plaintiffs' (FSAM, NYLIAC, TGM, and TIAA-CREF Funds) claims for fraud, negligent misrepresentation, fraudulent inducement, and aiding and abetting fraud.  *See* AC ¶¶ 15-17; *CW Mem.* at 4-6.  The Delaware Plaintiffs' claims are time-barred because their purchases occurred between 2005 and 2007, and they did not file their original complaint until more than three years later, on January 24, 2011.  *See id*. at 5-6.  Similarly, Massachusetts' three-year statute of limitations (M.G.L. ch. 260, § 2A) applies to the fraud, negligent misrepresentation, fraudulent inducement, and aiding and abetting fraud claims asserted by Plaintiff CFI, a Massachusetts business trust.  *See* AC ¶ 16; *CW Mem*. at 7-8.  Because CFI reasonably should have learned of the alleged misrepresentations before January 24, 2008, more than three years before this action was filed on January 24, 2011, its claims are likewise time-barred.  *See CW Mem.* at 8-10.

*Dexia Holdings, Inc., et al. v. Countrywide Fin. Corp., et al.*, Case No. 11-CV-07165-MRP (MANx)

| Deal[1] | Purchasing Plaintiff[2] | Purchase Date(s)[3] | Statute of Limitations Expired?[4] |
|---|---|---|---|
| CWALT 2006-OA16 A4B | FSAM | 8/30/2006 | Yes |
| CWALT 2006-OA17 1A2C | FSAM | 9/29/2006 | Yes |
| CWALT 2006-OA2 A2A | FSAM | 3/30/2006 | Yes |
| CWALT 2006-OA6 1A4C | FSAM | 5/17/2006 | Yes |
| CWALT 2006-OA8 2A2 | FSAM | 5/31/2006 | Yes |
| CWALT 2006-OA8 2A3 | FSAM | 5/31/2006 | Yes |
| CWALT 2006-OC11 2A2B | FSAM | 12/29/2006 | Yes |
| CWALT 2006-OC7 2A3 | FSAM | 8/30/2006 | Yes |
| CWALT 2006-OC8 2A2C | FSAM | 9/29/2006 | Yes |
| CWHEL 2004-B 1A | FSAM | 2/2/2005 | Yes |
| CWHEL 2006-D 2A | FSAM | 3/30/2006 | Yes |
| CWHEL 2006-E 2A | FSAM | 6/29/2006 | Yes |
| CWLN 2006-21 N | FSAM | 12/21/2006; 3/5/2007 | Yes |
| CWLN 2006-22 N | FSAM | 12/21/2006; 3/5/2007 | Yes |
| CWLN 2006-23 N | FSAM | 12/21/2006 | Yes |
| CWLN 2006-26 N | FSAM | 2/23/2007; 7/27/2007 | Yes |
| CWLN 2007-1 N | FSAM | 2/23/2007; 7/27/2007 | Yes |
| CWLN 2007-2 N | FSAM | 3/16/2007 | Yes |
| CWHL 2005-4 6A1 | FSAM | 1/28/2005 | Yes |
| CWALT 2004-30CB 2A4 | NYLIAC | 10/27/2006 | Yes |
| CWALT 2005-20CB 1A2 | NYLIAC | 10/10/2006 | Yes |
| CWALT 2005-22T1 A5 | NYLIAC | 10/12/2005 | Yes |
| CWALT 2005-25T1 A6 | NYLIAC | 10/17/2005 | Yes |
| CWALT 2005-30CB 1A3 | NYLIAC | 10/17/2005 | Yes |
| CWALT 2005-30CB 1A4 | NYLIAC | 11/10/2005 | Yes |
| CWALT 2005-32T1 A6 | NYLIAC | 2/13/2006 | Yes |
| CWALT 2005-42CB A8 | NYLIAC | 10/18/2006 | Yes |
| CWALT 2005-46CB A3 | NYLIAC | 8/30/2005 | Yes |
| CWALT 2005-49CB A8 | NYLIAC | 1/12/2006 | Yes |
| CWALT 2005-57CB 3A5 | NYLIAC | 2/14/2006 | Yes |
| CWALT 2005-57CB 4A5 | NYLIAC | 10/19/2006 | Yes |
| CWALT 2005-65CB 1A8 | NYLIAC | 2/10/2006 | Yes |
| CWALT 2005-6CB 1A6 | NYLIAC | 8/26/2005 | Yes |
| CWALT 2005-73CB 1A11 | NYLIAC | 3/9/2007 | Yes |
| CWALT 2005-73CB 1A9 | NYLIAC | 1/9/2006 | Yes |
| CWALT 2005-86CB A11 | NYLIAC | 1/22/2007 | Yes |
| CWALT 2005-J12 1A5 | NYLIAC | 3/8/2007 | Yes |
| CWALT 2005-J14 A7 | NYLIAC | 2/17/2006 | Yes |
| CWALT 2006-19CB A6 | NYLIAC | 1/19/2007 | Yes |
| CWALT 2006-32CB A17 | NYLIAC | 11/15/2006 | Yes |
| CWALT 2006-HY13 2A2 | NYLIAC | 2/28/2007 | Yes |
| CWALT 2006-J1 1A10 | NYLIAC | 5/5/2006; 9/1/2006 | Yes |

