Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (SBN 222240)
bdevine@goodwinprocter.com
Caroline H. Bullerjahn (*pro hac vice*)
cbullerjahn@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2802
Tel.: 617-570-1000
Fax: 617-570-1231

Lloyd Winawer (SBN 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: 213-426-2500
Fax: 213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation,
Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, Countrywide Capital Markets, LLC, Countrywide Securities Corporation, CWALT, Inc., CWABS, Inc., CWHEQ, Inc., CWMBS, Inc. and N. Joshua Adler

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx)<br><br>**[PROPOSED] ORDER ON COUNTRYWIDE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Date/Time: May 17, 2012 / 11:00 a.m.<br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |
| DEXIA HOLDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v. | Case No. 11-CV-07165-MRP (MANx) |

[PROPOSED] ORDER ON COUNTRYWIDE DEFENDANTS'
MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT
CASE NO. 11-CV-07165-MRP

| | |
|---|---|
| 1 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, |
| 2 | |
| 3 | Defendants. |

Before the Court is the Countrywide Defendants' Motion to Dismiss Plaintiffs' Amended Complaint. Having considered the Countrywide Defendants' Motion, the memorandum of points and authorities and supporting papers filed therewith, the response and replies thereto, all other memoranda and papers on file, and oral argument, the Motion is hereby GRANTED.

IT IS THEREFORE ORDERED that the following claims are dismissed with prejudice: (1) Plaintiffs' negligent misrepresentation claims; (2) Plaintiffs' aiding and abetting fraud claims; (3) Plaintiffs' fraud, fraudulent inducement and remaining Section 11, 12 and 15 claims based on title transfer allegations; (4) Plaintiffs' Section 12(a)(2) claims against the CWALT, Inc., CWABS, Inc., CWMBS, Inc., and CWHEQ, Inc.; (5) Plaintiffs' Section 12(a)(2) claims against Countrywide Securities Corporation with respect to CWMBS 2007-5 A2; (6) all fraud, fraudulent inducement, aiding and abetting fraud, and negligent misrepresentation claims asserted by Plaintiffs Dexia Holdings, Inc., FSA Asset Management LLC, New York Life Insurance and Annuity Corporation, TIAA Global Markets, Inc., TIAA-CREF Funds, and The MainStay Funds; (7) Plaintiffs' Section 15 claims against Mr. Adler; and (8) Plaintiffs' Section 15 claims against CHL Servicing.

SO ORDERED.

Dated: _____, 2012

                                                Mariana R. Pfaelzer
                                               UNITED STATES DISTRICT JUDGE