MICHAEL C. TU (State Bar No. 186793)
mtu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

MICHAEL D. TORPEY (State Bar No. 79424)
mtorpey@orrick.com
FRANK M. SCADUTO (State Bar No. 271451)
fscaduto@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

Attorneys for Defendant David Sambol

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| DEXIA HOLDINGS, INC., et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | Case No. 11-CV-7165-MRP (MANx)<br><br>**DAVID SAMBOL'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Date: May 17, 2012<br>Time: 11:00 a.m.<br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |

Defendant David Sambol respectfully requests that the Court take judicial notice, pursuant to Federal Rule of Evidence 201,[1] of the document referenced below in connection with his Motion to Dismiss the Amended Complaint.

1. A redline, submitted by plaintiffs to the Court by letter dated March 14, 2012, comparing the Complaint dated January 24, 2011 to the Amended Complaint dated March 9, 2012. A true and correct copy of the redline comparison is attached hereto as Exhibit A.

Judicial notice of a redline comparing an amended complaint to the original complaint is appropriate. *See, e.g.*, *Lyons v. Coxcom, Inc.*, 718 F. Supp. 2d 1232, 1237 (S.D. Cal. 2009) ("Defendant also requests the Court take judicial notice of the FAC and a red-line edit comparing Plaintiff's original complaint. The Court takes judicial notice of these documents, as a Court [may] take judicial notice of court filings."); *Lee v. Am. Airlines*, 2007 WL 2212907, at *2 (N.D. Cal. July 31, 2007) (granting request for judicial notice of redline submitted in support of motion to dismiss). Moreover, documents that are "readily verifiable" are "the proper subject of judicial notice." *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006). Exhibit A is capable of accurate and ready determination whose authenticity cannot be questioned, and therefore the proper subject of judicial notice.

///
///
///
///
///
///

---

[1] Federal Rule of Evidence 201 provides for judicial notice of a fact "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot be questioned." Fed. R. Evid. 201(b).

| | | |
|---|---|---|
| 1 | Dated: March 30, 2012 | Respectfully submitted, |
| 2 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | | By: _/s/ Michael C. Tu_ |
| 5 | | Michael C. Tu |
| 6 | | Attorneys for Defendant David Sambol |