BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
TIMOTHY A. DELANGE (Bar No. 190768)
(timothyd@blbglaw.com)
BRETT M. MIDDLETON (Bar No. 199427)
(brettm@blbglaw.com)
JOSEPH W. GOODMAN (Bar. No. 230161)
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
     -and-
DAVID L. WALES
(davidw@blbglaw.com)
JAI K. CHANDRASEKHAR
(jai@blbglaw.com)
LAUREN A. MCMILLEN
(lauren@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:  (212) 554-1444

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx)<br><br>**DECLARATION OF SERVICE**<br><br>Courtroom: 12<br>Judge:    Hon. Mariana R. Pfaelzer<br>Hearing Date: November 10, 2011 |
| DEXIA HOLDINGS, INC., *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 11-CV-07165-MRP (MANx) |

# DECLARATION OF SERVICE

I, the undersigned, declare:

1. That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2. That on April 23, 2012, I caused to be served the following documents:

- **DEXIA PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**
- **DECLARATION OF SERVICE**

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

3. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 23, 2012, at San Diego, California.

Jessica Cuccurullo, C.P.

# SERVICE LIST

Mark Holland
**Goodwin Procter, LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: 2132-813-8000
Fax: 212-355-3333
mholland@goodwinprocter.com

*Attorneys for Defendants Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Home Loan Servicing LP; CWALT, Inc.; CWABS, Inc.; CWHEQ, Inc.; Countrywide Securities Corporation; Countrywide Capital Markets, LLC; Joshua N. Adler*

Brian Charles Devine
Brian E. Pastuszenski
Inez H. Friedman-Boyce
**Goodwin Procter, LLP**
53 State Street Exchange Place
Boston, MA 02109
Tel: 617-570-1794
Fax: 617-523-1231
bdevine@goodwinprocter.com
bpastuszenki@goodwinprocter.com
ifriedmanboyce@goodwinprocter.com

*Attorneys for Defendants Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Home Loans Servicing LP; CWALT, Inc.; CWABS, Inc.; CWHEQ, Inc.; Countrywide Securities Corporation; Countrywide Capital Markets, LLC; Joshua N. Adler; CWMBS, Inc.*

| | |
|---|---|
| 1 | A. Matthew Ashley |
| 2 | Allison Lauren Libeu |
|   | Mytili Gowri Bala |
| 3 | **IRELL & MANELLA LLP** |
| 4 | 840 Newport Center Drive, Suite 400 |
|   | Newport Beach, CA 92660-6324 |
| 5 | Tel:  949-760-0991 |
| 6 | Fax: 949-760-5200 |
|   | mashley@irell.com |
| 7 | alibeu@irell.com |
| 8 | mbala@irell.com |
| 9 | *Attorneys for Defendant Angelo Mozilo* |
| 10 | |
| 11 | David Siegel |
|    | **IRELL & MANELLA LLP** |
| 12 | 1800 Avenue of the Stars, Suite 900 |
|    | Los Angeles, CA 90067-4276 |
| 13 | Tel:  310-277-1010 |
| 14 | Fax: 310-203-7199 |
|    | dsiegel@irell.com |
| 15 | |
| 16 | *Attorneys for Defendant Angelo Mozilo* |
| 17 | Ronald P. Fischetti |
| 18 | **FISCHETTI & MALGIERI LLP** |
|    | 747 Third Avenue, 32nd Floor |
| 19 | New York, NY 10017 |
| 20 | Tel:  212-593-7100 |
|    | Fax: 212-758-2809 |
| 21 | |
| 22 | *Attorneys for Defendant Angelo Mozilo* |

