WILLIAM F. SULLIVAN (SB# 78353)
williamsullivan@paulhastings.com
JOSHUA G. HAMILTON (SB# 199610)
joshuahamilton@paulhastings.com
PETER Y. CHO (SB# 255181)
petercho@paulhastings.com
JENIFER Q. DOAN (SB# 271571)
jeniferdoan@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION CASES | CASE NO. 11-ML-02265-MRP (MANx) |
| DEXIA HOLDINGS, INC., et al., <br>          Plaintiff, <br> vs. <br> COUNTRYWIDE FINANCIAL CORP., et al. <br>          Defendants. | Case No. 11-CV-07165-MRP (MANx) <br><br> REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

_____N. Joshua Adler_____    ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of   William F. Sullivan, Joshua G. Hamilton, Peter Y. Cho, and Jenifer Q. Doan
*New Attorneys*

as attorney of record in place and stead of   Brian E. Pastuszenski, Inez Friedman-Boyce, Brian C. Devine, Caroline H. Bullarjahn and Lloyd Winawer
*Present Attorneys*

Dated  4/26/12

*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  April 26, 2012

*Signature of Present Attorney*

G-01 (03/06)    **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated 4/30/2012

_____
Signature of New Attorney

CA- 199610
State Bar Number

If party requesting to appear Pro Se:.

Dated _____

_____
Signature of Requesting Party

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED** *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* **(G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (03/06)          REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY