WILLIAM F. SULLIVAN (SB# 78353)
*williamsullivan@paulhastings.com*
JOSHUA G. HAMILTON (SB# 199610)
*joshuahamilton@paulhastings.com*
PETER Y. CHO (SB# 255181)
*petercho@paulhastings.com*
JENIFER Q. DOAN (SB# 271571)
*jeniferdoan@paulhastings.com*
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORPORATION SECURITIES LITIGATION CASES | CASE NO. 11-ML-02265-MRP (MANx) |
| DEXIA HOLDINGS, INC., et al., <br><br>   Plaintiff, <br><br> vs. <br><br> COUNTRYWIDE FINANCIAL CORP., et al. <br><br>   Defendants. | CASE NO. 11-CV-07165-MRP (MANx) <br><br> **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

__N. Joshua Adler__  ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

to substitute __William F. Sullivan, Joshua G. Hamilton, Peter Y. Cho, and Jenifer Q. Doan__ who are

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__Paul Hastings LLP, 515 S. Flower St., 25th Floor__
*Street Address*

__Los Angeles, CA 90071__    williamsullivan@paulhastings.com, joshuahamilton@paulhastings.com,
petercho@paulhastings.com, jeniferdoan@paulhastings.com
*City, State, Zip*     *E-Mail Addresses*

__(213) 683-6000__   __(213) 627-0705__   William F. Sullivan (# 78353), Joshua G. Hamilton (# 199610), Peter Y. Cho (# 255181), Jenifer Q. Doan (# 271571)
*Telephone Number*   *Fax Number*   *State Bar Numbers*

as attorney of record in place and stead of <u>Brian E. Pastuszenski, Inez H. Friedman-Boyce, Brian C. Devine, Caroline H. Bullarjahn, and Lloyd Winawer of Goodwin Proctor LLP</u>

*Present Attorneys*

**is hereby**    ☐ GRANTED    ☐ DENIED

Dated _____    _____

U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.