# DECLARATION OF SERVICE

STATE OF CALIFORNIA            )
                               ) ss:
CITY OF LOS ANGELES AND COUNTY )
OF LOS ANGELES                 )

I am employed in the City of Los Angeles and County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228.

On April 30, 2012, I served the foregoing document(s) described as:

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

on the interested parties by placing thereof in a sealed envelope(s) addressed as follows:

*Please see attached Service List*

☒ **VIA U.S. MAIL:**
I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on April 30, 2012 with postage thereon fully prepaid, at Los Angeles, California.

☒ **VIA ELECTRONIC SERVICE VIA CM/ECF SYSTEM:**
I caused the above-document(s) to be transmitted by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1)."

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 30, 2012, at Los Angeles, California.

_____
Mel Manahan

LEGAL_US_W # 69266184.1

DECLARATION OF SERVICE

**MANUAL NOTICE SERVICE LIST**
*DEXIA HOLDINGS, INC., et al. v.*
*COUNTRYWIDE FINANCIAL CORP, et al.*
**U.S. DISTRICT COURT, CASE NO. 11-CV-7165- MRP (MANx)**

Ronald P. Fischetti, Esq.
Ronald P. Fischetti,
747 Third Avenue, 32nd Floor
New York, NY 10017