1  MICHAEL C. TU (State Bar No. 186793)
   *mtu@orrick.com*
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
3  Los Angeles, California 90017
   Telephone: 213-629-2020
4  Facsimile: 213-612-2499

5  MICHAEL D. TORPEY (State Bar No. 79424)
   *mtorpey@orrick.com*
6  FRANK M. SCADUTO (State Bar No. 271451)
   *fscaduto@orrick.com*
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
8  405 Howard Street
   San Francisco, California 94105-2669
9  Telephone: 415-773-5700
   Facsimile: 415-773-5759

Attorneys for Defendant David Sambol

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| DEXIA HOLDINGS, INC., et. al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br><br> Defendants. | Case No. 11-CV-7165 MRP (MANx) <br><br> **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DAVID SAMBOL'S MOTION TO DISMISS THE AMENDED COMPLAINT** <br><br> Date: May 17, 2012 <br> Time: 11:00 a.m. <br> Courtroom: 12 <br> Judge: Hon. Mariana R. Pfaelzer |

Plaintiffs' Opposition does not dispute that the unamended aiding and abetting and negligent misrepresentation claims against Mr. Sambol should be dismissed with prejudice for the reasons set forth in the Court's February 17 Dismissal Order. *See Dexia Holdings, Inc. v. Countrywide Fin. Corp.*, No. 2:11-CV-07165, slip op. at 13:13-15:13 (C.D. Cal. Feb. 17, 2012) [Dkt. 177].  Nor do plaintiffs dispute that the unamended Section 15 claim against Mr. Sambol should be dismissed with prejudice with respect to the inadequate title transfer allegations for the same reason. *See id.* at 16:9-11.  Plaintiffs' only response to Mr. Sambol's motion to dismiss is to "incorporate their arguments in opposition to the previous motions to dismiss, as well as the arguments in *Allstate II*, for purposes of preserving their appellate rights."  Opp'n at 13:26-14:2.[1]

The Court should dismiss the Amended Complaint against Mr. Sambol with prejudice as to the claims for aiding and abetting, negligent misrepresentation, and the Section 15 title transfer allegations. *See Pratts v. Sunjan*, No. 97-55622, 1999 WL 274662, at *1 (9th Cir. Apr. 23, 1999) (failure to amend deficient claims results in dismissal with prejudice).

Dated: May 4, 2012

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _/s/ Michael C. Tu_
Michael C. Tu

Attorneys for Defendant David Sambol

---

[1] As the Court recently recognized, it is improper for plaintiffs to purport to incorporate arguments from *Allstate II* by reference. *See* Minute Order dated April 26, 2012 [Dkt. No. 194].