**DLA PIPER LLP (US)**
SHIRLI FABBRI WEISS (Bar No. 079225)
shirli.weiss@dlapiper.com
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  (619) 699-2700 | Fax:  (619) 699-2701

NICOLAS MORGAN (Bar No. 166441)
nicolas.morgan@dlapiper.com
2000 Avenue of the Stars, Suite 400
Los Angeles, CA  90067-6022
Tel:  (310) 595-3000 | Fax:  (310) 595-3300

DAVID PRIEBE (Bar No. 148679)
david.priebe@dlapiper.com
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel:  (650) 833-2000 | Fax:  (650) 833-2001

Attorneys for Defendant ERIC SIERACKI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEXIA HOLDINGS, INC. *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION *et al.*, <br><br> *Defendants*. | No. 2:11-cv-07165-MRP-MAN <br><br> **REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT OF ERIC SIERACKI** <br><br> Date:  May 17, 2012 <br> Time:  11:00 a.m. <br> Courtroom:  12 <br> Judge:  The Hon. Mariana R. Pfaelzer |

1  Defendant Eric P. Sieracki's instant motion seeks limited relief: dismissal with prejudice the transfer of title allegations underlying the Seventh Cause of Action of Plaintiffs' Amended Complaint dated March 9, 2012 (the "Complaint"), the only cause of action asserted against him in the Complaint, where the Court had dismissed those allegations with leave to amend (solely as to securities CWMBS 2007-5 A2 and CWHEQ 2006-S7 A3) but Plaintiff elected not to amend. As Plaintiff's Opposition does not dispute the predicate of the motion or object to this relief, the Court should, as requested, transform the dismissal into one with prejudice.

Respectfully submitted,

May 4, 2012

DLA PIPER LLP (US)

By: /s/ *David Priebe*
Attorneys for Defendant ERIC SIERACKI