David Siegel (101355)
dsiegel@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
Allison L. Libeu (244487)
alibeu@irell.com
Mytili Bala (277396)
mbala@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Defendant
Angelo Mozilo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION** | MDL No. 11-ML-02265-MRP (MANx) |
| DEXIA HOLDINGS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br><br> Defendants. | **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT ANGELO MOZILO'S MOTION TO DISMISS THE AMENDED COMPLAINT** <br><br> Date: May 17, 2012 <br> Time: 11:00 a.m. <br> Ctrm: 12 <br> Judge: Hon. Mariana R. Pfaelzer <br><br> Case No. 11-CV-07165-MRP (MANx) |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2630231

REPLY MEMORANDUM IN SUPPORT OF ANGELO
MOZILO'S MOTION TO DISMISS
11-CV-07165-MRP (MANx)

Plaintiffs do not oppose the relief that Mr. Mozilo seeks, instead confirming in their opposition brief that they "did not amend their claims relating to transfer of title, negligent misrepresentation, or aiding and abetting, but included them solely to preserve appellate rights." (Opp. 2:5-7; *see also* Am. Compl. n.1.)  As for the section 15 claim, it is not clear that Plaintiffs even intended to re-assert this claim against Mr. Mozilo, as to whom *American Pipe* tolling cannot apply as a matter of law.  Plaintiffs' opposition declines to clarify that question as the brief fails to even mention the section 15 claim against Mr. Mozilo at all.  It certainly offers no argument to support that claim against Mr. Mozilo.

The Court held each of these claims deficient as a matter of law as to Mr. Mozilo in the February 17th Order.  As Plaintiffs did not amend these claims as to Mr. Mozilo (as they acknowledge), each of these claims should now be dismissed as to Mr. Mozilo with prejudice.  *Dexia Holdings, Inc. v. Countrywide Fin. Corp.*, No. 2:11-CV-07165, slip op. at 7:10-15, 14:8-15:13 (C.D. Cal. Feb. 17, 2012) (Dkt. 177); *see Pratts v. Sunjan*, No. 97-55622, 1999 WL 274662, at *1 (9th Cir. Apr. 23, 1999) (failure to amend deficient claims results in dismissal with prejudice).

Dated:  May 4, 2012

Respectfully submitted,

IRELL & MANELLA LLP
David Siegel
A. Matthew Ashley
Allison L. Libeu
Mytili Bala

By: _____*/s/ David Siegel*_____
David Siegel
Attorneys for Defendant
Angelo Mozilo

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2630231

- 1 -

REPLY MEMORANDUM IN SUPPORT OF ANGELO MOZILO'S MOTION TO DISMISS
11-CV-07165-MRP (MANx)