Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (SBN 222240)
bdevine@goodwinprocter.com
Caroline H. Bullerjahn (*pro hac vice*)
cbullerjahn@goodwinprocter.com
**Goodwin Procter LLP**
53 State Street
Boston, MA 02109-2802
Tel.:  617-570-1000
Fax:  617-570-1231

*Attorneys for Defendants*
Countrywide Financial Corporation,
Countrywide Home Loans, Inc.,
Countrywide Home Loans Servicing LP, Countrywide Capital Markets, LLC, Countrywide Securities Corporation, CWALT, Inc., CWABS, Inc., CWHEQ, Inc., and CWMBS, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 2:11-CV-02265-MRP (MANx)<br><br>**STIPULATION FOR EXTENSION OF DEFENDANTS' TIME TO ANSWER AMENDED COMPLAINT**<br><br>Courtroom: 12<br>Judge:     Hon. Mariana R. Pfaelzer |
| DEXIA HOLDINGS, INC., *et al.*,<br><br>         Plaintiffs,<br><br>         v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>         Defendants. | Case No.  11-CV-07165-MRP (MANx) |

Plaintiffs Dexia Holdings, Inc., FSA Asset Management LLC, Dexia Crédit Local, New York Branch, New York Life Insurance Co., New York Life Insurance and Annuity Corp., The MainStay Funds, MainStay VP Series Fund, Inc., Teachers Insurance and Annuity Association of America, TIAA-CREF Life Insurance Co., TIAA Global Markets, Inc., College Retirement Equities Fund, and the TIAA-CREF Funds (collectively, "Plaintiffs") and Defendants Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Home Loans Servicing LP; Countrywide Capital Markets, LLC; Countrywide Securities Corporation; CWALT, Inc.; CWABS, Inc.; CWHEQ, Inc.; CWMBS, Inc.; David A. Sambol; Eric P. Sieracki; Jennifer Sandefur; Ranjit Kripalani; and N. Joshua Adler (collectively, "Defendants"), by and through their counsel of record and subject to the Court's approval and order, hereby stipulate as follows:

WHEREAS, on March 9, 2012, Plaintiffs filed an amended complaint (the "Amended Complaint") in this action;

WHEREAS, on March 30, 2012, Defendants filed motions to dismiss the Amended Complaint;

WHEREAS, on June 1, 2012, this Court granted in part and denied in part Defendants' motions to dismiss the Amended Complaint;

WHEREAS, pursuant to the Court's Order entered on March 23, 2012, the current deadline by which all Defendants must answer the Amended Complaint is June 22, 2012 (*i.e.*, twenty-one (21) days after this Court's decision on Defendants' motions to dismiss);

WHEREAS, the Amended Complaint is 144 pages and contains 413 separate paragraphs of allegations;

WHEREAS, Plaintiffs and Defendants agree that good cause exists to extend the time for the Defendants to answer the Amended Complaint;

NOW, THEREFORE, Plaintiffs and Defendants hereby agree that, subject to the Court's approval, Defendants shall have until June 29, 2012 to answer the Amended Complaint.

IT IS SO STIPULATED.

| Dated: June 8, 2012 | Defendants Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Home Loan Servicing, L.P., Countrywide Capital Markets, LLC, Countrywide Securities Corp., CWALT, Inc.; CWABS, Inc., CWHEQ, Inc., and CWMBS, Inc. <br><br> By their attorneys, <br><br> /s/ Brian E. Pastuszenski_____ <br> Brian E. Pastuszenski (*pro hac vice*) <br> Lloyd Winawer (State Bar No. 157823) <br> Inez H. Friedman-Boyce (*pro hac vice*) <br> Brian C. Devine (State Bar No. 222240) <br> Caroline H. Bullerjahn (*pro hac vice*) |
|---|---|
| Dated: June 8, 2012 | Defendant Eric P. Sieracki <br><br> By his attorneys, <br><br> /s/ David Priebe _____ <br> David Priebe (State Bar No. 148679) <br> david.priebe@dlapiper.com <br> DLA PIPER LLP (US) <br> 2000 University Avenue <br> East Palo Alto, California 94303-2248 <br> Telephone: 650-833-2000 <br> Facsimile: 650-833-2001 <br><br> Shirli Fabbri Weiss (State Bar No. 079225) <br> shirli.weiss@dlapiper.com <br> DLA PIPER LLP (US) <br> 401 B Street, Suite 1700 <br> San Diego, CA 92101 <br> Telephone: 619-699-3650 <br> Facsimile: 619-764-6650 |
| Dated: June 8, 2012 | Defendants Ranjit Kripalani; Jennifer S. Sandefur; N. Joshua Adler <br><br> By their attorneys, |

| | |
|---|---|
| | /s/ William F. Sullivan<br>William F. Sullivan (State Bar No. 078353)<br>williamsullivan@paulhastings.com<br>Joshua G. Hamilton (State Bar No. 199610)<br>joshuahamilton@paulhastings.com<br>Jenifer Q. Doan (State Bar No. 271571)<br>jeniferdoan@paulhastings.com<br>PAUL HASTINGS LLP<br>515 South Flower Street, 25 Floor<br>Los Angeles, CA 90071<br>Telephone: 213-683-6000<br>Facsimile: 213-627-0705 |
| Dated: June 8, 2012 | Defendant David A. Sambol<br><br>By his attorneys,<br><br>/s/ Michael C. Tu<br>Michael C. Tu (*pro hac vice*)<br>mtu@orrick.com<br>Orrick, Herrington & Sutcliffe LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>Telephone: (213) 629-2020<br><br>Frank M. Scaduto<br>fscaduto@orrick.com<br>Michael D. Torpey (*pro hac vice*)<br>mtorpey@orrick.com<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone : (415) 773-5700 |
| Dated: June 8, 2012 | Plaintiffs Dexia Holdings, Inc., FSA Asset Management LLC, Dexia Crédit Local, New York Branch, New York Life Insurance Co., New York Life Insurance and Annuity Corp., The MainStay Funds, MainStay VP Series Fund, Inc., Teachers Insurance and Annuity Association of America, TIAA-CREF Life Insurance Co., TIAA Global Markets, Inc., College Retirement Equities Fund, and the TIAA-CREF Funds<br><br>By their attorneys,<br><br>/s/ Timothy DeLange<br>Timothy DeLange<br>tdelange@blbglaw.com<br>BERNSTEIN LITOWITZ BERGER |

4
STIPULATION FOR EXTENSION OF DEFENDANTS' TIME
TO ANSWER AMENDED COMPLAINT

|   |   |
|---|---|
|   | & GROSSMANN LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323<br><br>Gerald H. Silk<br>jerry@blbglaw.com<br>David L. Wales<br>dwales@blbglaw.com<br>Jai K. Chandrasekhar<br>jai@blbglaw.com<br>Lauren A. McMillen<br>lauren@blbgl.w.com<br>BERNSTEIN LITOWITZ BERGER<br>& GROSSMANN LLP<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019<br>Tel: 212-554-1400<br>Fax: 212- 554-1444 |

## **ATTESTATION OF SIGNATURE**

### **(C.D. Cal. Local Rule 5-4.3.4)**

Pursuant to C.D. Cal. Local Rule 5-4.3.4, I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained by all the signatories.

By: /s/Caroline H. Bullerjahn

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On June 8, 2012, I electronically filed the following document(s) using the CM/ECF system.

**STIPULATION FOR EXTENSION OF DEFENDANTS' TIME TO ANSWER AMENDED COMPLAINT**

I certify that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on June 8, 2012, at Los Angeles, California.

Arianne Waldron
(Type or print name)

(Signature)