Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (SBN 222240)
bdevine@goodwinprocter.com
Caroline H. Bullerjahn (*pro hac vice*)
cbullerjahn@goodwinprocter.com
**Goodwin Procter LLP**
53 State Street
Boston, MA 02109-2802
Tel.:  617-570-1000
Fax:  617-570-1231

*Attorneys for Defendants*
Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, Countrywide Capital Markets, LLC, Countrywide Securities Corporation, CWALT, Inc., CWABS, Inc., CWHEQ, Inc., and CWMBS, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 2:11-CV-02265-MRP (MANx)<br><br>**[PROPOSED] ORDER REGARDING STIPULATION OF DEFENDANTS' TIME TO ANSWER AMENDED COMPLAINT**<br><br>Courtroom:  12<br>Judge:       Hon. Mariana R. Pfaelzer |
| DEXIA HOLDINGS, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No.  11-CV-07165-MRP (MANx) |

[PROPOSED] ORDER REGARDING STIPULATION FOR EXTENSION
OF DEFENDANTS' TIME TO ANSWER AMENDED COMPLAINT

Based upon the parties' Stipulation dated June 8, 2012, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:  The Defendants shall have until June 29, 2012 to answer the Amended Complaint.

SO ORDERED.

Dated: _____, 2011

_____
Mariana R. Pfaelzer
UNITED STATES DISTRICT JUDGE