BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178248)
(blairn@blbglaw.com)
TIMOTHY A. DELANGE (Bar No. 190768)
(timothyd@blbglaw.com)
BRETT M. MIDDLETON (Bar No. 199427)
(brettm@blbglaw.com)
JOSEPH W. GOODMAN (Bar No. 230161)
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel.: (858) 793-0070
Fax: (858) 793-0323
    -and-
DAVID L. WALES
(davidw@blbglaw.com)
JAI K. CHANDRASEKHAR
(jai@blbglaw.com)
LAUREN A. MCMILLEN
(lauren@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx)<br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Mariana R. Pfaelzer<br>Courtroom: 12 |
|---|---|

| | |
|---|---|
| DEXIA HOLDINGS, INC., *et al.*,<br><br>           Plaintiffs,<br><br>      v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>           Defendants. | Case No. 11-CV-07165-MRP (MANx) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WHEREAS,** the parties to the above-captioned action have agreed to dismiss this action with prejudice;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs hereby dismiss the above-captioned action with prejudice, including without limitation as to all claims asserted and all parties named in the complaint filed in this action on January 24, 2011 and the amended complaint filed on March 9, 2012. The parties further expressly waive any and all rights of appeal in the above-captioned action, and the parties further agree that each party shall bear its own costs and attorneys' fees.

DATED: October 2, 2012         **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ Timothy A. DeLange*
Timothy A. DeLange

BLAIR A. NICHOLAS (Bar No. 178248)
(blairn@blbglaw.com)
TIMOTHY A. DELANGE (Bar No. 190768)
(timothyd@blbglaw.com)
BRETT M. MIDDLETON (Bar No. 199427)
(brettm@blbglaw.com)
JOSEPH W. GOODMAN (Bar No. 230161)
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel.: (858) 793-0070
Fax: (858) 793-0323
   -and-
DAVID L. WALES
(davidw@blbglaw.com)
JAI K. CHANDRASEKHAR
(jai@blbglaw.com)
LAUREN A. MCMILLEN
(lauren@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiffs*

| | | |
|---|---|---|
| 1 | DATED:  October 2, 2012 | **GOODWIN PROCTER LLP** |
| 2 | | |
| 3 | | By: */s/ Brian E. Pastuszenski* |
| | | Brian E. Pastuszenski (*pro hac vice*) |
| | | bpastuszenski@goodwinprocter.com |
| 4 | | Inez Friedman-Boyce (*pro hac vice*) |
| | | ifriedmanboyce@goodwinprocter.com |
| 5 | | Brian C. Devine (State Bar No. 222240) |
| | | bdevine@goodwinprocter.com |
| 6 | | Caroline H. Bullerjahn (*pro hac vice*) |
| | | cbullerjahn@goodwinprocter.com |
| 7 | | Exchange Place |
| | | Boston, MA 02109 |
| 8 | | Telephone:  (617) 570-1000 |
| | | Facsimile:   (617) 523-1231 |
| 9 | | |
| 10 | | *Attorneys for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Capital Markets, LLC, Countrywide Securities Corporation, CWALT, Inc., CWABS, Inc., CWHEQ, Inc., and CWMBS, Inc.* |
| 11 | | |
| 12 | | |
| 13 | DATED: October 2, 2012 | **DLA PIPER LLP** |
| 14 | | |
| 15 | | By: */s/ David Priebe* |
| | | David Priebe (State Bar No. 148679) |
| | | david.priebe@dlapiper.com |
| 16 | | 2000 University Avenue |
| | | East Palo Alto, CA 94303-2248 |
| 17 | | Telephone:  (650) 833-2000 |
| | | Facsimile:   (650) 833-2001 |
| 18 | | |
| 19 | | Shirli Fabbri Weiss (State Bar No. 079225) |
| | | shirli.weiss@dlapiper.com |
| 20 | | DLA PIPER LLP |
| | | 401 B Street, Suite 1700 |
| 21 | | San Diego, CA 92101 |
| | | Telephone:  (619) 699-3650 |
| 22 | | Facsimile:   (619) 764-6650 |
| 23 | | *Attorneys for Defendant Eric P. Sieracki* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: October 2, 2012 | **PAUL HASTINGS LLP** |

By: */s/ William F. Sullivan*
William F. Sullivan (State Bar No. 078353)
*williamsullivan@paulhastings.com*
Joshua G. Hamilton (State Bar No. 199610)
*joshuahamilton@paulhastings.com*
Jenifer Q. Doan (State Bar No. 271571)
*jeniferdoan@paulhastings.com*
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-6000
Facsimile:   (213) 627-0705

*Attorneys for Defendants Ranjit Kripalani, Jennifer S. Sandefur, and N. Joshua Adler*

DATED: October 2, 2012       **ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: */s/ Michael C. Tu*
Michael C. Tu (State Bar No. 186793)
*mtu@orrick.com*
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020
Facsimile:   (213) 612-2499

Michael D. Torpey (State Bar No. 79424)
*mtorpey@orrick.com*
Frank M. Scaduto (State Bar No. 271451)
*fscaduto@orrick.com*
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759

*Attorneys for Defendant David A. Sambol*