BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178248)
(blairn@blbglaw.com)
TIMOTHY A. DELANGE (Bar No. 190768)
(timothyd@blbglaw.com)
BRETT M. MIDDLETON (Bar No. 199427)
(brettm@blbglaw.com)
JOSEPH W. GOODMAN (Bar No. 230161)
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel.: (858) 793-0070
Fax: (858) 793-0323
    -and-
DAVID L. WALES
(davidw@blbglaw.com)
JAI K. CHANDRASEKHAR
(jai@blbglaw.com)
LAUREN A. MCMILLEN
(lauren@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx)<br><br>**DECLARATION OF SERVICE**<br><br>Judge: Hon. Mariana R. Pfaelzer<br>Courtroom: 12 |

| | |
|---|---|
| DEXIA HOLDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-07165-MRP (MANx) |

DECLARATION OF SERVICE
Case No. 11-ML-02265-MRP (MANx)

# DECLARATION OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130-3582.

On October 2, 2012, I served the foregoing document(s) described as:

- **Stipulation of Dismissal with Prejudice**
- **Declaration of Service**

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

*Jessica Cuccurullo*
Jessica Cuccurullo, C.P.
Certified Paralegal

# SERVICE LIST

Mark Holland
**Goodwin Procter, LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: 2132-813-8000
Fax: 212-355-3333
mholland@goodwinprocter.com

*Attorneys for Defendants Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Home Loan Servicing LP; CWALT, Inc.; CWABS, Inc.; CWHEQ, Inc.; Countrywide Securities Corporation; Countrywide Capital Markets, LLC; Joshua N. Adler*

Brian Charles Devine
Brian E. Pastuszenski
Inez H. Friedman-Boyce
**Goodwin Procter, LLP**
53 State Street Exchange Place
Boston, MA 02109
Tel: 617-570-1794
Fax: 617-523-1231
bdevine@goodwinprocter.com
bpastuszenki@goodwinprocter.com
ifriedmanboyce@goodwinprocter.com

*Attorneys for Defendants Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Home Loans Servicing LP; CWALT, Inc.; CWABS, Inc.; CWHEQ, Inc.; Countrywide Securities Corporation; Countrywide Capital Markets, LLC; Joshua N. Adler; CWMBS, Inc.*

A. Matthew Ashley
Allison Lauren Libeu
Mytili Gowri Bala
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Tel: 949-760-0991
Fax: 949-760-5200
mashley@irell.com

1 | alibeu@irell.com
2 | mbala@irell.com
3 | *Attorneys for Defendant Angelo Mozilo*
4 |
5 | David Siegel
  | **IRELL & MANELLA LLP**
6 | 1800 Avenue of the Stars, Suite 900
  | Los Angeles, CA 90067-4276
7 | Tel:  310-277-1010
8 | Fax: 310-203-7199
  | dsiegel@irell.com
9 |
10 | *Attorneys for Defendant Angelo Mozilo*
11 | Ronald P. Fischetti
12 | **FISCHETTI & MALGIERI LLP**
   | 747 Third Avenue, 32nd Floor
13 | New York, NY 10017
14 | Tel:  212-593-7100
   | Fax: 212-758-2809
15 |
16 | *Attorneys for Defendant Angelo Mozilo*