$\int 5-6$

1   BERNSTEIN LITOWITZ BERGER
        & GROSSMANN LLP
2   BLAIR A. NICHOLAS (Bar No. 178248)
    (blairn@blbglaw.com)
3   TIMOTHY A. DELANGE (Bar No. 190768)
    (timothyd@blbglaw.com)
4   BRETT M. MIDDLETON (Bar No. 199427)
    (brettm@blbglaw.com)
5   JOSEPH W. GOODMAN (Bar No. 230161)
    (joseph.goodman@blbglaw.com)
6   12481 High Bluff Drive, Suite 300
    San Diego, CA 92130
7   Tel.: (858) 793-0070
    Fax: (858) 793-0323
8        -and-
    DAVID L. WALES
9   (davidw@blbglaw.com)
    JAI K. CHANDRASEKHAR
10  (jai@blbglaw.com)
    LAUREN A. MCMILLEN
11  (lauren@blbglaw.com)
    1285 Avenue of the Americas
12  New York, NY 10019
    Tel.: (212) 554-1400
13  Fax: (212) 554-1444

14  *Counsel for Plaintiffs*

15           **UNITED STATES DISTRICT COURT**

16           **CENTRAL DISTRICT OF CALIFORNIA**

17

18  | In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx) |
    |---|---|
    | | [~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE** |
    | | Judge: Hon. Mariana R. Pfaelzer Courtroom: 12 |

19
20
21
22
23
24
25
26
27
28



1
2  DEXIA HOLDINGS, INC., *et al.*,        Case No. 11-CV-07165-MRP (MANx)

              Plaintiffs,
3
              v.
4
   COUNTRYWIDE FINANCIAL
5  CORPORATION, *et al.*,

6             Defendants.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to the Stipulation of Dismissal with Prejudice (the "Stipulation")

2    filed October 2, 2012, and good cause appearing,

3        IT IS HEREBY ORDERED AS FOLLOWS:

4        Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the

5    above-captioned action is dismissed with prejudice, including all claims asserted

6    and all parties named in the complaint filed on January 24, 2011 and the amended

7    complaint filed on March 9, 2012.   Pursuant to the Stipulation, the parties

8    expressly waive any and all rights of appeal in the above-captioned action, and

9    each party shall bear its own costs and attorneys' fees.

10

11   **IT IS SO ORDERED:**

12

13   Dated:  October 19, 2012

14

15

16   _____

17   Mariana R. Pfaelzer
     United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Case No. 11-ML-02265-MRP (MANx)