*Dexia Holdings, Inc., et al. v. Countrywide Fin. Corp., et al.*, Case No. 11-CV-07165-MRP (MANx)

| Deal[1] | Purchasing Plaintiff[2] | Purchase Date(s)[3] | Statute of Limitations Expired?[4] |
|---|---|---|---|
| CWALT 2006-J1 1A11 | NYLIAC | 1/29/2007 | Yes |
| CWALT 2007-17CB 1A1 | NYLIAC | 7/17/2007 | Yes |
| CWHL 2005-HYB9 5A2 | NYLIAC | 6/27/2006 | Yes |
| CWHL 2004-13 1A7 | NYLIAC | 3/16/2007; 3/21/2007 | Yes |
| CWHL 2005-21 2A3 | NYLIAC | 2/9/2006 | Yes |
| CWHL 2005-HYB3 2A5B | NYLIAC | 5/31/2006 | Yes |
| CWHL 2005-J1 1A2 | NYLIAC | 4/29/2005 | Yes |
| CWHL 2005-J1 2A1 | NYLIAC | 4/29/2005 | Yes |
| CWHL 2005-J1 B1 | NYLIAC | 4/29/2005 | Yes |
| CWHL 2005-J1 B2 | NYLIAC | 4/29/2005 | Yes |
| CWHL 2005-J1 B3 | NYLIAC | 4/29/2005 | Yes |
| CWHL 2005-J1 B4 | NYLIAC | 4/29/2005 | Yes |
| CWHL 2005-J1 B5 | NYLIAC | 4/29/2005 | Yes |
| CWHL 2005-J1 M | NYLIAC | 4/29/2005 | Yes |
| CWHL 2005-J2 1A2 | NYLIAC | 6/30/2005 | Yes |
| CWHL 2005-J2 1A4 | NYLIAC | 6/30/2005 | Yes |
| CWHL 2005-J2 IB1 | NYLIAC | 6/30/2005 | Yes |
| CWHL 2005-J2 IB2 | NYLIAC | 6/30/2005 | Yes |
| CWHL 2005-J2 IB3 | NYLIAC | 6/30/2005 | Yes |
| CWHL 2005-J2 IB4 | NYLIAC | 6/30/2005 | Yes |
| CWHL 2005-J2 IB5 | NYLIAC | 6/30/2005 | Yes |
| CWHL 2005-J2 IM | NYLIAC | 6/30/2005 | Yes |
| CWHL 2005-J4 A5 | NYLIAC | 2/17/2006 | Yes |
| CWHL 2006-J3 A3 | NYLIAC | 9/1/2006 | Yes |
| CWHL 2007-5 A2 | NYLIAC | 6/14/2007 | Yes |
| CWHL 2007-7 A8 | NYLIAC | 5/25/2007 | Yes |
| CWHL 2007-HY3 4A1 | NYLIAC | 10/19/2007 | Yes |
| CWHL 2004-15 AF5 | NYLIAC | 5/1/2006 | Yes |
| CWL 2006-S2 A3 | NYLIAC | 3/30/2006 | Yes |
| CWL 2006-S3 A1 | NYLIAC | 6/29/2006 | Yes |
| CWL 2006-S3 A3 | NYLIAC | 8/30/2006 | Yes |
| CWL 2006-S3 A4 | NYLIAC | 6/29/2006 | Yes |
| CWL 2006-S5 A3 | NYLIAC | 9/28/2006 | Yes |
| CWL 2006-S8 A3 | NYLIAC | 12/28/2006 | Yes |
| CWL 2007-4 A2 | NYLIAC | 3/29/2007 | Yes |
| CWL 2007-4 A3 | NYLIAC | 3/29/2007 | Yes |
| CWL 2007-4 A6 | NYLIAC | 3/29/2007 | Yes |
| CWL 2007-S1 A3 | NYLIAC | 2/28/2007 | Yes |
| CWHEL 2007-GW A | TGM | 9/12/2007 | Yes |
| CWALT 2006-43CB 1A8 | TGM | 5/11/2007 | Yes |
| CWHL 2005-J2 2A1 | TGM | 6/20/2007 | Yes |
| CWALT 2004-29CB A7 | TIAA-CREF | 12/7/2007 | Yes |

*Dexia Holdings, Inc., et al. v. Countrywide Fin. Corp., et al.*, Case No. 11-CV-07165-MRP (MANx)

| Deal[1] | Purchasing Plaintiff[2] | Purchase Date(s)[3] | Statute of Limitations Expired?[4] |
|---|---|---|---|
| CWALT 2004-30CB 1A15 | TIAA-CREF | 12/10/2007 | Yes |
| CWALT 2004-31T1 A2 | TIAA-CREF | 4/13/2006 | Yes |
| CWALT 2005-42CB A12 | TIAA-CREF | 4/19/2006 | Yes |
| CWALT 2006-12CB A10 | TIAA-CREF | 4/17/2006 | Yes |
| CWHL 2005-17 1A10 | TIAA-CREF | 10/5/2005 | Yes |
| CWL 2006-S3 A1 | TIAA-CREF | 7/5/2007 | Yes |
| CWL 2007-S2 A3 | TIAA-CREF | 3/30/2007 | Yes |
| **MASSACHUSETTS PLAINTIFFS** | | | |
| CWL 2006-S5 A3 | CFI | 10/6/2006 | Yes |
| CWL 2006-S8 A3 | CFI | 12/28/2006 | Yes |
| CWL 2007-S1 A3 | CFI | 2/28/2007 | Yes |