| | |
|---|---|
| 1 | Frank M. Scaduto |
| 2 | Michael D. Torpey |
|   | **ORRICK HERRINGTON & SUTCLIFFE LLP** |
| 3 | The Orrick Building |
| 4 | 405 Howard Street |
|   | San Francisco, CA 94105-2669 |
| 5 | Tel: 415-773-5700 |
| 6 | Fax: 415-773-5759 |
|   | fscaduto@orrick.com |
| 7 | mtorpey@orrick.com |
| 8 | |
|   | *Attorneys for Defendant David A. Sambol* |
| 9 | |
| 10 | Michael C. Tu |
|   | **ORRICK HERRINGTON & SUTCLIFFE LLP** |
| 11 | 777 South Figueroa Street, Suite 3200 |
| 12 | Los Angeles, CA 90017 |
|   | Tel: 213-629-2020 |
| 13 | Fax: 213-612-2499 |
| 14 | mtu@orrick.com |
| 15 | *Attorneys for Defendant David A. Sambol* |
| 16 | |
|   | Teodora Manolova |
| 17 | **GOODWIN PROCTER LLP** |
| 18 | 601 South Figueroa Street, 41st Floor |
|   | Los Angeles, CA 90017 |
| 19 | Tel: 213-426-2500 |
| 20 | Fax: 213-623-1673 |
|   | tmanolova@goodwinprocter.com |
| 21 | |
| 22 | *Attorneys for Defendant David A. Sambol* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Asher Louis Rivner |
| 2 | Bradley J. Butwin |
| 3 | Jonathan Rosenberg |
| | William J. Sushon |
| 4 | **O'MELVENY & MYERS LLP** |
| | Times Square Tower |
| 5 | 7 Times Square |
| 6 | New York, NY 10036 |
| | Tel: 212-326-2000 |
| 7 | Fax: 212-326-2061 |
| 8 | arivner@omm.com |
| | bbutwin@omm.com |
| 9 | jrosenberg@omm.com |
| 10 | wsushon@omm.com |
| 11 | *Attorneys for Defendants Bank of America Corp.; BAC Home Loans Servicing,* |
| 12 | *L.P.; NB Holdings Corporation* |
| 13 | |
| 14 | Matthew W. Close |
| | **O'MELVENY & MYERS LLP** |
| 15 | 400 South Hope Street, 18th Floor |
| 16 | Los Angeles, CA 90071-2899 |
| | Tel: 213-430-6000 |
| 17 | Fax: 213-430-6407 |
| 18 | mclose@omm.com |
| 19 | *Attorneys for Defendants Bank of America Corp.; BAC Home Loans Servicing,* |
| 20 | *L.P.; NB Holdings Corporation* |

-4-

DECLARATION OF SERVICE
Case No. 11-CV-07165-MRP (MANx)

| | |
|---|---|
| 1 | Jeanne A. Fugate |
| 2 | Christopher G. Caldwell |
|   | Eric Stephen Pettit |
| 3 | **CALDWELL LESLIE & PROCTOR** |
| 4 | 1000 Wilshire Blvd., Suite 600 |
|   | Los Angeles, CA 90017 |
| 5 | Tel: 213-629-9040 |
| 6 | Fax: 213-629-9022 |
|   | fugate@caldwell-leslie.com |
| 7 | caldwell@caldwell-leslie.com |
| 8 | pettit@caldwell-leslie.com |
| 9 | *Attorneys for Defendant Stanford L. Kurland* |
| 10 | |
|    | David C. Codell |
| 11 | **LAW OFFICES OF DAVID C. CODELL** |
| 12 | 9200 Sunset Blvd., Penthouse Two |
|    | Los Angeles, CA 90069 |
| 13 | Tel: 310-273-0306 |
| 14 | Fax: 310-273-0307 |
|    | codell@caldwell-leslie.com |
| 15 | |
| 16 | *Attorneys for Defendant Stanford L. Kurland* |
| 17 | Jennifer M. Sepic |
| 18 | **BINGHAM McCUTCHEN LLP** |
|    | 355 South Grand Avenue, Suite 4400 |
| 19 | Los Angeles, CA 90071 |
| 20 | Tel: 213-680-6480 |
|    | Fax: 213-680-6499 |
| 21 | jennifer.sepic@bingham.com |
| 22 | |
|    | *Attorneys for Defendant David A. Spector* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Leiv H. Blad, Jr.
Zarema V. Arutyunova
**BINGHAM McCUTCHEN LLP**
2020 K Street NW
Washington, DC 20006-1806
Tel: 202-373-6564
Fax: 202-373-6001
leiv.blad@bingham.com
zarema.arutyunova@bingham.com

*Attorneys for Defendant David A. Spector*

Keara M. Gordon
**DLA PIPER LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel: 212-335-4632
Fax: 212-884-8632
keara.gordon@dlapiper.com

*Attorneys for Defendant Eric P. Sieracki*

David A. Priebe
**DLA PIPER LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650-833-2000
Fax: 650-833-2001
david.priebe@dlapiper.com

*Attorneys for Defendant Eric P. Sieracki*

Shirli Fabbri Weiss
**DLA PIPER LLP**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619-699-2700
Fax: 619-699-2701
shirli.weiss@dlapiper.com

*Attorneys for Defendant Eric P. Sieracki*

| | |
|---|---|
| 1 | Jenifer Q. Doan |
| 2 | Joshua G. Hamilton |
|   | Peter Young Hoon Cho |
| 3 | William F. Sullivan |
| 4 | **PAUL HASTINGS LLP** |
|   | 515 South Flower Street, 25th Floor |
| 5 | Los Angeles, CA 90071 |
| 6 | Tel: 213-683-6000 |
|   | Fax: 213-627-0705 |
| 7 | jeniferdoan@paulhastings.com |
| 8 | joshuahamilton@paulhastings.com |
|   | petercho@paulhastings.com |
| 9 | williamsullivan@paulhastings.com |

*Attorneys for Defendants Ranjit Kripalani; Jennifer S. Sandefur*